# Emilie Denmark

| | |
|---|---|
| **From:** | Emilie Denmark |
| **Sent:** | Tuesday, May 04, 2010 11:31 AM |
| **To:** | 'Charlie Gower' |
| **Cc:** | Lisa Rose |
| **Subject:** | Brash v. PHH, account history |
| **Attachments:** | Payment History.PDF; Transaction codes.PDF |

Please find attached a customer account activity statement for Mr. Brash's loan account with PHH, as well as the transaction codes. Please let me or Lisa know once you've had a chance to review this with your client. Thanks-

**Emilie O. Denmark, Esq.**
**McCalla Raymer, LLC**
6 Concourse Parkway, Suite 3200, Atlanta, GA 30328
Direct: 678-281-6473, Main: 678-281-6500, Fax: 770-643-4306 eod@mccallaraymer.com



EXHIBIT C

## Transaction Code Sheet

| Payment Transaction Code |
|---|
| 147 - Mis-application / Reversal |
| 148 - Non-sufficient Fund Check Reversed |
| 152 - Late Charge Fee |
| 170 - Initial Escrow Deposit / Buydown Fund |
| 171 - Coupon Payment |
| 172 - Coupon Payment |
| 173 - Non Coupon Payment |
| 174 - Non Coupon Payment - Short Escrow |
| 175 - Principal Curtailment |
| 181 - Paid in Full Loan |
| 182 - Foreclosure |
| 183 - Interest to Investor Paid |

| Corporate Advance Transaction Code |
|---|
| 601 - Advance Recovery (Inv. Acct.) |
| 630 - Corporate Advance Disbursements |
| 631 - Corporate Advance Disbursements |
| 632 - Corporate Advance Disbursements |
| 633 - Corporate Advance Disbursements |
| 711 - Corporate Advance Deposits |
| 712 - Corporate Advance Deposits |
| 713 - Corporate Advance Deposits |
| 745 - Restricted Corp. Advance Adjustments |
| 766 - Corporate Advance Deposits |

| Non - Cash Transaction Code |
|---|
| 111 - Foreclosure Deposits |
| 132 - Late Charge Waived |
| 142 - First Principal Balance |
| 143 - Non - Cash Adjustment |
| 145 - Restricted Monetary Adjustment |
| 156 - Service Released |
| 493 - Adjustable Rate Change |

| Disbursement Transaction Code |
|---|
| 160 - Interest on Escrow |
| 161 - Escrow Advance |
| 162 - MIP/ PMI Refund |
| 163 - Hazard Refund |
| 164 - Tax Refund Current Year |
| 166 - Tax Refund Prior Year |
| 167 - Other Deposit |
| 168 - Escrow Advance Repayment |
| 169 - Restricted Escrow Deposits |
| 301 - Special Disbursements |
| 303 - Buydown Refund to Corp. Accounting |
| 304 - Insurance Claim to Customer |
| 305 - Escrow to Mortgagee (PHH) |
| 306 - Excess Escrow to Mortgagor |
| 307 - Escrow Mortgagor |
| 310 - Payment of PMI/ MIP |
| 311 - Payment of County/ Township Tax |
| 312 - Payment of County Tax |
| 313 - Payment of City Tax |
| 314 - Miscellaneous Tax |
| 315 - Miscellaneous Tax |
| 316 - Payment of School Tax |
| 317 - Payment of Village Tax |
| 318 - Lein/ Tax Authority Disbursements |
| 321 - Lein/ Tax Authority Disbursements |
| 322 - Lein/ Tax Authority Disbursements |
| 324 - Lein/ Tax Authority Disbursements |
| 326 - Lein/ Tax Authority Disbursements |
| 327 - Lein/ Tax Authority Disbursements |
| 351 - Payment of Homeowners Insurance |
| 352 - Payment of Flood Insurance |
| 353 - Payment of Earthquake/ Windstorm Insurance |
| 354 - Payment of Alternative Insurance |
| 355 - Condominium Insurance |

DATE: April 20, 2010

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

MORT NAME: DAVID BRASH
STREET: 7022 VININGS WAY
CITY STATE ZIP: COLUMBUS, GA. 31907

LOAN NUMBER: 0045934627

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

### ACTIVITY FOR PERIOD 01/01/2010 - 04/20/2010

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0045934627 | 01/01/10 | | | | | | | | | | | 155,264.71 | 711.05 | 0.00 | 0.00 |
| 0045934627 | 01/06/10 | 173 | 01/01/10 | 0.00 | 0.00 | 0.00 | 191.06 | 776.32 | 237.03 | 0.00 | 1,204.41 | 155,073.65 | 948.08 | 0.00 | 0.00 |
| 0045934627 | 01/06/10 | 175 | 02/01/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,978.06 | 948.08 | 0.00 | 0.00 |
| 0045934627 | 02/04/10 | 173 | 02/01/10 | 0.00 | 0.00 | 0.00 | 192.49 | 774.89 | 237.03 | 0.00 | 1,204.41 | 154,785.57 | 1,185.11 | 0.00 | 0.00 |
| 0045934627 | 02/04/10 | 175 | 03/01/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,689.98 | 1,185.11 | 0.00 | 0.00 |
| 0045934627 | 02/19/10 | 173 | 03/01/10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.58 | 0.00 | 69.58 | 154,689.98 | 1,254.69 | 0.00 | 0.00 |
| 0045934627 | 03/02/10 | 173 | 03/01/10 | 0.00 | 0.00 | 0.00 | 193.93 | 773.45 | 237.03 | 0.00 | 1,204.41 | 154,496.05 | 1,491.72 | 0.00 | 0.00 |
| 0045934627 | 03/02/10 | 175 | 04/01/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,400.46 | 1,491.72 | 0.00 | 0.00 |
| 0045934627 | 04/05/10 | 173 | 04/01/10 | 0.00 | 0.00 | 0.00 | 195.38 | 772.00 | 237.03 | 0.00 | 1,204.41 | 154,205.08 | 1,728.75 | 0.00 | 0.00 |
| 0045934627 | 04/05/10 | 175 | 05/01/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,109.49 | 1,728.75 | 0.00 | 0.00 |
| 0045934627 | 04/20/10 | | | | | | | | | | | 154,109.49 | 1,728.75 | 0.00 | 0.00 |

DATE: April 20, 2010

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

MORT NAME: DAVID BRASH
STREET: 7022 VININGS WAY
CITY STATE ZIP: COLUMBUS, GA, 31907

LOAN NUMBER: 0045934627

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

### ACTIVITY FOR PERIOD 01/01/2009 - 12/31/2009

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0045934627 | 01/01/09 | | | | | | | | | | | 158,540.88 | 724.91 | 0.00 | 0.00 |
| 0045934627 | 01/05/09 | 173 | 01/01/09 | 0.00 | 0.00 | 0.00 | 174.68 | 792.70 | 241.67 | 0.00 | 1,209.05 | 158,366.20 | 966.58 | 0.00 | 0.00 |
| 0045934627 | 01/05/09 | 175 | 02/01/09 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,275.25 | 966.58 | 0.00 | 0.00 |
| 0045934627 | 02/02/09 | 173 | 02/01/09 | 0.00 | 0.00 | 0.00 | 176.00 | 791.38 | 241.67 | 0.00 | 1,209.05 | 158,099.25 | 1,208.25 | 0.00 | 0.00 |
| 0045934627 | 02/02/09 | 175 | 03/01/09 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,008.30 | 1,208.25 | 0.00 | 0.00 |
| 0045934627 | 03/03/09 | 173 | 03/01/09 | 0.00 | 0.00 | 0.00 | 177.34 | 790.04 | 241.67 | 0.00 | 1,209.05 | 157,830.96 | 1,449.92 | 0.00 | 0.00 |
| 0045934627 | 03/03/09 | 175 | 04/01/09 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,740.01 | 1,449.92 | 0.00 | 0.00 |
| 0045934627 | 04/03/09 | 173 | 04/01/09 | 0.00 | 0.00 | 0.00 | 178.68 | 788.70 | 241.67 | 0.00 | 1,209.05 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| 0045934627 | 04/03/09 | 175 | 05/01/09 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,470.38 | 1,691.59 | 0.00 | 0.00 |
| 0045934627 | 05/06/09 | 147 | 04/01/09 | 0.00 | 0.00 | 0.00 | -178.68 | -788.70 | -241.67 | 0.00 | 0.00 | 157,649.06 | 1,449.92 | 0.00 | 0.00 |
| 0045934627 | 05/06/09 | 173 | 04/01/09 | 0.00 | 0.00 | 0.00 | 178.68 | 788.70 | 241.67 | 0.00 | 1,209.05 | 157,470.38 | 1,691.59 | 0.00 | 0.00 |
| 0045934627 | 05/06/09 | 147 | 05/01/09 | 0.00 | 0.00 | 0.00 | -90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| 0045934627 | 05/06/09 | 147 | 05/01/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| 0045934627 | 05/06/09 | 175 | 05/01/09 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,470.38 | 1,691.59 | 0.00 | 0.00 |
| 0045934627 | 06/03/09 | 172 | 05/01/09 | 0.00 | 0.00 | 0.00 | 180.03 | 787.35 | 241.67 | 0.00 | 1,209.05 | 157,290.35 | 1,933.26 | 0.00 | 0.00 |
| 0045934627 | 06/03/09 | 172 | 06/01/09 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 90.95 | 157,290.35 | 1,933.26 | 0.00 | 90.95 |
| 0045934627 | 06/04/09 | 173 | 06/01/09 | 0.00 | 0.00 | -90.95 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 157,290.35 | 2,024.21 | 0.00 | 0.00 |
| 0045934627 | 06/26/09 | 147 | 04/01/09 | 0.00 | 0.00 | 1,209.05 | -178.68 | -788.70 | -241.67 | 0.00 | 0.00 | 157,469.03 | 1,782.54 | 0.00 | 1,209.05 |
| 0045934627 | 06/26/09 | 173 | 04/01/09 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 157,469.03 | 1,782.54 | 0.00 | 2,509.05 |
| 0045934627 | 06/26/09 | 147 | 05/01/09 | 0.00 | 0.00 | 1,209.05 | -180.03 | -787.35 | -241.67 | 0.00 | 0.00 | 157,649.06 | 1,540.87 | 0.00 | 3,718.10 |
| 0045934627 | 06/26/09 | 147 | 05/01/09 | 0.00 | 0.00 | 0.00 | -90.55 | 0.00 | 0.00 | 0.00 | 0.00 | 157,740.01 | 1,540.87 | 0.00 | 3,718.10 |
| 0045934627 | 06/26/09 | 147 | 05/01/09 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 90.95 | 157,740.01 | 1,540.87 | 0.00 | 3,809.05 |
| 0045934627 | 06/26/09 | 147 | 06/01/09 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | -90.95 | 0.00 | 0.00 | 157,740.01 | 1,449.92 | 0.00 | 3,900.00 |
| 0045934627 | 06/30/09 | 173 | 04/01/09 | 0.00 | 0.00 | -1,209.05 | 178.68 | 788.70 | 241.67 | 0.00 | 0.00 | 157,561.33 | 1,691.59 | 0.00 | 2,690.95 |
| 0045934627 | 06/30/09 | 175 | 05/01/09 | 0.00 | 0.00 | -90.95 | 90.55 | 0.00 | 0.00 | 0.00 | 0.00 | 157,470.38 | 1,691.59 | 0.00 | 2,600.00 |
| 0045934627 | 06/30/09 | 173 | 05/01/09 | 0.00 | 0.00 | -1,209.05 | 180.03 | 787.35 | 241.67 | 0.00 | 0.00 | 157,290.35 | 1,933.26 | 0.00 | 1,390.95 |
| 0045934627 | 06/30/09 | 175 | 06/01/09 | 0.00 | 0.00 | -90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 157,199.40 | 1,933.26 | 0.00 | 1,300.00 |
| 0045934627 | 06/30/09 | 173 | 06/01/09 | 0.00 | 0.00 | -1,209.05 | 181.38 | 786.00 | 241.67 | 0.00 | 0.00 | 157,018.02 | 2,174.93 | 0.00 | 90.95 |
| 0045934627 | 06/30/09 | 175 | 07/01/09 | 0.00 | 0.00 | -90.95 | 90.55 | 0.00 | 0.00 | 0.00 | 0.00 | 156,927.07 | 2,174.93 | 0.00 | 0.00 |
| 0045934627 | 07/07/09 | 173 | 07/01/09 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 156,927.07 | 2,174.93 | 0.00 | 1,300.00 |
| 0045934627 | 07/08/09 | 173 | 07/01/09 | 0.00 | 0.00 | -1,209.05 | 182.74 | 784.64 | 241.67 | 0.00 | 0.00 | 156,744.33 | 2,416.60 | 0.00 | 90.95 |
| 0045934627 | 07/08/09 | 175 | 08/01/09 | 0.00 | 0.00 | -90.95 | 90.55 | 0.00 | 0.00 | 0.00 | 0.00 | 156,653.38 | 2,416.60 | 0.00 | 0.00 |
| 0045934627 | 08/05/09 | 172 | 08/01/09 | 0.00 | 0.00 | 0.00 | 184.11 | 783.27 | 241.67 | 0.00 | 1,209.05 | 156,469.27 | 2,658.27 | 0.00 | 0.00 |
| 0045934627 | 08/05/09 | 175 | 09/01/09 | 0.00 | 0.00 | 0.00 | 90.55 | 0.00 | 0.00 | 0.00 | 90.95 | 156,378.32 | 2,658.27 | 0.00 | 0.00 |
| 0045934627 | 09/04/09 | 172 | 09/01/09 | 0.00 | 0.00 | 0.00 | 185.49 | 781.89 | 241.67 | 0.00 | 1,209.05 | 156,192.83 | 2,899.94 | 0.00 | 0.00 |
| 0045934627 | 09/04/09 | 175 | 10/01/09 | 0.00 | 0.00 | 0.00 | 90.55 | 0.00 | 0.00 | 0.00 | 90.95 | 156,101.88 | 2,899.94 | 0.00 | 0.00 |
| 0045934627 | 09/08/09 | 312 | 09/01/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -828.13 | 0.00 | 0.00 | 156,101.88 | 2,071.81 | 0.00 | 0.00 |
| 0045934627 | 10/16/09 | 152 | | 38.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.69 | 156,101.88 | 2,071.81 | 0.00 | 0.00 |
| 0045934627 | 11/04/09 | 312 | 11/01/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,242.19 | 0.00 | 0.00 | 156,101.88 | 829.62 | 0.00 | 0.00 |
| 0045934627 | 11/11/09 | 351 | 11/01/09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -774.00 | 0.00 | 0.00 | 156,101.88 | 55.62 | 0.00 | 0.00 |
| 0045934627 | 11/13/09 | 173 | 10/01/09 | 0.00 | 0.00 | 90.95 | 186.87 | 780.51 | 241.67 | 0.00 | 1,300.00 | 155,915.01 | 297.29 | 0.00 | 90.95 |
| 0045934627 | 11/13/09 | 173 | 11/01/09 | 0.00 | 0.00 | 90.95 | 187.80 | 779.58 | 241.67 | 0.00 | 1,300.00 | 155,727.21 | 538.95 | 0.00 | 181.90 |
| 0045934627 | 11/13/09 | 032 | | -38.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -38.69 | 155,727.21 | 538.95 | 0.00 | 181.90 |
| 0045934627 | 11/16/09 | 175 | 12/01/09 | 0.00 | 0.00 | -181.90 | 181.90 | 0.00 | 0.00 | 0.00 | 0.00 | 155,545.31 | 538.95 | 0.00 | 0.00 |
| 0045934627 | 11/19/09 | 307 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -69.58 | 0.00 | 0.00 | 155,545.31 | 469.38 | 0.00 | 0.00 |
| 0045934627 | 12/03/09 | 172 | 12/01/09 | 0.00 | 0.00 | 0.00 | 189.65 | 777.73 | 241.67 | 0.00 | 1,209.05 | 155,355.66 | 711.05 | 0.00 | 0.00 |
| 0045934627 | 12/03/09 | 175 | 01/01/10 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 155,264.71 | 711.05 | 0.00 | 0.00 |
| 0045934627 | 12/31/09 | | | | | | | | | | | 155,264.71 | 711.05 | 0.00 | 0.00 |

DATE: April 20, 2010

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

MORT NAME: DAVID BRASH
STREET: 7022 VININGS WAY
CITY STATE ZIP: COLUMBUS, GA, 31907

LOAN NUMBER: 0045934627

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

ACTIVITY FOR PERIOD 01/01/2008 - 12/31/2008

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0045934627 | 01/01/08 | | | | | | | | | | | 161,350.00 | 777.68 | 0.00 | 0.00 |
| 0045934627 | 01/07/08 | 172 | 01/01/08 | 0.00 | 0.00 | 0.00 | 160.63 | 806.75 | 259.24 | 0.00 | 1,226.62 | 161,189.37 | 1,036.92 | 0.00 | 0.00 |
| 0045934627 | 02/05/08 | 173 | 02/01/08 | 0.00 | 0.00 | 0.00 | 161.43 | 805.95 | 259.24 | 0.00 | 1,226.62 | 161,027.94 | 1,296.16 | 0.00 | 0.00 |
| 0045934627 | 02/05/08 | 175 | 03/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,954.56 | 1,296.16 | 0.00 | 0.00 |
| 0045934627 | 03/05/08 | 173 | 03/01/08 | 0.00 | 0.00 | 0.00 | 162.61 | 804.77 | 259.24 | 0.00 | 1,226.62 | 160,791.95 | 1,555.40 | 0.00 | 0.00 |
| 0045934627 | 03/05/08 | 175 | 04/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,718.57 | 1,555.40 | 0.00 | 0.00 |
| 0045934627 | 04/02/08 | 173 | 04/01/08 | 0.00 | 0.00 | 0.00 | 163.79 | 803.59 | 259.24 | 0.00 | 1,226.62 | 160,554.78 | 1,814.64 | 0.00 | 0.00 |
| 0045934627 | 04/02/08 | 175 | 05/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,481.40 | 1,814.64 | 0.00 | 0.00 |
| 0045934627 | 05/05/08 | 173 | 05/01/08 | 0.00 | 0.00 | 0.00 | 164.97 | 802.41 | 259.24 | 0.00 | 1,226.62 | 160,316.43 | 2,073.88 | 0.00 | 0.00 |
| 0045934627 | 05/05/08 | 175 | 06/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,243.05 | 2,073.88 | 0.00 | 0.00 |
| 0045934627 | 06/06/08 | 173 | 06/01/08 | 0.00 | 0.00 | 0.00 | 166.16 | 801.22 | 259.24 | 0.00 | 1,226.62 | 160,076.89 | 2,333.12 | 0.00 | 0.00 |
| 0045934627 | 06/06/08 | 175 | 07/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,003.51 | 2,333.12 | 0.00 | 0.00 |
| 0045934627 | 07/03/08 | 173 | 07/01/08 | 0.00 | 0.00 | 0.00 | 167.36 | 800.02 | 259.24 | 0.00 | 1,226.62 | 159,836.15 | 2,592.36 | 0.00 | 0.00 |
| 0045934627 | 07/03/08 | 175 | 08/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,762.77 | 2,592.36 | 0.00 | 0.00 |
| 0045934627 | 08/05/08 | 173 | 08/01/08 | 0.00 | 0.00 | 0.00 | 168.57 | 798.81 | 259.24 | 0.00 | 1,226.62 | 159,594.20 | 2,851.60 | 0.00 | 0.00 |
| 0045934627 | 08/05/08 | 175 | 09/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,520.82 | 2,851.60 | 0.00 | 0.00 |
| 0045934627 | 09/04/08 | 173 | 09/01/08 | 0.00 | 0.00 | 0.00 | 169.78 | 797.60 | 259.24 | 0.00 | 1,226.62 | 159,351.04 | 3,110.84 | 0.00 | 0.00 |
| 0045934627 | 09/04/08 | 175 | 10/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,277.66 | 3,110.84 | 0.00 | 0.00 |
| 0045934627 | 09/11/08 | 312 | 09/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -699.98 | 0.00 | 0.00 | 159,277.66 | 2,410.86 | 0.00 | 0.00 |
| 0045934627 | 10/03/08 | 173 | 10/01/08 | 0.00 | 0.00 | 0.00 | 170.99 | 796.39 | 259.24 | 0.00 | 1,226.62 | 159,106.67 | 2,670.10 | 0.00 | 0.00 |
| 0045934627 | 10/03/08 | 175 | 11/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,033.29 | 2,670.10 | 0.00 | 0.00 |
| 0045934627 | 11/04/08 | 173 | 11/01/08 | 0.00 | 0.00 | 0.00 | 172.21 | 795.17 | 259.24 | 0.00 | 1,226.62 | 158,861.08 | 2,929.34 | 0.00 | 0.00 |
| 0045934627 | 11/04/08 | 175 | 12/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 158,787.70 | 2,929.34 | 0.00 | 0.00 |
| 0045934627 | 11/05/08 | 351 | 11/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -800.00 | 0.00 | 0.00 | 158,787.70 | 2,129.34 | 0.00 | 0.00 |
| 0045934627 | 11/10/08 | 312 | 11/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,049.97 | 0.00 | 0.00 | 158,787.70 | 1,079.37 | 0.00 | 0.00 |
| 0045934627 | 11/14/08 | 307 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -613.70 | 0.00 | 0.00 | 158,787.70 | 465.67 | 0.00 | 0.00 |
| 0045934627 | 12/04/08 | 173 | 12/01/08 | 0.00 | 0.00 | 0.00 | 173.44 | 793.94 | 259.24 | 0.00 | 1,226.62 | 158,614.26 | 724.91 | 0.00 | 0.00 |
| 0045934627 | 12/04/08 | 175 | 01/01/09 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 158,540.88 | 724.91 | 0.00 | 0.00 |
| 0045934627 | 12/31/08 | | | | | | | | | | | 158,540.88 | 724.91 | 0.00 | 0.00 |