**Emilie Denmark**

| | |
|---|---|
| From: | Emilie Denmark |
| Sent: | Monday, June 28, 2010 3:33 PM |
| To: | 'charlie@cagower.com' |
| Cc: | Lisa Rose |
| Subject: | RE: Brash v. PHH Mortgage |
| Attachments: | Brash Correspondence.pdf |

EXHIBIT M

Attached are additional documents in supplement to PHH's Request for Production of Documents. I still am waiting on receipt of other documents from my client.

**Emilie O. Denmark, Esq.**
**McCalla Raymer, LLC**
Associate, Litigation Group
6 Concourse Parkway, Suite 3200, Atlanta, GA  30328
Direct: 678-281-6473, Main: 678-281-6500, Fax: 770-643-4306  eod@mccallaraymer.com

**From:** Emilie Denmark
**Sent:** Monday, June 28, 2010 9:10 AM
**To:** 'charlie@cagower.com'
**Cc:** Lisa Rose
**Subject:** RE: Brash v. PHH Mortgage

Charlie: Lisa is out of the office this week, but in the interim, please contact me with questions regarding this file. These documents have been requested from my client and the urgency of the request has been emphasized. I will forward to you as soon as I receive them.

Additionally, we have discussed a 30(b)(6) deposition with our client and are working on a list of possible times and dates. If you can provide a list of 30(b)(6) topics, that may help narrow who will be the representative so that we can get a better idea of that person's availability. Regardless, please note that your request for times and dates is not being ignored.

Thank you.

**Emilie O. Denmark, Esq.**
**McCalla Raymer, LLC**
Associate, Litigation Group
6 Concourse Parkway, Suite 3200, Atlanta, GA  30328
Direct: 678-281-6473, Main: 678-281-6500, Fax: 770-643-4306  eod@mccallaraymer.com

**From:** Charlie Gower [mailto:Charlie@cagower.com]
**Sent:** Wednesday, June 23, 2010 9:38 AM
**To:** Lisa Rose
**Cc:** Emilie Denmark
**Subject:** Brash v. PHH Mortgage

Lisa,

Please let me know the status of the requested document production in this case. In your email to me regarding this matter last week, you suggested that we would be receiving these additional documents from your client shortly and thus, far we have not received anything. In addition, I requested times and dates for conducting a 30 (b)(6) deposition and have not received a response from you yet. I look forward to hearing from you promptly.

Thanks

1

Charlie Gower
P.O. Box 5509
1425 Wynnton Road
Columbus, GA 31906
(706) 324-5685
(706) 322-2964 fax

The preceding message and any attachments may contain confidential information protected by the Attorney-Client privilege or other privilege. If you believe that you have received this message in error, please respond to or notify the sender then destroy the message.

----------------------------
NOTICE: this email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy or rely in any way on the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or engagement letter with this firm, the firm DOES NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachment are expressly reserved.
----------------------------

----------------------------
NOTICE: this email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy or rely in any way on the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or engagement letter with this firm, the firm DOES NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachment are expressly reserved.
----------------------------



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

October 22, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Our records indicate that we have not received your current month's payment. If your payment has recently been mailed, please disregard this reminder.

If your payment has not been sent, please take a moment and mail it today. For the easiest and most convenient way to make your payment, take advantage of our online payment service on our website listed below or our pay by phone service at 1-877-PAY-EASE.

As always, we value your business and would appreciate your attention to this matter. If you have any questions, please contact the Mortgage Service Center at 1-800-330-0423 between the hours of 8:30am - 8:30pm Monday through Thursday and Friday from 8:30am - 5:00pm EST.

Thank you.

Sincerely,
Loan Counseling Center

This is an attempt to collect a debt, any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments or other defaults on your account may be reflected in your credit report.

XC067

*Log in to MortgageQuestions.com --- your servicing website connection.*



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

November 13, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Thank you for contacting the Mortgage Service Center regarding your mortgage loan.

We have reviewed the documentation you provided regarding a payment on your loan. At this time, more information is required in order for us to complete our research.

We are requesting the following:

Please provide bank transmittal
showing what routing number and
account number that funds were sent
to in order to verify if funds were
received here.

Please fax this information to 856-917-2946 Attention: Cash Management Research.

We strive to provide 100% quality to all of our homeowners. We are committed to not only meeting your expectations, but exceeding them.

If you have any questions, please contact us at the phone number referenced above.

Sincerely,

Cash Management Department
Mortgage Servicing Center
CM227 279

*Log in to MortgageQuestions.com --- your servicing website connection.*



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

November 24, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: 0045934627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit reporting agencies to restore your credit history. The credit bureaus have thirty days from the date of the request to complete retraction and update their records. Kindly accept our apologies for any inconveniences that you may have encountered due to this reporting error. Should you have any questions or experience any difficulties obtaining credit due to our error, please contact the Collection Department at 1-800-330-0423 between the hours of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to 5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 762

*Log in to MortgageQuestions.com --- your servicing website connection.*



**MORTGAGE**
2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

December 22, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: 0045934627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit reporting agencies to restore your credit history. The credit bureaus have thirty days from the date of the request to complete retraction and update their records. Kindly accept our apologies for any inconveniences that you may have encountered due to this reporting error. Should you have any questions or experience any difficulties obtaining credit due to our error, please contact the Collection Department at 1-800-330-0423 between the hours of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to 5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 7AG

*Log in to MortgageQuestions.com --- your servicing website connection.*



2001 Bishops Gate Blvd
Mt. Laurel, NJ 08054

Tel 888-418-0364
Fax 856-917-8300

January 28, 2010

David Brash
7022 Vinnings Way
Columbus, GA 31907

Re: Loan 0045934627

Dear Mr. Brash:

Thank you for taking the time to communicate to us the recent difficulties you experienced with regards to the servicing of your mortgage loan. It is always disappointing to learn that a valued customer is displeased with our service. Please know that your issues are not taken lightly and your feedback is regarded with utmost importance.

Your loan was reported as 30 days late for the October 2009 payment. The reason for the late payment was the military allotment did not indicate the loan number and the payment was applied to an incorrect account. This was corrected and the payment was applied to your account. A credit retraction was processed for the October 2009 payment on December 22, 2009. Credit bureau updates are done electronically. We are not able to provide a copy on the information sent to the credit bureaus as there is nothing sent in writing to them.

If you have any further questions regarding your loan, please contact me at 888-418-0364, extension 88203. Thank you for your patience while I worked to resolve this issue for you.

Sincerely,


Lori Emdin
Presidential Liaison
Office of the President

*Log in to MortgageQuestions.com — your servicing website connection.*



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

October 22, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Our records indicate that we have not received your current month's payment. If your payment has recently been mailed, please disregard this reminder.

If your payment has not been sent, please take a moment and mail it today. For the easiest and most convenient way to make your payment, take advantage of our online payment service on our website listed below or our pay by phone service at 1-877-PAY-EASE.

As always, we value your business and would appreciate your attention to this matter. If you have any questions, please contact the Mortgage Service Center at 1-800-330-0423 between the hours of 8:30am - 8:30pm Monday through Thursday and Friday from 8:30am - 5:00pm EST.

Thank you.

Sincerely,
Loan Counseling Center

This is an attempt to collect a debt, any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments or other defaults on your account may be reflected in your credit report.

XC067

*Log in to MortgageQuestions.com --- your servicing website connection.*



**COLDWELL BANKER**
**MORTGAGE**
2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

November 13, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Thank you for contacting the Mortgage Service Center regarding your mortgage loan.

We have reviewed the documentation you provided regarding a payment on your loan. At this time, more information is required in order for us to complete our research.

We are requesting the following:

Please provide bank transmittal
showing what routing number and
account number that funds were sent
to in order to verify if funds were
received here.

Please fax this information to 856-917-2946 Attention: Cash Management Research.

We strive to provide 100% quality to all of our homeowners. We are committed to not only meeting your expectations, but exceeding them.

If you have any questions, please contact us at the phone number referenced above.

Sincerely,

Cash Management Department
Mortgage Servicing Center
CM227 279

*Log in to MortgageQuestions.com --- your servicing website connection.*



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

November 24, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: 0045934627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit reporting agencies to restore your credit history. The credit bureaus have thirty days from the date of the request to complete retraction and update their records. Kindly accept our apologies for any inconveniences that you may have encountered due to this reporting error. Should you have any questions or experience any difficulties obtaining credit due to our error, please contact the Collection Department at 1-800-330-0423 between the hours of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to 5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 762

*Log in to MortgageQuestions.com --- your servicing website connection.*



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

December 22, 2009

Loan Number: 0045934627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: 0045934627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit reporting agencies to restore your credit history. The credit bureaus have thirty days from the date of the request to complete retraction and update their records. Kindly accept our apologies for any inconveniences that you may have encountered due to this reporting error. Should you have any questions or experience any difficulties obtaining credit due to our error, please contact the Collection Department at 1-800-330-0423 between the hours of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to 5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 7AG

*Log in to MortgageQuestions.com --- your servicing website connection.*



2001 Bishops Gate Blvd
Mt. Laurel, NJ 08054

Tel 888-418-0364
Fax 856-917-8300

January 28, 2010

David Brash
7022 Vinnings Way
Columbus, GA 31907

Re: Loan 0045934627

Dear Mr. Brash:

Thank you for taking the time to communicate to us the recent difficulties you experienced with regards to the servicing of your mortgage loan. It is always disappointing to learn that a valued customer is displeased with our service. Please know that your issues are not taken lightly and your feedback is regarded with utmost importance.

Your loan was reported as 30 days late for the October 2009 payment. The reason for the late payment was the military allotment did not indicate the loan number and the payment was applied to an incorrect account. This was corrected and the payment was applied to your account. A credit retraction was processed for the October 2009 payment on December 22, 2009. Credit bureau updates are done electronically. We are not able to provide a copy on the information sent to the credit bureaus as there is nothing sent in writing to them.

If you have any further questions regarding your loan, please contact me at 888-418-0364, extension 88203. Thank you for your patience while I worked to resolve this issue for you.

Sincerely,


Lori Emdin
Presidential Liaison
Office of the President

*Log in to MortgageQuestions.com — your servicing website connection.*