UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



**MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)**

| | |
|---|---|
| Date: 9/16/2010 | Type of Hearing: Motion to Compel |
| Judge: CLAY D. LAND | Court Reporter: Misti Gilbert |
| Courtroom Deputy: Pamela Sweeden | Interpreter: n/s |

*Case Number:* 4:09-CV-146- (CDL)

| | |
|---|---|
| DAVID BRASH | Counsel: Charles Austin Gower |
| vs. | |
| PHH MORTGAGE CORPORATION | Counsel: Emilie Omer Denmark |

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*

9:30 AM   Court convened and case was called. The Court announced the purpose of the hearing and recognized the participants. Charles Gower was present to represent the Plaintiff and Emilie Omer Denmark was present to represent the Defendant.

The Court granted Plaintiff's motion to compel (doc. 16) and ordered Defendant to produce within fourteen days of today all the information requested in the motion. The deposition of the 30(b)(6) witness should be taken within 30 days after production of information/documents.

The Court extended the discovery deadline through November 12, 2010 and dispositive motions deadline through November 30, 2010. Rule 26 report shall be due by October 12, 2010. THERE WILL BE NO EXTENSIONS GIVEN. The court plans to bring this case on for trial during the March 2011 term.

10:05 AM   Court adjourned.