**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA**



## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)

Date: 2/3/2011                           Type of Hearing: Pretrial Conference

Judge: CLAY D. LAND                      Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden      Interpreter: n/s

*Case Number:*  4:09-CV-146- (CDL)

DAVID BRASH                              Counsel: Charles Austin Gower; Teresa Abell

    vs.

PHH MORTGAGE CORPORATION                 Counsel: Emilie Omer Denmark; W. Reese Willis

Agents/experts in attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*   1 hr. 40 mins.

1:30 PM    Court convened.  The case was called and participants were recognized.  Charlie Gower and Teresa Abell represented the Plaintiff.  Reese Willis and Emilie Denmark represented the Defendant.  The Court advised this case would be the first case up on Monday, March 7, at 9:00 AM.  Twelve jurors would be chosen, no alternates, with three challenges each. Questions covered in questionnaires would not be repeated during voir dire.  Parties desiring to use court's audio/visual equipment should make advance arrangements with courtroom deputy clerk to come in advance of trial to try out the equipment.

The parties argued regarding the various motions in limine.  The Court's rulings are as follows: ECF No. 30 - denied in part and deferred in part; ECF No. 31 - granted in part, deferred in part, and denied in part; ECF No. 32 - denied; ECF No. 33 - denied motion in limine; ECF No. 34 - denied; ECF No. 35 - granted.

The matter of authentication of documents and objections to witness lists were discussed and agreed upon.  By February 10 Mr. Gower will furnish attorney's fees breakdown and breakdown of liquidated damages.

3:10 PM	Adjourned as to this case.