IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **DAVID BRASH,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION |
| | * | FILE NO.: <u>**4:09-CV-146**</u> |
| **PHH MORTGAGE CORPORATION,** | * | |
| **d/b/a COLDWELL BANKER** | * | |
| **MORTGAGE,** | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## PLAINTIFF'S FIRST AMENDMENT TO REQUESTED JURY CHARGES

COMES NOW the Plaintiff, David Brash, and requests that the Court give the following jury instructions, numbered 24 through 25, to the jury.

This 25th of February, 2011.

                                         Respectfully submitted,

                                         CHARLES A. GOWER, PC

                                         */s/ Charles A. Gower*
                                         Charles A. Gower
                                         Georgia Bar No. 303500

Post Office Box 5509
Columbus, GA 31906
(706) 324-5685

## **PLAINTIFF'S REQUEST TO CHARGE NO. 24**

### Attorney's Fees

If you find that the Defendant has acted in bad faith <u>or</u> has been stubbornly litigious <u>or</u> has caused the Plaintiff unnecessary trouble and expense, you may award to the Plaintiff reasonable attorney's fees and expenses.

Source:  Adapted from O.C.G.A. § 13-6-11.

## **PLAINTIFF'S REQUEST TO CHARGE NO. 25**

Attorney's Fees – Contingent Fee

If the Plaintiff introduces evidence of hours spent on the case, rates or some other indication of the value of the services rendered then you may award attorney's fees based on a contingent fee agreement with the Plaintiff. You must find that the contingent fee agreement is a usual or customary fee in this case and is a valid indicator of the professional services rendered.

Source: Home Depot v. Tyrderich, 268 Ga. App. 579 (2004).

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the **"PLAINTIFF'S FIRST AMENDMENT TO REQUESTED JURY CHARGES"** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>W. Reese Willis, Esq.
>Lisa Rose, Esq.
>Emilie O. Denmark, Esq.
>McCalla Raymer, LLP
>Six Concourse Parkway
>Suite 3200
>Atlanta, Georgia 30328

This 25th day of January, 2011.

>*/s/ Charles A. Gower*
>CHARLES A. GOWER