888 - 418 - 0364

P.O. Box 5457
Mt. Laurel, NJ 08054-5457
1-877-729-3273/1-888-418-0364
MortgageQuestions.com



# LATE PAYMENT NOTICE

PAYMENT DUE DATE: 05/01/09

| LOAN NUMBER | REGULAR MONTHLY PAYMENT | ACCUMULATED LATE CHARGES | TOTAL AMOUNT DUE | LATE PAYMENT DATE MM/DD/YY |
|---|---|---|---|---|
| ████4627 | 1,209.05 | 38.69 | 1,247.74 | 05/16/09 |

013792/004598/CB/1

DAVID M BRASH
7022 VININGS WAY
COLUMBUS GA  31907-5754

1. Your mortgage payment HAS NOT been received at our payment processing center by the late payment date.  A late charge may have been assessed to your account.
2. Protect your credit standing and avoid future late penalties by allowing adequate mailing time for your payment to reach our payment processing center.  Many of our customers avoid late penalties with automatic drafting.  Drafting authorization forms are located in your coupon book or online at MortgageQuestions.com.  Drafting dates include the 1st and 5th.  Sign up today!
3. You may avoid future late charges by using our SpeedPay service.  Call us at 1-877-729-3273 or log onto MortgageQuestions.com to make your payment today.

ease remit the total amount due today to bring your loan current.

PLAINTIFF'S EXHIBIT

1

10·22·10

Johnston



**COLDWELL BANKER MORTGAGE**

4001 Leadenhall Road
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

May 22, 2009

Loan Number: ████4627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Our records indicate that we have not received your current month's payment. If your payment has recently been mailed, please disregard this reminder.

If your payment has not been sent, please take a moment and mail it today. For the easiest and most convenient way to make your payment, take advantage of our online payment service on our website listed below or our pay by phone service at 1-877-PAY-EASE.

As always, we value your business and would appreciate your attention to this matter. If you have any questions, please contact the Mortgage Service Center at 1-800-330-0423 between the hours of 8:30am - 8:30pm Monday through Thursday and Friday from 8:30am - 5:00pm EST.

Thank you.

Sincerely,
Loan Counseling Center

This is an attempt to collect a debt, any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments or other defaults on your account may be reflected in your credit report.

XC067

*ep: Varun/Talked To: couldn't Help*

*Senior Rep: RENSIE/Talked To hung up on me*

*Rep RIYDAZ*

*1800 449-876*

*Chirston, Sisom (54Min)*
*Emerson Forbes*
*2nd - PHH038*

**PLAINTIFF'S EXHIBIT 2**
10-22-10
Johnston PA

P.O. Box 5457
Mt. Laurel, NJ 08054-5457
1-877-729-3273/1-888-418-0364
MortgageQuestions.com



**COLDWELL BANKER**
MORTGAGE

# LATE PAYMENT NOTICE

PAYMENT DUE DATE: 06/01/09

| LOAN NUMBER | REGULAR MONTHLY PAYMENT | ACCUMULATED LATE CHARGES |
|---|---|---|
| ▬4627 | 1,209.05 | 38.69 |

| TOTAL AMOUNT DUE | LATE PAYMENT DATE MM/DD/YY |
|---|---|
| 1,247.74 | 06/16/09 |

015122/014799/CB/B

DAVID M BRASH
7022 VININGS WAY
COLUMBUS GA  31907-5754

||ılıı||ıll|||ıı|ılı|ıılıı|ıı||ı|ııl|ıl|ıılıl|ıl||

lease remit the total amount due today to bring your loan current.

1. Your mortgage payment HAS NOT been received at our payment processing center by the late payment date.  A late charge may have been assessed to your account.
2. Protect your credit standing and avoid future late penalties by allowing adequate mailing time for your payment to reach our payment processing center.  Many of our customers avoid late penalties with automatic drafting.  Drafting authorization forms are located in your coupon book or online at MortgageQuestions.com.  Drafting dates include the 1st and 5th.  Sign up today!
3. You may avoid future late charges by using our SpeedPay service.  Call us at 1-877-729-3273 or log onto MortgageQuestions.com to make your payment today.



PLAINTIFF'S PA
EXHIBIT
3  10.22.10
Johnston

# Charles A. Gower, P.C.

### ATTORNEYS AT LAW

1425 WYNNTON ROAD
POST OFFICE BOX 5509
COLUMBUS, GEORGIA 31906
www.cagower.com

Charlie Gower
charlie@cagower.com

Telephone: 706-324-5885
Facsimile: 706-322-2964

June 22, 2009

Mr. Jim Gillespie
Coldwell Banker President & CEO
1 Campus Drive, Ste. 1
Parsippany, NJ 07054

Coldwell Banker Mortgage
4001 Leaden Hall Road
Mount Laurel, NJ 08054

Coldwell Banker Mortgage
P.O. Box 5457
Mount Laurel, NJ 08054

     RE:    Mr. David Brash
            Account No.: ███████4627
            7022 Vinings Way, Columbus, Georgia 31907

To Whom It May Concern:

     I represent Mr. David Brash, who has a first mortgage with your company. Your company has been sending Mr. Brash false and improper "Late Notices" and collection letters concerning the mortgage on his home. I am writing on behalf of Mr. Brash to inform you that Mr. Brash continues to dispute that he is or has ever been in arrears on his mortgage. Mr. Brash purchased the home located at 7022 Vinings Way, Columbus, Georgia, in November of 2007, at which time he gave a note and security deed on the property to Coldwell Banker Mortgage. Immediately thereafter, Mr. Brash, who is an active duty service member of the United States Army, set up a monthly allotment to have the monthly mortgage payment automatically deducted from his paycheck and sent to Coldwell Banker Mortgage. The amount due for Mr. Brash's regular monthly mortgage payment is currently $1,209.05; however, Mr. Brash has an allotted payment of $1,300.00 that is automatically sent Coldwell Banker Mortgage at the beginning of each month. Enclosed with this letter you will find Mr. Brash's Leave and Earnings Statements (LES) for the preceeding nine (9) months, all of which show the $1,300.00 automatic allotment deduction for the monthly mortgage payment sent to Coldwell Banker Mortgage on Mr. Brash's behalf.

2nd  –  PHH023



Coldwell Banker Mortgage notified Mr. Brash with a "Late Notice" in May, 2009, that it allegedly did not receive his payment for the month of May. (*See* enclosed Late Payment Notice). Mr. Brash immediately contacted Coldwell Banker Mortgage by phone to dispute that he was in or has ever been in arrears on his mortgage. After talking with several Coldwell Banker Mortgage representatives who could not help him, one representative informed him that his monthly mortgage payment for April 2009 was wrongly credited to someone else's account and that when Mr. Brash's May 2009 payment was received Coldwell Banker Mortgage used that payment to credit his account for April. Mr. Brash was assured that Coldwell Banker was going to remedy the situation and his account would be corrected to accurately reflect that Mr. Brash was not and has never been, in arrears on his mortgage.

However, Mr. Brash received **another** letter from Coldwell Banker Mortgage dated May 22, 2009, stating that Mr. Brash's payment had still not been received and that Coldwell Banker was attempting to collect on a debt and that Coldwell Banker Mortgage "may report information about [his] account to credit bureaus. Late payments or other defaults on [his] account may be reflected in [his] credit report." (*See* enclosed letter dated 5/22/2009). Once again, Mr. Brash immediately contacted Coldwell Banker Mortgage by phone to dispute that he was or ever has been in arrears on his mortgage. This time Mr. Brash spoke with a representative named Mr. Varun, a representative named Mr. Riyaz, and a senior representative named Mr. Rensie, none of whom could help Mr. Brash. Mr. Brash then spoke for almost an hour with a representative named Mr. Chirston Sisom, who informed Mr. Brash that it was Coldwell Banker Mortgage's error and that he would correct Coldwell Banker Mortgage's records to accurately reflect that Mr. Brash is not and has never been in arrears. Mr. Brash was placed on hold while Mr. Sisom attempted to do this, and the call was subsequently disconnected. Mr. Brash immediately called back and talked with another representative named Mr. Emerson Forbes who told Mr. Brash that Coldwell Banker Mortgage's error had been corrected. At this time Mr. Brash requested that he be sent a confirmation letter to verify that Coldwell Banker Mortgage's error on his account had, in fact, been corrected. Mr. Brash was assured that he would receive such confirmation letter within 5 to 7 business days. Coldwell Banker Mortgage never sent Mr. Brash this confirmation letter.

Instead, on June 20, 2009, Mr. Brash received **yet another** late payment notice from Coldwell Banker Mortgage falsely accusing him of being in arrears on his mortgage. (*See* second Late Payment notice). Mr. Brash has spent countless hours on the phone with Coldwell Banker Mortgage trying to resolve this dispute. Coldwell Banker Mortgage has repeatedly assured Mr. Brash by phone that it has corrected its error, yet continues to send him late payment notices and letters threatening to report him as delinquent to credit bureaus. This letter is to inform Coldwell Banker Mortgage that if it does, in fact, falsely report Mr. Brash as delinquent to credit bureaus or negatively impact Mr. Brash's credit in any way, we will immediately file a lawsuit against Coldwell Banker Mortgage, seeking both compensatory and punitive damages, as Coldwell Banker Mortgage will have acted to intentionally harm Mr. Brash despite receiving repeated notices that Coldwell Banker Mortgage is in error on Mr. Brash's account.

We demand that Coldwell Banker Mortgage immediately correct Mr. Brash's account records to reflect the fact that Mr. Brash has made his payments on time every month. We also demand that Coldwell Banker Mortgage immediately send Mr. Brash a statement verifying that Mr. Brash's account is, and has always been current. We expect a full accounting of Mr. Brash's account.

2nd – PHH024

Please note that this letter is a "qualified written request from the borrower" as required by 12 U.S.C. § 2605 (e), and as such Coldwell Banker Mortgage is required to acknowledge receipt of this request within twenty (20) days. We look forward to hearing from you promptly.

Cordially,

CHARLES A. GOWER



**MORTGAGE**

2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

October 22, 2009

Loan Number: ████4627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Our records indicate that we have not received your current month's payment. If your payment has recently been mailed, please disregard this reminder.

If your payment has not been sent, please take a moment and mail it today. For the easiest and most convenient way to make your payment, take advantage of our online payment service on our website listed below or our pay by phone service at 1-877-PAY-EASE.

As always, we value your business and would appreciate your attention to this matter. If you have any questions, please contact the Mortgage Service Center at 1-800-330-0423 between the hours of 8:30am - 8:30pm Monday through Thursday and Friday from 8:30am - 5:00pm EST.

Thank you.

Sincerely,
Loan Counseling Center

This is an attempt to collect a debt, any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments or other defaults on your account may be reflected in your credit report.

XC067

*Log in to MortgageQuestions.com --- your servicing website connection*



PLAINTIFF'S
EXHIBIT
5
10.
22
1C
Johnston

# Charles A. Gower, P.C.

### ATTORNEYS AT LAW

1425 WYNNTON ROAD
POST OFFICE BOX 5509
COLUMBUS, GEORGIA 31906
www.cagower.com

Charlie Gower
charlie@cagower.com

Telephone: 706-324-5685
Facsimile: 706-322-2964

October 23, 2009

Mr. Jim Gillespie
Coldwell Banker President & CEO
1 Campus Drive, Ste. 1
Parsippany, NJ 07054

Coldwell Banker Mortgage
4001 Leaden Hall Road
Mount Laurel, NJ 08054

Coldwell Banker Mortgage
Mail Stop SV15
P.O. Box 5452
Mount Laurel, NJ 08054

  RE: Mr. David Brash
     Account No.: ████4627
     7022 Vinings Way, Columbus. Georgia 31907

To Whom It May Concern:

  I represent Mr. David Brash, who has a first mortgage with your company.  We were in contact with your company on Mr. Brash's behalf earlier this year.  (*See* enclosed correspondence from June 22, 2009).  At that time, your company had been sending Mr. Brash false and improper "Late Notices" and collection letters concerning the mortgage on his home.  Shortly after your company received our June 22, 2009 letter, we received telephone verification from Coldwell Banker Mortgage that Coldwell Banker Mortgage had corrected its mistake.  Coldwell Banker also extended a profuse apology to Mr. Brash for the trouble and inconvenience Coldwell Banker Mortgage's serious error caused him and also promised to forward Mr. Brash a statement verifying that his account had never been arrears.  However, Coldwell Banker Mortgage never made good on any of the promises it made regarding Mr. Brash's account as Mr. Brash never received a full and accurate accounting of his account with Coldwell Banker Mortgage and on October 22, 2009, Mr. Brash received *yet another* letter from Coldwell Banker Mortgage falsely and improperly accusing him of being in arrears on his mortgage.  (*See* attached Late Payment Notice dated October 2009).



PLAINTIFF'S EXHIBIT
6
10.
22.
10
Johnston

Immediately upon receiving this latest late payment notice on October 22, 2009, which again falsely accuses him of being in arrears on his mortgage, Mr. Brash called Coldwell Banker Mortgage and spoke with a Ms. Anna Dunanan (Employee Code #PAC), and tried to resolve this dispute. It quickly became evident to Mr. Brash that the same lack of response he experienced earlier this year when trying to get Coldwell Banker Mortgage to correct its error regarding his account was reoccuring. (*See also* enclosed June 22, 2009 letter and attachments regarding the events prior to October 22, 2009 and Coldwell Banker's complete failure, for all intents and purposes, to respond in any meaningful way to Mr. Brash's multiple attempts to resolve the dispute).

Thus, I am once again writing on behalf of Mr. Brash to inform you that Mr. Brash continues to dispute that he is or has ever been in arrears on his mortgage. Mr. Brash purchased the home located at 7022 Vinings Way, Columbus, Georgia, in November of 2007, at which time he gave a note and security deed on the property to Coldwell Banker Mortgage. Immediately thereafter, Mr. Brash, who is an active duty service member of the United States Army, set up a monthly allotment to have the monthly mortgage payment automatically deducted from his paycheck and sent to Coldwell Banker Mortgage. The amount due for Mr. Brash's regular monthly mortgage payment is currently $1,209.05; however, Mr. Brash has an allotted payment of $1,300.00 that is automatically sent directly to Coldwell Banker Mortgage at the beginning of each month. Enclosed with this letter you will find Mr. Brash's Leave and Earnings Statements (LES) for the preceeding fourteen (14) months, all of which show the $1,300.00 automatic allotment deduction for the monthly mortgage payment sent to Coldwell Banker Mortgage on Mr. Brash's behalf.

Mr. Brash has spent countless hours on the phone with Coldwell Banker Mortgage trying to resolve this dispute. Coldwell Banker Mortgage has repeatedly assured Mr. Brash, and this law firm, by phone that it has corrected its error, yet continues to send him late payment notices and letters threatening to report him as delinquent to credit bureaus. This letter is to inform Coldwell Banker Mortgage that if it does, in fact, falsely report Mr. Brash as delinquent to credit bureaus or negatively impact Mr. Brash's credit in any way, we will immediately file a lawsuit against Coldwell Banker Mortgage, seeking both compensatory and punitive damages, as Coldwell Banker Mortgage will have acted to intentionally harm Mr. Brash despite receiving repeated notices that Coldwell Banker Mortgage is in error on Mr. Brash's account.

We demand that Coldwell Banker Mortgage **immediately** correct Mr. Brash's account records to reflect the fact that Mr. Brash has made his payments on time every month. We also demand that Coldwell Banker Mortgage **immediately** send Mr. Brash a statement verifying that Mr. Brash's account is, and has always been current. **We expect a full accounting of Mr. Brash's account.**

Please note that this letter is a "qualified written request from the borrower" as required by 12 U.S.C. § 2605 (e), and as such Coldwell Banker Mortgage is required to acknowledge receipt of this request within twenty (20) days. We look forward to hearing from you promptly.

Cordially,

CHARLES A. GOWER

2



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

October 27, 2009

Loan Number: ██████1627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Our Customer Service Department has received your letter dated 102709.

Your inquiry is being researched.  We will be responding to your inquiry
in writing as soon as our research has been completed.

If you have any questions, please contact us at the phone number referenced
above.

Sincerely,   ,

Mortgage Service Center
CS164  7ME

*Log in to MortgageQuestions.com --- your servicing website connection.*

2nd - PHH004

PLAINTIFF'S
EXHIBIT
7
10·
22·10
Johnston



MORTGAGE

2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

November 13, 2009

Loan Number: ████4627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus GA 31907

Dear Customer(s):

Thank you for contacting the Mortgage Service Center regarding your mortgage loan.

We have reviewed the documentation you provided regarding a payment on your loan.  At this time, more information is required in order for us to complete our research.

We are requesting the following:

Please provide bank transmittal showing what routing number and account number that funds were sent to in order to verify if funds were received here.

Please fax this information to 856-917-2946 Attention: Cash Management Research.

We strive to provide 100% quality to all of our homeowners.  We are committed to not only meeting your expectations, but exceeding them.

If you have any questions, please contact us at the phone number referenced above.

Sincerely,

Cash Management Department
Mortgage Servicing Center
CM227 279

*Log in to MortgageQuestions.com --- your servicing website connection.*

2nd - PHH005



PLAINTIFF'S pA
EXHIBIT
8          10-
           22-
           10
Johnston

COLUMBUS BANK AND TRUST COMPANY
    PO BOX 23061
COLUMBUS GA 31901-3061



NOVEMBER 23, 2009

MIRANDA J BRASH
DAVID M BRASH
7022 VININGS WAY
COLUMBUS GA          31907

Dear MIRANDA J BRASH :

We appreciate your recent request for a Visa Platinum credit card
application.  We have given your application careful consideration.  As
much as we would like to serve you, we regret that we are unable to approve
your request at this time for the following reason(s):

SERIOUS DELINQUENCY
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

In compliance with the Fair Credit Reporting Act, your application was
declined either wholly or partly because of information obtained from a
consumer reporting agency.  (You may contact the agency named below for
additional details.)
                    EQUIFAX INFO SERVICES LLC
                    P O BOX 740241
                    ATLANTA          GA          30374
                    800-685-1111

The consumer reporting agency listed above did not make the adverse
decision and is not able to explain why the decision was made.  You may
contact us for more information.  You have the right to obtain a free copy
of the consumer report from the consumer reporting agency if you request
the report within 60 days of receiving this adverse action notice.  You
may dispute directly with the consumer reporting agency the accuracy or
completeness of any information reported by the consumer reporting agency.

The Federal Equal Credit Opportunity Act prohibits creditors from discrimi-
nation against credit applicants on the basis of race, color, religion,
national origin, sex, marital status, age (provided that the applicant has
the capacity to enter into a binding contract); because all or part of the
applicant's income derives from any public assistance program; or because
applicant has in good faith exercised any right under the Consumer Credit
Protection Act.

The Federal Agency that administers compliance with the law concerning this
is FDIC Consumer Response Center, 2345 Grand Boulevard, Suite 100, Kansas
City, MO 64108, (877) 275-3342.

Sincerely,

Customer Service
1-800-543-8227

3524000010 VJACE





2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

November 24, 2009

Loan Number: ██████4627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: ██████4627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit
reporting agencies to restore your credit history.  The credit bureaus have
thirty days from the date of the request to complete retraction and update
their records.  Kindly accept our apologies for any inconveniences that
you may have encountered due to this reporting error.  Should you have any
questions or experience any difficulties obtaining credit due to our error,
please contact the Collection Department at 1-800-330-0423 between the hours
of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to
5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 762

*Log in to MortgageQuestions.com --- your servicing website connection.*

2nd - PHH006

PLAINTIFF'S PA
EXHIBIT
10    10:
22:
10
tabbies
JOHNSTON

November 30, 2009

**CERTIFIED MAIL**
**#7007 0710 0003 7938 4727**
**RETURN RECEIPT REQUESTED**

Mortgage Service Center
P. O. Box 5452
Mount Laurel, New Jersey08054-5452

> RE:   David M. Brash
> Escrow Account:   ▮▮▮▮4627
> Property Address:   7022 Vinings Way
> Columbus, GA 31907

Dear Sirs:

Enclosed herewith please find my annual escrow statement, dated November 18, 2009, which you sent to us.

I am returning this with your check for $69.58 and request that you deposit it back into my Escrow account so that I will always be in an overage situation in the escrow account.

Thank you.

Sincerely,

DAVID M. BRASH

Enclosure



**PLAINTIFF'S EXHIBIT**
11
Johnston 10-22-10

December 1, 2009

Coldwell Banker Mortgage
2001 Bishops Gate Boulevard
Mt. Laurel, New Jersey 08054

> **VIA CERTIFIED MAIL**
> **NO.:**
> **7007-0710-0003-7938-3669**

      RE:  **David M. Brash**
            **Mortgage Loan Number:** ████4627

Dear Sirs:

      I am writing to inform Coldwell Banker Mortgage that I have received its letter dated November 24, 2009, acknowledging Coldwell Banker Mortgage's erroneous reporting of me to the credit reporting agencies and telling me that Coldwell Banker Mortgage has sent a written request to the credit agencies to restore my credit history. I have enclosed a copy of this letter for your convenience. I request that you please immediately send to me a copy of this written request from Coldwell Banker Mortgage that was sent to the credit reporting agencies to try and fix Coldwell Banker Mortgage's error and restore my credit.

      Thank you.

                             Sincerely,

                             DAVID M. BRASH

Enclosure


PLAINTIFF'S
EXHIBIT
12
Johnston 10·22·10



2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

December 21, 2009

Loan Number: ████4627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: ████4627

Dear Customer(s):

In order to better understand your mortgage history, please
refer to the following transaction codes:

| | | | |
|---|---|---|---|
| 132 | Late Charge Adjustment | 305 | Escrow Disbursed To Mortgagee |
| 142 | First Principal Balance | 306 | Excess Escrow to Mortgagor |
| 152 | Late Charge Assessment | 307 | Escrow Disbursed to Mortgagor |
| 160 | Interest on Escrow | 310 | Payment of MIP/PMI |
| 163 | Hazard Premium Refund | 311 | Payment of County/Township Tax |
| 164 | Tax Refund | 312 | Payment of County Tax |
| 168 | Escrow Advance Recovery | 313 | Payment of City Tax |
| 170 | Escrow Reserves Deposited | 314 | Miscellaneous Tax |
| 171 | Coupon Payment | 315 | Miscellaneous Tax |
| 172 | Coupon Payment | 316 | Payment of School Tax |
| 173 | Irregular Non-Coupon Payment | 317 | Payment of Village Tax |
| 174 | Irregular Payment Short Escrow | 351 | Payment or Homeowners Insurance |
| 175 | Principal Curtailment | 352 | Payment of Flood Insurance |
| 181 | Paid in Full | 493 | Adjustable Rate Change |
| 301 | Miscellaneous Disbursement | | |

If I can be of any further assistance, please contact me at the Mortgage
Service Center at the above referenced number.

Sincerely,

XC083

*Log in to MortgageQuestions.com --- your servicing website connection.*

2nd - PHH007





MORTGAGE

2001 Bishops Gate Boulevard                                        Tel 888-418-0364
Mt. Laurel NJ 08054                                               Fax 856-917-8300

December 22, 2009                              Loan Number: ████4627
                                               Property Address:
                                               7022 Vinings Way
David M Brash                                  Columbus GA 31907
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: ████4627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit
reporting agencies to restore your credit history.  The credit bureaus have
thirty days from the date of the request to complete retraction and update
their records.  Kindly accept our apologies for any inconveniences that
you may have encountered due to this reporting error.  Should you have any
questions or experience any difficulties obtaining credit due to our error,
please contact the Collection Department at 1-800-330-0423 between the hours
of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to
5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 7AG

*Log in to MortgageQuestions.com --- your servicing website connection.*

2nd - PHH008

PLAINTIFF'S
EXHIBIT
14
Johnston  10·22·10

January 14, 2009

Coldwell Banker Mortgage
2001 Bishops Gate Boulevard
Mt. Laurel, New Jersey 08054

       RE:  **David M. Brash**
           **Mortgage Loan Number:** ▬▬▬4627

To Whom It May Concern:

      I am writing to inform you that on January 12, 2010, I received a second letter from Coldwell Banker Mortgage, dated December 22, 2009 and postmarked January 9, 2010, acknowledging Coldwell Banker Mortgage's erroneous reporting of me to the credit reporting agencies and telling me <u>again</u> that Coldwell Banker Mortgage has sent a written request to the credit agencies informing them of their error and asking them to restore my credit.  Coldwell Banker Mortgage initially sent me this same letter on November 24, 2009 notifying me of their erroneous reporting of me to the credit reporting agencies and telling me that Coldwell Banker Mortgage sent a written request to the agencies asking them to immediately restore my credit.  The November letter from Coldwell Banker stated that the credit agencies would have 30 days to restore my credit. After receiving Coldwell Banker's November letter I immediately sent Coldwell Banker a letter in return specifically requesting that I be sent a copy of the written request that Coldwell Banker supposedly sent to the credit reporting agencies regarding Coldwell Banker's error.  My request was ignored by Coldwell Banker Mortgage.  I am now writing <u>again</u> to ask for Coldwell Banker Mortgage to immediately send me a copy of the written request from Coldwell Banker Mortgage that was sent to the credit reporting agencies to try and fix Coldwell Banker Mortgage's error and restore my credit.

      Thank you.

                            Sincerely,

                            DAVID M. BRASH



PLAINTIFF'S
EXHIBIT *pA*
15
Johnston 10-22-10



### MORTGAGE

2001 Bishops Gate Blvd
Mt. Laurel, NJ 08054

Tel 888-418-0364
Fax 856-917-8300

January 28, 2010

David Brash
7022 Vinnings Way
Columbus, GA 31907

Re: Loan ███████4627

Dear Mr. Brash,

Thank you for taking the time to communicate to us the recent difficulties you experienced with regards to the servicing of your mortgage loan. It is always disappointing to learn that a valued customer is displeased with our service. Please know that your issues are not taken lightly and your feedback is regarded with utmost importance.

Your loan was reported as 30 days late for the October 2009 payment. The reason for the late payment was the military allotment did not indicate the loan number and the payment was applied to an incorrect account. This was corrected and the payment was applied to your account. A credit retraction was processed for the October 2009 payment on December 22, 2009. Credit bureau updates are done electronically. We are not able to provide a copy on the information sent to the credit bureaus as there is nothing sent in writing to them.

If you have any further questions regarding your loan, please contact me at 888-418-0364, extension 88203. Thank you for your patience while I worked to resolve this issue for you.

Sincerely,


Lori Emdin
Presidential Liaison
Office of the President


*Log in to MortgageQuestions.com --- your servicing website connection.*

2nd - PHH020

PLAINTIFF'S
EXHIBIT
Johnston  10·22·10

DATE    April 20, 2010

MORT NAME    DAVID BRASH
STREET    7022   VININGS WAY
CITY STATE ZIP    COLUMBUS, GA, 31907

LOAN NUMBER: ●●●●4627

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

### ACTIVITY FOR PERIOD 01/01/2008 - 12/31/2008

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ●●●●4627 | 01/01/08 | 172 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 161,350.00 | 777.68 | 0.00 | 0.00 |
| ●●●●4627 | 01/07/08 | 173 | 01/01/08 | 0.00 | 0.00 | 0.00 | 160.63 | 806.75 | 259.24 | 0.00 | 1,226.62 | 161,189.37 | 1,036.92 | 0.00 | 0.00 |
| ●●●●4627 | 02/05/08 | 175 | 02/01/08 | 0.00 | 0.00 | 0.00 | 161.43 | 805.95 | 259.24 | 0.00 | 1,226.62 | 161,027.94 | 1,296.16 | 0.00 | 0.00 |
| ●●●●4627 | 02/05/08 | 173 | 02/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,954.56 | 1,296.16 | 0.00 | 0.00 |
| ●●●●4627 | 03/05/08 | 175 | 03/01/08 | 0.00 | 0.00 | 0.00 | 162.61 | 804.77 | 259.24 | 0.00 | 1,226.62 | 160,791.95 | 1,555.40 | 0.00 | 0.00 |
| ●●●●4627 | 03/05/08 | 173 | 03/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,718.57 | 1,555.40 | 0.00 | 0.00 |
| ●●●●4627 | 04/02/08 | 175 | 04/01/08 | 0.00 | 0.00 | 0.00 | 163.79 | 803.59 | 259.24 | 0.00 | 1,226.62 | 160,554.78 | 1,814.64 | 0.00 | 0.00 |
| ●●●●4627 | 04/02/08 | 173 | 04/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,481.40 | 1,814.64 | 0.00 | 0.00 |
| ●●●●4627 | 05/05/08 | 175 | 05/01/08 | 0.00 | 0.00 | 0.00 | 164.97 | 802.41 | 259.24 | 0.00 | 1,226.62 | 160,316.43 | 2,073.88 | 0.00 | 0.00 |
| ●●●●4627 | 05/05/08 | 173 | 05/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,243.05 | 2,073.88 | 0.00 | 0.00 |
| ●●●●4627 | 06/06/08 | 175 | 06/01/08 | 0.00 | 0.00 | 0.00 | 166.16 | 801.22 | 259.24 | 0.00 | 1,226.62 | 160,075.89 | 2,333.12 | 0.00 | 0.00 |
| ●●●●4627 | 06/06/08 | 173 | 06/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,003.51 | 2,333.12 | 0.00 | 0.00 |
| ●●●●4627 | 07/03/08 | 175 | 07/01/08 | 0.00 | 0.00 | 0.00 | 167.36 | 800.02 | 259.24 | 0.00 | 1,226.62 | 159,835.15 | 2,592.36 | 0.00 | 0.00 |
| ●●●●4627 | 07/03/08 | 173 | 07/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,762.77 | 2,592.36 | 0.00 | 0.00 |
| ●●●●4627 | 08/05/08 | 175 | 08/01/08 | 0.00 | 0.00 | 0.00 | 168.57 | 798.81 | 259.24 | 0.00 | 1,226.62 | 159,594.20 | 2,851.60 | 0.00 | 0.00 |
| ●●●●4627 | 08/05/08 | 173 | 08/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,520.82 | 2,851.60 | 0.00 | 0.00 |
| ●●●●4627 | 09/04/08 | 175 | 09/01/08 | 0.00 | 0.00 | 0.00 | 169.78 | 797.60 | 259.24 | 0.00 | 1,226.62 | 159,351.04 | 3,110.84 | 0.00 | 0.00 |
| ●●●●4627 | 09/04/08 | 173 | 09/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,277.66 | 3,110.84 | 0.00 | 0.00 |
| ●●●●4627 | 09/11/08 | 312 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -699.98 | 0.00 | 0.00 | 159,277.66 | 2,410.86 | 0.00 | 0.00 |
| ●●●●4627 | 10/03/08 | 175 | 10/01/08 | 0.00 | 0.00 | 0.00 | 170.99 | 796.39 | 259.24 | 0.00 | 1,226.62 | 159,106.67 | 2,670.10 | 0.00 | 0.00 |
| ●●●●4627 | 10/03/08 | 173 | 10/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,033.29 | 2,670.10 | 0.00 | 0.00 |
| ●●●●4627 | 11/04/08 | 175 | 11/01/08 | 0.00 | 0.00 | 0.00 | 172.21 | 795.17 | 259.24 | 0.00 | 1,226.62 | 158,865.08 | 2,929.34 | 0.00 | 0.00 |
| ●●●●4627 | 11/04/08 | 173 | 11/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 158,787.70 | 2,929.34 | 0.00 | 0.00 |
| ●●●●4627 | 11/05/08 | 351 | 12/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -800.00 | 0.00 | 0.00 | 158,787.70 | 2,129.34 | 0.00 | 0.00 |
| ●●●●4627 | 11/10/08 | 312 | 11/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,049.97 | 0.00 | 0.00 | 158,787.70 | 1,079.37 | 0.00 | 0.00 |
| ●●●●4627 | 11/14/08 | 307 | 12/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -613.70 | 0.00 | 0.00 | 158,787.70 | 465.67 | 0.00 | 0.00 |
| ●●●●4627 | 12/04/08 | 175 | 12/01/08 | 0.00 | 0.00 | 0.00 | 173.44 | 793.94 | 259.24 | 0.00 | 1,226.62 | 158,614.26 | 724.91 | 0.00 | 0.00 |
| ●●●●4627 | 12/04/08 | 173 | 01/01/09 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 158,540.88 | 724.91 | 0.00 | 0.00 |
| ●●●●4627 | 12/31/08 | 307 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 158,540.88 | 724.91 | 0.00 | 0.00 |
| ●●●●4627 | 12/04/08 | 173 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 158,540.88 | 724.91 | 0.00 | 0.00 |



PLAINTIFF'S EXHIBIT
17
tabbies
JOHNSON p
10-22-10

DATE    April 20, 2010

MORT NAME   DAVID BRASH
STREET   7022  VININGS WAY
CITY STATE ZIP   COLUMBUS, GA 31907

LOAN NUMBER:   ******4627

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
Mt LAUREL, NJ 08054

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

ACTIVITY FOR PERIOD 01/01/2009 - 12/31/2009

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ****4627 | 01/01/2009 | 123 | 01/01/2009 | 0.00 | 0.00 | 0.00 | 174.88 | 792.70 | 241.67 | 0.00 | 1,209.25 | 155,540.68 | 724.91 | 0.00 | 0.00 |
| ****4627 | 01/05/2009 | 175 | 02/01/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.95 | 158,366.20 | 966.58 | 0.00 | 0.00 |
| ****4627 | 02/02/2009 | 173 | 02/01/2009 | 0.00 | 0.00 | 0.00 | 178.88 | 791.38 | 241.67 | 0.00 | 1,209.35 | 158,275.25 | 966.58 | 0.00 | 0.00 |
| ****4627 | 02/02/2009 | 175 | 02/01/2009 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,099.25 | 1,208.25 | 0.00 | 0.00 |
| ****4627 | 03/03/2009 | 173 | 03/01/2009 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,099.30 | 1,208.25 | 0.00 | 90.95 |
| ****4627 | 03/03/2009 | 175 | 03/01/2009 | 0.00 | 0.00 | 0.00 | 77.34 | 790.04 | 241.67 | 0.00 | 1,209.35 | 157,920.96 | 1,449.92 | 0.00 | 0.00 |
| ****4627 | 04/03/2009 | 173 | 04/01/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.95 | 157,920.96 | 1,449.92 | 0.00 | 0.00 |
| ****4627 | 04/03/2009 | 175 | 04/01/2009 | 0.00 | 0.00 | 0.00 | 178.68 | 788.70 | 241.67 | 0.00 | 1,209.35 | 157,741.33 | 1,691.59 | 0.00 | 0.00 |
| ****4627 | 05/06/2009 | 147 | 04/01/2009 | 0.00 | 0.00 | 90.95 | 0.00 | 788.70 | 241.67 | 0.00 | 1,209.35 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| ****4627 | 05/06/2009 | 173 | 05/01/2009 | 0.00 | 0.00 | -90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,561.33 | 1,449.92 | 0.00 | 0.00 |
| ****4627 | 05/06/2009 | 147 | 05/01/2009 | 0.00 | 0.00 | -90.95 | 178.68 | -788.70 | -241.67 | 0.00 | 1,209.35 | 157,470.38 | 1,691.59 | 0.00 | 0.00 |
| ****4627 | 05/06/2009 | 175 | 05/01/2009 | 0.00 | 0.00 | -90.95 | 90.95 | 787.35 | 241.67 | 0.00 | 1,209.35 | 157,470.38 | 1,449.92 | 0.00 | 0.00 |
| ****4627 | 06/05/2009 | 147 | 05/01/2009 | 0.00 | 0.00 | -1,209.05 | 180.03 | -787.35 | -241.67 | 0.00 | 1,209.35 | 157,649.06 | 1,540.87 | 0.00 | 0.00 |
| ****4627 | 06/26/2009 | 147 | 05/01/2009 | 0.00 | 0.00 | -1,209.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,470.01 | 1,540.87 | 0.00 | 90.95 |
| ****4627 | 06/26/2009 | 173 | 05/01/2009 | 0.00 | 0.00 | 90.95 | 0.00 | -787.35 | -90.95 | 0.00 | 0.00 | 157,470.01 | 1,449.92 | 0.00 | 3,900.05 |
| ****4627 | 06/26/2009 | 147 | 06/01/2009 | 0.00 | 0.00 | 90.95 | 178.68 | 783.70 | 241.67 | 0.00 | 1,300.30 | 157,649.06 | 1,540.87 | 0.00 | 3,718.10 |
| ****4627 | 06/26/2009 | 173 | 06/01/2009 | 0.00 | 0.00 | -90.95 | 180.03 | 747.35 | 241.67 | 0.00 | 1,209.35 | 157,470.01 | 1,540.87 | 0.00 | 3,809.05 |
| ****4627 | 06/26/2009 | 175 | 06/01/2009 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,649.06 | 1,540.87 | 0.00 | 1,209.05 |
| ****4627 | 06/26/2009 | 147 | 06/01/2009 | 0.00 | 0.00 | -1,209.05 | 0.00 | -787.35 | -241.67 | 0.00 | 1,300.30 | 157,469.03 | 1,782.54 | 0.00 | 90.95 |
| ****4627 | 07/07/2009 | 173 | 07/01/2009 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,469.03 | 2,024.21 | 0.00 | 2,509.05 |
| ****4627 | 07/07/2009 | 175 | 07/01/2009 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,469.03 | 1,782.54 | 0.00 | 1,209.05 |
| ****4627 | 07/08/2009 | 173 | 07/01/2009 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,470.33 | 1,533.26 | 0.00 | 3,900.05 |
| ****4627 | 07/08/2009 | 175 | 07/01/2009 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,470.33 | 1,533.26 | 0.00 | 2,890.05 |
| ****4627 | 08/03/2009 | 173 | 08/01/2009 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,199.40 | 1,540.87 | 0.00 | 2,800.05 |
| ****4627 | 08/03/2009 | 175 | 08/01/2009 | 0.00 | 0.00 | 90.95 | 181.83 | 765.00 | 241.67 | 0.00 | 157,018.02 | 2,174.93 | 0.00 | 1,300.00 | 0.00 |
| ****4627 | 09/09/2009 | 172 | 09/01/2009 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 157,018.02 | 2,174.93 | 0.00 | 1,300.00 |
| ****4627 | 09/09/2009 | 173 | 09/01/2009 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 157,018.02 | 2,174.93 | 0.00 | 90.95 |
| ****4627 | 09/09/2009 | 175 | 09/01/2009 | 0.00 | 0.00 | -1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 156,937.07 | 2,174.93 | 0.00 | 90.95 |
| ****4627 | 09/04/2009 | 172 | 09/01/2009 | 0.00 | 0.00 | 1,300.00 | 182.74 | 784.94 | 241.67 | 0.00 | 156,937.07 | 2,174.93 | 0.00 | 1,300.00 | 0.00 |
| ****4627 | 10/01/2009 | 312 | 10/01/2009 | 0.00 | 0.00 | -90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,744.33 | 828.62 | 0.00 | 0.00 |
| ****4627 | 10/01/2009 | 152 | 10/01/2009 | 38.69 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 38.69 | 156,853.38 | 2,416.60 | 0.00 | 90.95 |
| ****4627 | 11/04/2009 | 312 | 11/01/2009 | 38.69 | 0.00 | 0.00 | 184.11 | 783.27 | 241.67 | 0.00 | 156,101.88 | 2,656.27 | 0.00 | 90.95 | 0.00 |
| ****4627 | 11/11/2009 | 351 | 11/01/2009 | 0.00 | 0.00 | 0.00 | 0.00 | -1,242.19 | -774.40 | 0.00 | 1,300.00 | 156,101.88 | 2,664.82 | 0.00 | 0.00 |
| ****4627 | 11/13/2009 | 173 | 10/01/2009 | 0.00 | 0.00 | 0.00 | -96.87 | 783.51 | 241.67 | 0.00 | 156,192.83 | 2,656.27 | 0.00 | 297.29 | 0.00 |
| ****4627 | 11/13/2009 | 032 |  | -38.69 | 0.00 | 90.95 | 87.80 | 779.58 | 0.00 | 0.00 | 155,727.21 | 55.62 | 0.00 | 55.62 | 0.00 |
| ****4627 | 11/13/2009 | 175 | 12/01/2009 | 0.00 | 0.00 | 90.95 | 165.49 | 781.89 | 0.00 | 0.00 | 155,727.21 | 328.95 | 0.00 | 338.95 |
| ****4627 | 11/16/2009 | 307 | 12/01/2009 | 0.00 | 0.00 | -181.90 | 0.00 | 0.00 | 0.00 | 0.00 | -38.69 | 155,545.31 | 338.95 | 0.00 | 181.90 |
| ****4627 | 12/03/2009 | 172 | 12/01/2009 | 0.00 | 0.00 | 0.00 | 181.90 | 0.00 | -69.88 | 0.00 | 0.00 | 155,545.31 | 338.95 | 0.00 | 181.90 |
| ****4627 | 12/03/2009 | 175 |  | 0.00 | 0.00 | 0.00 | 0.00 | 777.73 | 241.67 | 0.00 | 0.00 | 155,363.66 | 469.38 | 0.00 | 0.00 |
| ****4627 | 12/31/2009 |  |  | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 155,264.71 | 711.05 | 0.00 | 0.00 |

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

DATE     April 20, 2010

MORT NAME      DAVID BRASH
STREET         7022  VININGS WAY
CITY STATE ZIP  COLUMBUS, GA. 31907

LOAN NUMBER:   xxxxxx4627

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

### ACTIVITY FOR PERIOD 01/01/2010 - 04/20/2010

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4627 | 01/01/10 | | | | | | | | | | | 155,294.71 | 711.05 | 0.00 | 0.00 |
| 4627 | 01/06/10 | 173 | 01/10/10 | 0.00 | 0.00 | 0.00 | 191.06 | 776.32 | 237.03 | 0.00 | 1,204.41 | 155,073.65 | 948.08 | 0.00 | 0.00 |
| 4627 | 01/06/10 | 175 | 02/10/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,978.06 | 948.08 | 0.00 | 0.00 |
| 4627 | 02/04/10 | 173 | 02/10/10 | 0.00 | 0.00 | 0.00 | 192.49 | 774.89 | 237.03 | 0.00 | 1,204.41 | 154,785.57 | 1,185.11 | 0.00 | 0.00 |
| 4627 | 02/04/10 | 175 | 03/10/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,689.98 | 1,185.11 | 0.00 | 0.00 |
| 4627 | 02/19/10 | 173 | 03/10/10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.58 | 0.00 | 69.58 | 154,689.98 | 1,254.69 | 0.00 | 0.00 |
| 4627 | 03/02/10 | 173 | 03/10/10 | 0.00 | 0.00 | 0.00 | 193.93 | 773.45 | 237.03 | 0.00 | 1,204.41 | 154,496.05 | 1,491.72 | 0.00 | 0.00 |
| 4627 | 03/02/10 | 175 | 04/10/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,400.46 | 1,491.72 | 0.00 | 0.00 |
| 4627 | 04/05/10 | 173 | 04/10/10 | 0.00 | 0.00 | 0.00 | 195.36 | 772.00 | 237.03 | 0.00 | 1,204.41 | 154,205.08 | 1,728.75 | 0.00 | 0.00 |
| 4627 | 04/05/10 | 173 | 05/10/10 | 0.00 | 0.00 | 0.00 | 95.59 | 0.00 | 0.00 | 0.00 | 95.59 | 154,109.49 | 1,728.75 | 0.00 | 0.00 |
| 4627 | 04/20/10 | 175 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 154,109.49 | 1,728.75 | 0.00 | 0.00 |

# Transaction Code Sheet

| Payment Transaction Code | Disbursement Transaction Code |
|---|---|
| ↓     ↓     ↓     ↓ | ↓     ↓     ↓ |
| 147 - Mis-application / Reversal | 160 - Interest on Escrow |
| 148 - Non-sufficient Fund Check Reversed | 161 - Escrow Advance |
| 152 - Late Charge Fee | 162 - MIP/ PMI Refund |
| 170 - Initial Escrow Deposit / Buydown Fund | 163 - Hazard Refund |
| 171 - Coupon Payment | 164 - Tax Refund Current Year |
| 172 - Coupon Payment | 166 - Tax Refund Prior Year |
| 173 - Non Coupon Payment | 167 - Other Deposit |
| 174 - Non Coupon Payment - Short Escrow | 168 - Escrow Advance Repayment |
| 175 - Principal Curtailment | 169 - Restricted Escrow Deposits |
| 181 - Paid in Full Loan | 301 - Special Disbursements |
| 182 - Foreclosure | 303 - Buydown Refund to Corp. Accounting |
| 183 - Interest to Investor Paid | 304 - Insurance Claim to Customer |
| | 305 - Escrow to Mortgagee (PHH) |
| **Corporate Advance Transaction Code** | 306 - Excess Escrow to Mortgagor |
| | 307 - Escrow Mortgagor |
| ↓     ↓     ↓     ↓ | 310 - Payment of PMI/ MIP |
| 601 - Advance Recovery (Inv. Acct.) | 311 - Payment of County/ Township Tax |
| 630 - Corporate Advance Disbursements | 312 - Payment of County Tax |
| 631 - Corporate Advance Disbursements | 313 - Payment of City Tax |
| 632 - Corporate Advance Disbursements | 314 - Miscellaneous Tax |
| 633 - Corporate Advance Disbursements | 315 - Miscellaneous Tax |
| 711 - Corporate Advance Deposits | 316 - Payment of School Tax |
| 712 - Corporate Advance Deposits | 317 - Payment of Village Tax |
| 713 - Corporate Advance Deposits | 318 - Lein/ Tax Authority Disbursements |
| 745 - Restricted Corp. Advance Adjustments | 321 - Lein/ Tax Authority Disbursements |
| 766 - Corporate Advance Deposits | 322 - Lein/ Tax Authority Disbursements |
| | 324 - Lein/ Tax Authority Disbursements |
| **Non - Cash Transaction Code** | 326 - Lein/ Tax Authority Disbursements |
| | 327 - Lein/ Tax Authority Disbursements |
| ↓     ↓     ↓     ↓ | 351 - Payment of Homeowners Insurance |
| 111 - Foreclosure Deposits | 352 - Payment of Flood Insurance |
| 132 - Late Charge Waived | 353 - Payment of Earthquake/ Windstorm Insurance |
| 142 - First Principal Balance | 354 - Payment of Alternative Insurance |
| 143 - Non - Cash Adjustment | 355 - Condominium Insurance |
| 145 - Restricted Monetary Adjusment | |
| 156 - Service Released | |
| 493 - Adjustable Rate Change | |

```
Date: 09/30/2010   Time: 4:52:56 PM

NOTS ██████4627         CONSOLIDATED NOTES LOG              09/30/10  16:52:43
DM BRASH         L:  F:  B:  R:      DUE 10/01/10    TYPE V.A.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
----------------------------------* PF8 FOR MORE *--------------------------------
COL 102709 7ME AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.
SER 061810 0KL  ███████████
                LITIGATION-ANY ? NOT SERVICING, CONTACT W WRONKA
SER 061710 0KL  ██████████████
SER 061510 0KL  ██████████████
SER 042110 0KL  █████████████████████████
SER 041910 0KL  ████████████████████████
SER 021210 0KL  ████████████████████████████████
SER 020510 0S5  SENT LETTER TO CUST ADVISING CREDIT REPORT UPDATES PREZ
                ARE DONE ELECTRONICALLY SO THERE IS NOTHING I CAN
                PROVIDED THAT WAS SENT TO CREDIT AGENCIES
SER 012810 0S5  PRESIDENTIAL LETTER CUSTOMER WANTS COPY OF WHAT WA PREZ
                SSENT TO CREDIT BUREAUS
SER 122909 0KL  ████████████████
                ████████████ WW ASKED FOR CALL OF REP ADVISING MI
                LITARY OFFICE NEEDS TO ID LOAN WHEN SUBMITTING PMT
                5/22/09. ████████████████████████████████
```



**REDACTED**



PHH141   CONFIDENTIAL 4th

```
Date: 09/30/2010   Time: 4:52:57 PM

NOTS      4627        CONSOLIDATED NOTES LOG         09/30/10  16:52:56
DM BRASH       L:  F:  B:  R:      DUE 10/01/10    TYPE V.A.
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
       MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-------------------------------* PF8 FOR MORE *-------------------------------
SER 122909 0KL
COL 122209 7AG LETTER SENT   XC050 Req to restore your credit his
COL 122209 7AG 'C/B UPDATE    FROM 2009         SUPERVISOR REQUEST
COL 122209 7AG REMOVED THE 30-DAY DELINQUENCY REPORTED FOR OCT
               2009
COL 122109 7A2 LETTER SENT   XC083 TRANSACTION CODES-HISTORY
SER 121809 0KL ORDERED PHST,COMMENTS-EMAIL COL FOR CURRENT QWR; E
               MAILED RD RE JUNE COMMENT OF LETTER FROM ATTY
SER 120409 0KL FORWARD GTO CASH MGT & OOP REP WHO HANDLED IN JULY
SER 120409 0KL TASK RE MISAPPLIED PMTS
COL 112409 762 LETTER SENT   XC050 Req to restore your credit his
COL 112409 762 'C/B UPDATE    FROM 2009         MISAPPLIED PAYMENT
COL 112409 762 RETRACTED DELIQUENCY REPORTED FOR OCT 2009 PMNT MIS
               APPLIED
COL 112409 762 LETTER SENT   XC057 Credit Retraction Denied
SER 112009 COM AUTO-PROVED LOAN FROM EAS MASS            SEAPRO
               COUNTY TAX DECREASED BY $29.68 FROM LAST ANALYSIS.
```

# REDACTED

PHH142  CONFIDENTIAL 4th

```
Date: 09/30/2010   Time: 4:52:58 PM

NOTS ████4627        CONSOLIDATED NOTES LOG              09/30/10  16:52:57
DM BRASH        L:  F:  B:  R:       DUE 10/01/10   TYPE V.A.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
- - - - - - - - - - - - - - - - - - - - -* PF8 FOR MORE *- - - - - - - - - - - - - - - - - - - - -
SER 112009 COM  INSURANCE DECREASED BY $26.04 FROM LAST ANALYSIS SEAPRO
               . ESCROW REQUIRED AMOUNT DECREASED BY $13.87.  MI
                 SC. DEPOSITS: $90.95.
COL 111709 TAS  RECTIFIED/ INSISTED/ADV WUD OPEN THE REQUEST ABT TH
                I / WUD RCV LTTR ABT THE SAME/ADV TMFRM /
COL 111709 TAS  'MR TEL OFC   'ACCT NOW CURRENT  'OTHR-REASN NOT LSTD
COL 111709 TAS  MR CALD ADV THE AC HAS BEEN REPORTED LATE WITH THE
                CBR/ADV RCVD PMNT FOR OCT ON 1113/ SD CHK WAS RCVD
                EARLIER/BUT NOT APPLIED/SD TO PUT REQUEST TO GET IT
COL 111709 TAS  PROPERTY INSPECTION PURGE GENERATED
COL 111709 TAS                                   'OWNER OCCUPIED
COL 111709 TAS                                   'GOOD CONDITION
SER 111309 2DC  CHECK 975669 IAO 1300.00 APPLIED TO THIS LOAN
                PER MISSING PAYMENT NOTES BELOW
SER 111309 279  MISSING PMT INFO: CIE FUNDS IAO $1300 REC'D
                10-1-09 UNDER INCORRECT LOAN#████7586 WHICH IS
                PIF IN CIE REJECTS, WILL BE APPLIED TO THIS LOAN
```

PHH143   CONFIDENTIAL 4th

```
Date: 09/30/2010   Time: 4:53:00 PM
```

```
NOTS      4627           CONSOLIDATED NOTES LOG           09/30/10  16:52:58
DM BRASH        L:  F:  B:  R:       DUE 10/01/10   TYPE V.A.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
--------------------------------* PF8 FOR MORE *--------------------------------
SER 111309 279 TODAY.  CIE FUNDS IAO $1300 REC'D 10-30-09 UNDER
               INCORRECT LOAN#     7586 IN CIE REJECTS. A CHECK
               REQUEST HAS BEEN SUBMITTED AND WHEN CHECK IS
               REC'D, IT WILL BE APPLIED TO THIS LOAN AS WELL.
               NO LETTER SENT.
SER 111309 279 MISSING PMT INFO: REC'D DOCUMENTATION IN REFERENCE
               TO MISSING PMT FOR OCT 2009 IAO $1300. RESEARCHING
               THIS.
SER 111209 PHR MISSING PAYMENT ISSUE                         CPMISS
               MS BRASH CALLED IN REG OF THE OCT PMT HE MADE//WAS
               NOT POSTED UNTIL KNOW//ALREADY CALLED AND SEND SU
               PPORT DOC TO INVESTIGATE THIS//EDU WILL FOLLOW UP
               THIS TO MISSING PMT DEPT//HE REQ TO CONTACT AND SP
               EAK THIS ISSUE TO HIS ATTY ON MEM1//GAVE HIS PHONE
               NUMBER TO CALLBACK//ADVISED A CALLBACK BE DONE FO
               R TOM//EDU MAILING ADD IS NOT CHANGE STILL HIS ADD
               ON IT/
```

PHH144  CONFIDENTIAL 4th

Date: 09/30/2010   Time: 4:53:01 PM

```
NOTS ████4627              CONSOLIDATED NOTES LOG              09/30/10  16:53:00
DM BRASH        L:  F:  B:  R:      DUE 10/01/10   TYPE V.A.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-------------------------------* PF8 FOR MORE *--------------------------------
COL 111209 TDT ACC SO ADV TRNSFR TO CUST SER BUT MR TREQUSTED FOR
               SUP SO TRNSFRD//WAS NOT ABLE TO OFFER ASSIST
COL 111209 TRK ESCALATED CALL//H/O SD THAT WE HAD DRAFTED A PMT IN
               MAY IT IS NOT YET APPLIED TO THE ACCOUNT//SD HE HAS
               ALSO FAXED IN THE BANK STATEMENT//SD HIS ATTORNEY
COL 111209 TRK HAS ALSO SEND IN THE DOCS//XPERED TO C/S
COL 111209 TDT PROPERTY INSPECTION PURGE GENERATED
COL 111209 TDT                        'GOOD CONDITION
COL 111209 TDT                        'OWNER OCCUPIED
COL 111209 TDT 'MR TEL OFC    TRANS TO PHH    'OTHR-REASN NOT LSTD
COL 111209 TDT MR WAS RETRNING THE CALL SO ADV TAD ON ACC//MR SD H
               AS MADE OCT WHICH WAS AUTOMATICALLY TAKEN OUT FROM
               PAY CK IN 10/03//MR SD WE HAVE MESSED UP WITH HIS
COL 111209 TFH 'TEL RES       'LMTC/MACHINE
COL 111109 TFH 'TEL RES       'LMTC/MACHINE
COL 110509 TFH 'TEL RES       'LMTC/MACHINE
COL 110509 *** NOTICE         FINAL     (P-199)
```

```
Date: 09/30/2010   Time: 4:53:02 PM

NOTS ████4627          CONSOLIDATED NOTES LOG          09/30/10  16:53:01
DM BRASH        L:  F:  B:  R:      DUE 10/01/10    TYPE V.A.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-----------------------------* PF8 FOR MORE *-----------------------------
COL 102809 PAC 'MRS TEL OFC   'CHNG TO NONPUB #  'OTHR-REASN NOT LSTD    1101
SER 102709 PAC DID YOU RECEIVE PAYMENT?                            CPR
               B1 | CI ABT THE OCTOBER PAYMNT ADVSE THAT IT WAS A
               N ELECTRONIC XFR TAKEN OUT VI AMILLITARY ALLOTMRNT
               ; ADVE B1 TO FAX OVER BANK DOCUMENTATION OF DIRECT
               LY FROM HIS OFFICE THAT THE AMOUNT $1300.00 HAS BE
               EN ROWARDED ALREADY AS A PYMNT TO HI ACCNT FOR OCT
               . WILL RE FAX DOCUMENT;DID NOT EMAIL MISSINGPAYMNT
               AS PER B1 AGAIN HE WILL SEND IN A PROFF OF DOC C/O
               HIS LAWYER
SER 102709 PAC CUSTOMER ACCEPTED SURVEY                           CSSURY
COL 102709 TPT 'MR TEL OFC   TRANS TO PHH       'OTHR-REASN NOT LSTD
COL 102709 TPT MR CALD IN ADV TAD/SD TAT WE HAVE MISSAPLIED THE PA
               YMT//COULDNT SEE THAT HENCE XFERD THE CALL TO CS DE
               PT WITH SUPERVISOR'S PERMISSION..
COL 102709 TPT PROPERTY INSPECTION PURGE GENERATED
COL 102709 TPT                                  'GOOD CONDITION
```

PHH146   CONFIDENTIAL 4th

Date: 09/30/2010   Time: 4:53:04 PM

```
NOTS ████4627          CONSOLIDATED NOTES LOG          09/30/10  16:53:02
DM BRASH        L:  F:  B:  R:       DUE 10/01/10    TYPE V.A.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-----------------------------* PF8 FOR MORE *-----------------------------
COL 102709 TPT                              'OWNER OCCUPIED
COL 102709 7ME PASSED QWR TO VINCE
SER 102709 7ME FROM MEM1:
           AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.
COL 102709 7ME AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.
COL 102709 TFH 'TEL RES       'LMTC/MACHINE
COL 102309 TRK ESCALATED CALL//MR SD THAT HE HAD SENT IN THE PMT I
           N JUNE & IT WAS MISAPPLIED TO OTHER LOAN XFERED TO
           C/S
SER 102309 PZ9 CUSTOMER ACCEPTED SURVEY                     CGGURY
SER 102309 PZ9 DID YOU RECEIVE PAYMENT?                     CPR
           CALL XFRD FRM RITA PHH INDIA, CI RE: PYMNT FOR OCT
           , ADV DID NOT RECEIVE, CLAIMING THAT THE PYMNT MAY
           BE POSTED ON THE OTHER ACCNT AGAIN THE SAME THING
           HAPPENED FOR JUNE PYMNT, ADV NEED TO SEND BANK ST
           ATEMENT WITH THE PAYMNT TRANSACTION FOR THE MONTH
           OF OCT IAO$1300.00, PROVIDED FAX NUMBER, EDU ON MQ
```

PHH147  CONFIDENTIAL 4th

```
Date: 09/30/2010   Time: 4:53:05 PM

NOTS ████4627           CONSOLIDATED NOTES LOG           09/30/10  16:53:04
DM BRASH         L:  F:  B:  R:       DUE 10/01/10   TYPE V.A.
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
       MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-------------------------------* PF8 FOR MORE *----------------------------------
SER 102309 PZ9 .COM                                              CPR
COL 102309 TFE 'MR TEL OFC    TRANS TO PHH        'OTHR-REASN NOT LSTD
COL 102309 TFE MR CLD ADV TAD WAS UP SET//AS HE HAD SOME ISSUES AB
               T PYMT MADE/INSISTED TO SPK TO SUP/HENCE ESCALATED
               THE CALL/ADV LC,CBR/COULD NOT OFFER ASSIST//
COL 102309 TFE PROPERTY INSPECTION PURGE GENERATED
COL 102309 TFE                                   'GOOD CONDITION
COL 102309 TFE                                   'OWNER OCCUPIED
COL 102309 TFH 'TEL RES       'LMTC/MACHINE
SER 102209 PAC DID YOU RECEIVE PAYMENT?                          CPR
               B1| FORWARDED REQ NEW NUMBER ON FILE:313 770 0029
               A CALL BACK WILL BE MADE RE STATUS OF OCT PAYMNT I
               F WE HAVE RECVD IT OR NOT/ MADE CLEAR L.C WAS FOR
               OCTOBER
SER 102209 PM9 CUSTOMER NOT OFFERED SURVEY                       CSSURT
SER 102209 PM9 THIRD PARTY ISSUES                               CG3PTY
               MIRANDA JOHNSTON W/ LAW OFFICE OF CHARLES A GOWER
```

Date: 09/30/2010   Time: 4:53:06 PM

```
NOTS ████4627              CONSOLIDATED NOTES LOG              09/30/10  16:53:05
DM BRASH         L:  F:  B:  R:       DUE 10/01/10    TYPE V.A.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-----------------------------* PF8 FOR MORE *-----------------------------------
SER 102209 PM9 CI RE FALLS LATE FEE ASSESSED ON THE ACCT.ADV HAVE CG3PTY
               THE ACCT HOLDER CALL IN.SAID SHE ALREADY FAXED IN
               CX AUTH IN JUNE,ADV FOR AUTH TO BE ABLE TO SPEAK
               ON CX BEHALF IT MUST BE MAILED,GAVE LOAN SUPPORT M
               AILING ADD
SER 102209 PAC CUSTOMER ACCEPTED SURVEY                              CSSURV
COL 102209 *** XC067 Follow up-1 mnth ltr       LETTER SENT
COL 101209 *** SCORE 007   101009 AGT E16G DAYS DEL 011 RISK E
SER 070109 018 SNT APOLOGY LT RO REV TEAM
SER 070109 018 ORDERED PMT HISTORY FOR BORR ATTY TO SND W/APPOLOG
               Y LTR.
SER 062909 0EY RECEIVED LETTER FROM ATTNY REGARDING LATE NOTICES  CASUP
               - HO ON MILITARY ALLOT - PAYMENT MISAPPLIED AND
               BEING CORRECTED. WILL SEND ATTNY COMPLETE HISTORY
               AND LETTER OF APOLOGY.
SER 062609 2HC PYMNT WAS NEVER APPLIED TO LN#████4627-REVERSED
               FUNDS IAO $1300 FROM LN#████7586 SAME DAY RE-AP
```

```
Date: 09/30/2010   Time: 4:53:08 PM
-------------------------------------------------------------------------------
NOTS ▓▓▓▓4627              CONSOLIDATED NOTES LOG              09/30/10  16:53:07
DM BRASH           L:  F:  B:  R:       DUE 10/01/10   TYPE V.A.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:  _
------------------------------* PF8 FOR MORE *--------------------------------
SER 062609 2HC TO LN#▓▓▓▓4627
COL 062609 TFH 'TEL RES        'LMTC/MACHINE
COL 062609 *** MISAPPLICATN REVERSAL
SER 062409 018 COMPLAINT LTR/CALL BE WORKED BY MARTY'S OFFICE      PREZ
               BORR ATTY CHARLES GOWER SNT LTR DISPUTE LATE PMT M
               ONTH;Y PMTS SNT VIA MIL ALOTMT, ATTCH PROOF. FRWD
               TO CM TO RESEARCH & HAVE LN UPDT. OPEND CRISS1 TSK
COL 062309 TFH 'TEL RES        'LMTC/MACHINE
COL 061809 TFH 'TEL RES        'LMTC/MACHINE
COL 061609 *** NOTICE          DELINQUENT (P-198)
COL 061209 *** SCORE 006   061209 AGT E16G DAYS DEL 011 RISK F
SER 060209 0SR UNABLE TO COMPLETE REVERSAL, PMT WAS REVERSED FROM MGTASK
               LN AND APPLIED TO ANOTHER
SER 060109 PZ9 PAYMENT MISAPPLIED, REVERSAL SUBMITTED              CPREVR
               HO CI RE: REVERSAL, ADV MISAPPLIED PAYMENT IAO$120
               9.05 FOR THE MONTH OF 04/09 THAT WAS RECEIVED 04/0
               3 AND 05/06, ADV CX THAT PAYMENT WILL BE APPLIED T
```

```
Date: 09/30/2010   Time: 4:53:09 PM

NOTS      4627            CONSOLIDATED NOTES LOG          09/30/10  16:53:08
UM BRASH          L:  F:  B:  R:      DUE 10/01/10   TYPE V.A.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
--------------------------------* PF8 FOR MORE *--------------------------------
SER 060109 PZ9 O 05/09. ADV TIMELINE, EDU ON MQ.COM                 CPREVR
SER 060109 PZ9 UPDATED TELEPHONE NUMBER OR EMAIL ADDRESS            CGPHEM
               HO CI RE: UPDATED PHONE NUMBER, ADV CHANGES 706565
               4170, CX AGREED
SER 060109 PCS MISSING PAYMENT ISSUE                                CPMISS
               R1;CALLED ABOUT THE RESULT OF THE PMT WE HAVE NOT
               RECEIVED FOR MAY,PREV NOTE SHOWS THAT PMT WAS
               MISAPPLIED TO THE WRONG LOAN,ALTHOUGH UPON REVIEWI
               NG THE INFO FROM THE  LOAN NOTHING WAS TOUCH,
               PMT UNDER MILITARY ALLOTMENT,PMT MAYBE MISSING
               SOMEWHERE NOT W/ THE LOAN NUMBER THAT WAS INDICATE
               D FROM THE PREV NOTE.
COL 060109 TRS PROPERTY INSPECTION PURGE GENERATED
COL 060109 TRS 'MR TEL OFC   TRANS TO PHH           'PAYMENT DISPUTE
COL 060109 TRS MR CLD ADV TAD/LC/CBRH/MR SD IS NOT BEHIND WAS DISP
               UTING ABT PMT/CAN SEE PMT APPLIED FOR APRIL TWICE S
               O FOR FURTHER ASST XFRRED TO C/S/SOL WEB
```

PHH151  CONFIDENTIAL 4th

```
Date: 09/30/2010   Time: 4:53:11 PM

NOTS ████ 4627        CONSOLIDATED NOTES LOG        09/30/10  16:53:10
DM BRASH       L:  F:  B:  R:     DUE 10/01/10   TYPE V.A.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
-------------------------------* PF8 FOR MORE *-------------------------------
COL 060109 TRS                              'OWNER OCCUPIED
SER 060109 PZ3 INFO ABOUT PHH (TELE, FAX, ADDR...)            CG
               B1 CI ASKED WHY HE KEEPS ON RCVING LATE FEE LTTER
               IF HE ALREADY SENT IN PYMNT FOR MAY AS PER P309 TH
               ERE ARE 2 PYMNTS APPLIED FOR APRIL REP CHECKED ACC
               T BUT WHEN WENT BCK TO B1 NO VOICE RESPONSE NXT RE
               P WIL TASK TO REVERS
SER 060109 PZ3 CUSTOMER NOT OFFERED SURVEY                    CSSURT
COL 060109 TWS T/T 3RD PARTY NO WRITTEN AUTH     'OTHR-REASN NOT LSTD
COL 060109 TWS 3RD PARTY MS CLD ADV THERE IS NO AUTH//WANTD TO KNO
               W TILL WHAT TIME WE ARE OPEN//
COL 052809 TFH 'TEL RES        'NO ANSWER
COL 052809 TFH 'TEL RES        'NO ANSWER
COL 052609 TFH 'TEL RES        'NO ANSWER
COL 052609 TFH 'TEL RES        'NO ANSWER
SER 052209 PJC PAYMENT MISAPPLIED, REVERSAL SUBMITTED         CPREVR
               H/O INQ RE INCORRCT PMNT APPLCATN FOR MAY; INFRMD
```

PHH152   CONFIDENTIAL 4th

Date: 09/30/2010   Time: 4:53:13 PM

```
NOTS    ████4627           CONSOLIDATED NOTES LOG              09/30/10  16:53:11
DM BRASH        L:  F:  B:  R:      DUE 10/01/10   TYPE V.A.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
--------------------------------* PF8 FOR MORE *--------------------------------
SER 052209 PJC THAT MAY PMNT IS ALRDY IN PROCESS AND WL BE UPDATD CPREVR
               IN 24-48 BHRS
SER 052209 PJC CUSTOMER DECLINED SURVEY                            CSSURN
SER 052209 PMD DID YOU RECEIVE PAYMENT?                            CPR
               B1 ASKED WHY DID HE GET A LC ON ACCT SINCE HE IS
               ON MILITARY ALLOTMENT, VERIFIED THE NO MAY PMT WAS
               REC'D, TOLD CS TO COORDINATE WITH ALLOTMENT OFC.
               TOLD CS TO MAKE PMT AFTR HE TALKS WITH ALLOTMENT
               OFC. CS DECLINED SURVEY.
COL 052209 TFH 'TEL RES         'NO ANSWER
COL 052209 *** XC067 Follow up-1 mnth ltr      LETTER SENT
COL 052009 TFH 'TEL RES         'TEL DISC
COL 052009 TFH 'TEL RES         'TEL DISC
COL 052009 TFH 'TEL RES         'TEL DISC
COL 051809 *** NOTICE         DELINQUENT (P-198)
COL 051209 *** SCORE 006    051109 AGT E16G DAYS DEL 011 RISK F
SER 050609 2HC REVERSED $1300 FROM LN#████7586 SAME DAY RE-AP T
```

Date: 09/30/2010   Time: 4:53:15 PM

```
NOTS ████4627           CONSOLIDATED NOTES LOG                09/30/10  16:53:13
DM BRASH        L:  F:  B:  R:       DUE 10/01/10    TYPE V.A.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT: _
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SER 050609 2HC O LN#████4627
SER 050609 270 SUBMITTING REVERSAL REQUEST FOR LOAN#████7586 TO
               BE APPLIED TO THIS LOAN. MILLITARY ALLOTMENT WAS
               IDENTIFIED INCORRECTLY. WILL EFFECTIVE DATE WHEN
               RECIEVED 05/01
COL 050609 *** MISAPPLICATN REVERSAL
SER 111308 IVR TYPE YOUR OWN COMMENT                  .            ESCCOD
               ANA ACC EFF 01/09- YEAR BUILT 1997
```

10/01/10     10:26    MORTGAGE SERVICES → F                          NO.838    D02

| LOAN NUMBER | MORTGAGOR NAME | ADDRESS CITY | ST ZIP | ORIG AMT PRIN BAL | INT RATE TOTAL PMT | LOAN TYPE AGE |
|---|---|---|---|---|---|---|
| 4627 | DAVID M BRASH | 7022 VININGS WAY COLUMBUS | GA 31907 | 161350.00 158275.25 | 5.00000 12 V.A. 1209.05 01Y 02M | |

| ENTRY TYPE | DATE | USER | LTR IO/ CMT CODE | ACTIVITY DESCRIPTION | |
|---|---|---|---|---|---|
| LET | 01/15/09 | MPB | YE108 | A00 - DAVID M BRASH | |
| LET | 01/06/09 | *** | YE108 | A00 - DAVID M BRASH | |
| LET | 01/05/09 | *** | YE108 | A00 - DAVID M BRASH | NP |
| LOG | 11/13/08 | IVR | ESCCOD | TYPE YOUR OWN COMMENT AWA ACC EFF 03/00- YEAR BUILT 1997 | |
| LOG | 02/05/08 | 237 | | CIF FUNDS REC\O 02/01/08 WERE APPLIED TO LOAN ON 2/4/08 | |
| LOG | 02/01/08 | 2HR | CCSASA | SOLDIERS AND SAILORS ACT QUESTIONS H/O CALLED TO SEE IF MILITARY ALOTMENT HAS EFFECT IVR | |
| LOG | 02/01/08 | 2HR | CFR | DID YOU RECEIVE PAYMENT? H/O CALLED TO SEE IF PAYMENT WAS RECIEVED | |
| LOG | 01/02/08 | IVR | SEALAN | CHECKED BY EAS NEW LOAN AUDIT PROC, NO EXCEPTION SEALAN | |
| LOG | 12/13/07 | 204 | CPACHI | INQUIRE ABOUT ACH N1 RE: MILITARY ALLOTMENT?? | |
| LOG | 12/10/07 | 236 | CCSASA | SOLDIERS AND SAILORS ACT QUESTIONS GAVE INFO ON MILITARY ALOT. #\S | |

PHH155   CONFIDENTIAL 4th

BRASH
7022 VININGS WAY        COLUMBUS GA 31907
████4627

11/13/09  15:50:48 2DC  CHECK 975669 IAO 1300.00 APPLIED TO THIS LOAN  PER MISSING PAYMENT NOTES BELOW

11/13/09  13:46:14 279  MISSING PMT INFO: CIE FUNDS IAO $1300 REC'D 10-1-09 UNDER INCORRECT LOAN#████7586 WHICH IS PIF IN CIE REJECTS, WILL BE APPLIED TO THIS LOAN  TODAY. CIE FUNDS IAO $1300 REC'D 10-30-09 UNDER INCORRECT LOAN#████7586 IN CIE REJECTS. A CHECK  REQUEST HAS BEEN SUBMITTED AND WHEN CHECK IS REC'D, IT WILL BE APPLIED TO THIS LOAN AS WELL. NO LETTER SENT.

11/13/09  11:56:09 279  MISSING PMT INFO: REC'D DOCUMENTATION IN REFERENCE TO MISSING PMT FOR OCT 2009 IAO $1300. RESEARCHING THIS.

11/12/09  19:02:43 PHR  MISSING PAYMENT ISSUE
MS BRASH CALLED IN REG OF THE OCT PMT HE MADE//WAS NOT POSTED UNTIL KNOW//ALREADY CALLED AND SEND SUPPORT DOC TO INVESTIGATE THIS//EDU WILL FOLLOW UP THIS TO MISSING PMT DEPT//HE REQ TO CONTACT AND SPEAK THIS ISSUE TO HIS ATTY ON MEM1//GAVE HIS PHONE NUMBER TO CALLBACK//ADVISED A CALLBACK BE DONE AT TOM//EDU MAILING ADD IS NOT CHANGE STILL HIS ADD  ON IT/

10/27/09  20:39:55 PAC  DID YOU RECEIVE PAYMENT?
B1 | CI ABT THE OCTOBER PAYMNT ADVSE THAT IT WAS AN ELECTRONIC XFR TAKEN OUT VI AMILLITARY ALLOTMENT; ADVE B1 TO FAX OVER BANK DOCUMENTATION OF DIRECTLY FROM HIS OFFICE THAT THE AMOUNT $1300.00 HAS BEEN ROWARDED ALREADY AS A PYMNT TO HI ACCNT FOR OCT//WILL RE FAX DOCUMENT;DID NOT EMAIL MISSINGPAYMNT AS PER B1 AGAIN HE WILL SEND IN A PROFF OF DOC C/O HIS LAWYER

10/27/09  15:47:38 7ME  FROM MEM1:
             AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.

10/23/09  13:04:29 PZ9  DID YOU RECEIVE PAYMENT?  .
CALL XFRD FRM RITA PHH INDIA, CI RE: PYMNT FOR OCT , ADV DID NOT RECEIVE, CLAIMING THAT THE PYMNT MAY BE POSTED ON THE OTHER ACCNT AGAIN THE SAME THING HAPPENED FOR JUNE PYMNT, ADV NEED TO SEND BANK STATEMENT WITH THE PAYMNT TRANSACTION FOR THE MONTH OF OCT IAO$1300.00, PROVIDED FAX NUMBER, EDU ON MQ  .COM

10/22/09  19:56:20 PAC  DID YOU RECEIVE PAYMENT?
B11 FORWARDED REQ NEW NUMBER ON FILE:313 770 0029  A CALL BACK  WILL BE MADE RE STATUS OF OCT PAYMNT IF WE HAVE RECVD IT OR NOT/ MADE CLEAR L.C WAS FOR OCTOBER

10/22/09  16:00:33 PM9  THIRD PARTY ISSUES
MIRANDA JOHNSTON W/ LAW OFFICE OF CHARLES A GOWER CI RE FALLS LATE FEE ASSESSED ON THE ACCT.ADV HAVE THE ACCT HOLDER CALL IN.SAID SHE ALREADY FAXED IN CX AUTH IN JUNE,ADV FOR AUTH TO BE ABLE TO SPEAK ON CX BEHALF IT MUST BE MAILED,GAVE LOAN SUPPORT MAILING ADD

07/01/09  20:55:50 018  SNT APOLOGY LT RO REV TEAM

07/01/09  20:20:42 018  ORDERED PMT HISTORY FOR BORR ATTY TO SND W/APPOLOGY LTR.

06/29/09  08:57:01 0EY  RECEIVED LETTER FROM ATTNY REGARDING LATE NOTICES HO ON MILITARY ALLOT - PAYMENT MISAPPLIED AND BEING CORRECTED. WILL SEND ATTNY COMPLETE HISTORY  AND LETTER OF APOLOGY.

06/26/09  16:29:56 2HC  PYMNT WAS NEVER APPLIED TO LN#████4627-REVERSED FUNDS IAO $1300 FROM LN#████7586 SAME DAY RE-AP TO LN#████4627

06/24/09  11:03:51 018  COMPLAINT LTR/CALL BE WORKED BY MARTY'S OFFICE BORR ATTY CHARLES GOWER SNT LTR DISPUTE LATE PMT MONTH;Y PMTS SNT VIA MIL ALOTMT, ATTCH PROOF. FRWD TO CM TO RESEARCH & HAVE LN UPDT. OPEND CRISS1

06/02/09  09:04:38 0SR  UNABLE TO COMPLETE REVERSAL, PMT WAS REVERSED FROM LN AND APPLIED TO ANOTHER

06/01/09  20:34:07 PZ9  PAYMENT MISAPPLIED, REVERSAL SUBMITTED



PLAINTIFF'S EXHIBIT
20-A
Johnston  10-22-10

HO CI RE: REVERSAL, ADV MISAPPLIED PAYMENT IAO$1209.05 FOR THE MONTH OF 04/09
THAT WAS RECEIVED 04/0 3 AND 05/06, ADV CX THAT PAYMENT WILL BE APPLIED TO
05/09. ADV TIMELINE, EDU ON MQ.COM
06/01/09  18:40:56 PCS  MISSING PAYMENT ISSUE
B1;CALLED ABOUT THE RESULT OF THE PMT WE HAVE NOT RECEIVED FOR MAY, PREV
NOTE SHOWS THAT PMT WAS MISAPPLIED TO THE WRONG LOAN, ALTHOUGH UPON
REVIEWING THE INFO FROM THE  LOAN NOTHING WAS TOUCH, PMT UNDER MILITARY
ALLOTMENT, PMT MAYBE MISSING SOMEWHERE NOT W/ THE LOAN NUMBER THAT WAS
INDICATE D FROM THE PREV NOTE.
06/01/09  17:39:00 PZ3  INFO ABOUT PHH (TELE, FAX, ADDR...)
B1 CI ASKED WHY HE KEEPS ON RCVING LATE FEE LTTER IF HE ALREADY SENT IN PYMNT
FOR MAY AS PER P309 THERE ARE 2 PYMNTS APPLIED FOR APRIL REP CHECKED ACCT BUT
WHEN WENT BCK TO B1 NO VOICE RESPONSE NXT REP WIL TASK TO REVERS
05/22/09  18:47:29 PJC  PAYMENT MISAPPLIED, REVERSAL SUBMITTED
H/O INQ RE INCORRCT PMNT APPLCATN FOR MAY; INFRMD  THAT MAY PMNT IS ALRDY IN
PROCESS AND WL BE UPDATD IN 24-48 BHRS
05/22/09  17:18:17 PMD  DID YOU RECEIVE PAYMENT?
B1 ASKED WHY DID HE GET A LC ON ACCT SINCE HE IS ON MILITARY ALLOTMENT,
VERIFIED THE NO MAY PMT WAS REC'D, TOLD CS TO COORDINATE WITH ALLOTMENT
OFC.   TOLD CS TO MAKE PMT AFTR HE TALKS WITH ALLOTMENT   OFC. CS DECLINED
SURVEY.
05/06/09  11:34:13 2HC  REVERSED $1300 FROM LN#■■■■■7586 SAME DAY RE-AP TO
LN#■■■■■4627
05/06/09  10:20:51 270  SUBMITTING REVERSAL REQUEST FOR LOAN#■■■■■7586 TO
BE APPLIED TO THIS LOAN. MILLITARY ALLOTMENT WAS IDENTIFIED INCORRECTLY.
WILL EFFECTIVE DATE WHEN RECIEVED 05/01

TSK1■■■■■4627  ____     TSK SETUP        509/978  12/03/09  11:4
DM BRASH              01/01/10 TYPE V.A.
7022 VININGS WAY COLUMBUS GA 31907                    GRP
¬TASK----------------------* TASK MAINTENANCE *----------------------
TASKID COLQWR QWR RECEIVED BY COLLECTIONS
ACT _  QWR RECEIVED BY COLLECTIONS                     PRI
SRC ____             DEPT/ID/NAME             QUEUE
RECEIVED 102709  STARTED 102709  CONT COL 7ME MEGAN MIDDLE
BEGIN MSG 102709 FOLLOWUP _____  RESP COL _____
EXPECTED 122609  ACTUAL _____   COMPLETED _____
-------

# REDACTED

BRASH 11-12-09:9-13-10
SER 061710 0KL
SER 061510 0KL
SER 042110 0KL
SER 041910 0KL
SER 021210 0KL
SER 020510 0S5 SENT LETTER TO CUST ADVISING CREDIT REPORT UPDATES
PREZ ARE DONE ELECTRONICALLY SO THERE IS NOTHING I CAN
PROVIDED THAT WAS SENT TO CREDIT AGENCIES
SER 012810 0S5 PRESIDENTIAL LETTER CUSTOMER WANTS COPY OF WHAT
WA PREZ  SSENT TO CREDIT BUREAUS
SER 122909 0KL
              WW ASKED FOR CALL OF REP ADVISING MILITARY OFFICE
NEEDS TO ID LOAN WHEN SUBMITTING PMT 5/22/09.

COL 122209 7AG LETTER SENT   XC050 Req to restore your credit his
COL 122209 7AG 'C/B UPDATE   FROM 2009          SUPERVISOR REQUEST
COL 122209 7AG REMOVED THE 30-DAY DELINQUENCY REPORTED FOR
OCT  2009
COL 122109 7A2 LETTER SENT   XC083 TRANSACTION CODES-HISTORY
SER 121809 0KL ORDERED PHST,COMMENTS-EMAIL COL FOR CURRENT
QWR; EMAILED RD RE JUNE COMMENT OF LETTER FROM ATTY
SER 120409 0KL FORWARD GTO CASH MGT & OOP REP WHO HANDLED IN
JULY
SER 120409 0KL TASK RE MISAPPLIED PMTS
COL 112409 762 LETTER SENT   XC050 Req to restore your credit his
COL 112409 762 'C/B UPDATE   FROM 2009          MISAPPLIED PAYMENT
COL 112409 762 RETRACTED DELIQUENCY REPORTED FOR OCT 2009 PMNT
MISAPPLIED
COL 112409 762 LETTER SENT   XC057 Credit Retraction Denied
SER 112009 COM AUTO-PROVED LOAN FROM EAS MASS
COUNTY TAX DECREASED BY $29.68 FROM LAST ANALYSIS.

# REDACTED



PLAINTIFF'S pA
EXHIBIT
20-B
Johnston  10·22·10

12/22/2009   09:32   MORTGAGE SERVICES → 72644                          NO.496   P01

| LOAN NUMBER | MORTGAGOR NAME | ADDRESS CITY | ST ZIP | ORIG AMT PRIN BAL | INT RATE TOTAL PMT | LOAN TYPE AGE |
|---|---|---|---|---|---|---|
| 827 | DAVID M BRASH | 7029 VININGS WAY COLUMBUS | GA 31907 | 161360.00 161189.37 | 6.00000 1226.62 | 12 V.A. 00Y 02M |

| ENTRY TYPE | DATE | USER | LTR ID/ CMT CODE | ACTVITY DESCRIPTION | |
|---|---|---|---|---|---|
| LET | 01/16/08 | MPS | YE107 | ACC - DAVID M BRASH | NP |
| LET | 12/31/07 | *** | YE107 | AOO - DAVID M BRASH | |
| LOG | 12/11/07 | 804 | CPACMI | INQUIRE ABOUT ACH W1 RE: MILITARY ALLOTMENT?? | |
| LOG | 12/10/07 | 836 | CCSASA | SOLIDERS AND SAILORS ACT QUESTIONS GAVE INFO ON MILITARY ALOT. W\SONS | |



PLAINTIFF'S pA
EXHIBIT

Johnston 21   10·22·0

```
NOTS    ████4627        CONSOLIDATED NOTES LOG          12/21/09 13:37:47
DM BRASH            L:  F:  B:  R:         DUE 01/01/10   TYPE V.A.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
        PIF Y PMT Y REO Y SER Y TAX Y TSK Y      DATE SELECT: 01/01/07
                                                            PAGE NO:  5


COL 052209 TFH 'TEL RES       'NO ANSWER
COL 052209 ***  XC067 Follow up-1 mnth ltr     LETTER SENT
COL 052009 TFH 'TEL RES       'TEL DISC
COL 052009 TFH 'TEL RES       'TEL DISC
COL 052009 TFH 'TEL RES       'TEL DISC
COL 051809 *** NOTICE         DELINQUENT (P-198)
COL 051209 *** SCORE 006      051109 AGT E16G DAYS DEL 011 RISK F
SER 050609 2HC REVERSED $1300 FROM LN#████7586 SAME DAY RE-AP T
           O LN#████4627
SER 050609 270 SUBMITTING REVERSAL REQUEST FOR LOAN#████7586 TO
           BE APPLIED TO THIS LOAN. MILITARY ALLOTMENT WAS
           IDENTIFIED INCORRECTLY. WILL EFFECTIVE DATE WHEN
           RECIEVED 05/01
COL 050609 *** MISAPPLICATN REVERSAL                          ESCCOD
SER 111308 IVR TYPE YOUR OWN COMMENT
           ANA ACC EFF 01/09- YEAR BUILT 1997
SER 020508 237 CIE FUNDS REC'D 02/01/08 WERE APPLIED TO LOAN ON
           2/4/08                                            CCSASA
SER 020108 ZMR SOLIDERS AND SAILORS ACT QUESTIONS
           H/O CALLED TO SEE IF MILITARY ALOTMENT WAS EFFFECT
           IVE                                               CPR
SER 020108 ZMR DID YOU RECEIVE PAYMENT?
           H/O CALLED TO SEE IF PAYMENT WAS RECIEVED         SEALAN
SER 010208 IVR CHECKED BY EAS NEW LOAN AUDIT PROC, NO EXCEPTION
           SEALAN                                            CPACHI
SER 121107 Z04 INQUIRE ABOUT ACH
           M1 RE: MILITARY ALLOTMENT??                       CCSASA
SER 121007 Z36 SOLIDERS AND SAILORS ACT QUESTIONS
           GAVE INFO ON MILITARY ALOT. #'S
HAZ 112907 492 RECEIVED NEW BUSINESS DOCUMENT TYPE FROM STATE
           FARM FOR POLICY NO. ████7029. PREVIOUS POLICY
           WAS ███3251, HIPC.
```

```
NOTS    ████4627           CONSOLIDATED NOTES LOG           12/21/09 13:37:47
DM BRASH           L:  F:  B:  R:      DUE 01/01/10   TYPE V.A.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
      PIF Y PMT Y REO Y SER Y TAX Y TSK Y       DATE SELECT: 01/01/07
                                                          PAGE NO:  4

   SER 060209 OBR UNABLE TO COMPLETE REVERSAL, PMT WAS REVERSED FROM MGTASK
               LN AND APPLIED TO ANOTHER
      SER 060109 PZ9 PAYMENT MISAPPLIED, REVERSAL SUBMITTED               CPREVR
               HO CI RE: REVERSAL, ADV MISAPPLIED PAYMENT IAO$120
               9,05 FOR THE MONTH OF 04/09 THAT WAS RECEIVED 04/0
               3 AND 05/06, ADV CX THAT PAYMENT WILL BE APPLIED T
               O 05/09. ADV TIMELINE, EDU ON MQ.COM
      SER 060109 PZ9 UPDATED TELEPHONE NUMBER OR EMAIL ADDRESS
               HO CI RE: UPDATED PHONE NUMBER, ADV CHANGES 706565       CGPHEM
               4170, CX AGREED
      SER 060109 PCS MISSING PAYMENT ISSUE                              CPMISS
               B1;CALLED ABOUT THE RESULT OF THE PMT WE HAVE NOT
               RECEIVED FOR MAY, PREV NOTE SHOWS THAT PMT WAS
               MISAPPLIED TO THE WRONG LOAN, ALTHOUGH UPON REVIEWI
               NG THE INFO FROM THE  LOAN NOTHING WAS TOUCH,
               PMT UNDER MILITARY ALLOTMENT,PMT MAYBE MISSING
               SOMEWHERE NOT W/ THE LOAN NUMBER THAT WAS INDICATE
               D FROM THE PREV NOTE.
   COL 060109 TRS PROPERTY INSPECTION PURGE GENERATED
   COL 060109 TRS 'MR TEL OFC    TRANS TO PHH           'PAYMENT DISPUTE
   COL 060109 TRS MR CLD ADV TAD/LC/CBRH/MR SD IS NOT BEHIND WAS DISP
               UTING ABT PMT/CAN SEE PMT APPLIED FOR APRIL TWICE S
               O FOR FURTHER ASST XFRRED TO C/S/SOL WEB
   COL 060109 TRS                               'OWNER OCCUPIED
   SER 060109 PZ3 INFO ABOUT PHH (TELE, FAX, ADDR...)                   CG
               B1 CI ASKED WHY HE KEEPS ON RCVING LATE FEE LTTER
               IF HE ALREADY SENT IN PYMNT FOR MAY AS PER P309 TH
               ERE ARE 2 PYMNTS APPLIED FOR APRIL REP CHECKED ACC
               T BUT WHEN WENT BCK TO B1 NO VOICE RESPONSE NXT RE
               P WIL TASK TO REVERS
   SER 060109 PZ3 CUSTOMER NOT OFFERED SURVEY                           CSSURT
   COL 060109 TWS T/T 3RD PARTY NO WRITTEN AUTH       'OTHR-REASN NOT LSTD
   COL 060109 TWS 3RD PARTY MS CLD ADV THERE IS NO AUTH//WANTD TO KNO
               W TILL WHAT TIME WE ARE OPEN//
   COL 052809 TFH 'TEL RES       'NO ANSWER
   COL 052809 TFH 'TEL RES       'NO ANSWER
   COL 052809 TFH 'TEL RES       'NO ANSWER
   COL 052609 TFH 'TEL RES       'NO ANSWER
   SER 052209 PJC PAYMENT MISAPPLIED, REVERSAL SUBMITTED
               H/O INQ RE INCORRCT PMNT APPLCATN FOR MAY; INFRMD     CPREVR
               THAT MAY PMNT IS ALRDY IN PROCESS AND WL BE UPDATD
               IN 24-48 BHRS
   SER 052209 PJC CUSTOMER DECLINED SURVEY
   SER 052209 PMD DID YOU RECEIVE PAYMENT?                              CSSURN
               B1 ASKED WHY DID HE GET A LC ON ACCT SINCE HE IS        CPR
               ON MILITARY ALLOTMENT, VERIFIED THE NO MAY PMT WAS
               REC'D, TOLD CS TO COORDINATE WITH ALLOTMENT OFC.
               TOLD CS TO MAKE PMT AFTR HE TALKS WITH ALLOTMENT
               OFC. CS DECLINED SURVEY.
```

```
NOTS     ███4627            CONSOLIDATED NOTES LOG            12/21/09 13:37:47
DM BRASH         L: F: B: R:      DUE 01/01/10    TYPE V.A.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
     PIF Y PMT Y REO Y SER Y TAX Y TSK Y         DATE SELECT: 01/01/07
                                                              PAGE NO:  3

SER 102309 PZ9  BE POSTED ON THE OTHER ACCNT AGAIN THE SAME THING CPR
                HAPPENED FOR JUNE PYMNT, ADV NEED TO SEND BANK ST
                ATEMENT WITH THE PAYMNT TRANSACTION FOR THE MONTH
                OF OCT IAO$1300.00, PROVIDED FAX NUMBER, EDU ON MQ
                .COM
COL 102309 TPE 'MR TEL OFC    TRANS TO PHH       'OTHR-REASN NOT LSTD
COL 102309 TFE MR CLD ADV TAD WAS UP SET//AS HE HAD SOME ISSUES AB
               T PYMT MADE/INSISTED TO SPK TO SUP/HENCE ESCALATED
               THE CALL/ADV LC,CBR/COULD NOT OFFER ASSIST//
COL 102309 TPE PROPERTY INSPECTION PURGE GENERATED
COL 102309 TFE                                   'GOOD CONDITION
COL 102309 TFE                                   'OWNER OCCUPIED
COL 102309 TPH 'TEL RES       'LMTC/MACHINE
SER 102209 PAC DID YOU RECEIVE PAYMENT?                          CPR
               B1| FORWARDED REQ NEW NUMBER ON FILE:313 770 0029
               A CALL BACK WILL BE MADE RE STATUS OF OCT PAYMNT I
               F WE HAVE RECVD IT OR NOT/ MADE CLEAR L.C WAS FOR
               OCTOBER
SER 102209 PM9 CUSTOMER NOT OFFERED SURVEY                       CSSURT
SER 102209 PM9 THIRD PARTY ISSUES                               CG3PTY
               MIRANDA JOHNSTON W/ LAW OFFICE OF CHARLES A GOWER
               CI RE FALLS LATE FEE ASSESSED ON THE ACCT.ADV HAVE
               THE ACCT HOLDER CALL IN.SAID SHE ALREADY FAXED IN
               CX AUTH IN JUNE,ADV FOR AUTH TO BE ABLE TO SPEAK
               ON CX BEHALF IT MUST BE MAILED,GAVE LOAN SUPPORT M
               AILING ADD
SER 102209 PAC CUSTOMER ACCEPTED SURVEY                          CSSURY
COL 102209 *** XC067 Follow up-1 mnth ltr    LETTER_SENT
COL 101209 *** SCORE 007    101009 AGT E16G DAYS DEL 011 RISK E
SER 070109 018 SNT APOLOGY LT RQ REV TEAM
SER 070109 018 ORDERED PMT HISTORY FOR BORR ATTY TO SND W/APPOLOG
               Y LTR.
SER 062909 0EY RECEIVED LETTER FROM ATTNY REGARDING LATE NOTICES CASUP
               - HO ON MILITARY ALLOT - PAYMENT MISAPPLIED AND
               BEING CORRECTED. WILL SEND ATTNY COMPLETE HISTORY
               AND LETTER OF APOLOGY.
SER 062609 2HC PYMNT WAS NEVER APPLIED TO LN#███4627-REVERSED
               FUNDS IAO $1300 FROM LN#███7586 SAME DAY RE-AP
               TO LN#███4627
COL 062609 TPH 'TEL RES       'LMTC/MACHINE
COL 062609 *** MISAPPLICATN REVERSAL
SER 062409 018 COMPLAINT LTR/CALL BE WORKED BY MARTY'S OFFICE    PREZ
               BORR ATTY CHARLES GOWER SNT LTR DISPUTE LATE PMT M
               ONTH;Y PMTS SNT VIA MIL ALOTMT, ATTCH PROOF. FRWD
               TO CM TO RESEARCH & HAVE LN UPDT. OPEND CRISS1 TSK
COL 062309 TFH 'TEL RES       'LMTC/MACHINE
COL 061809 TFH 'TEL RES       'LMTC/MACHINE
COL 061609 *** NOTICE         DELINQUENT (P-198)
COL 061209 *** SCORE 006    061209 AGT E16G DAYS DEL 011 RISK F
```

```
NOTS    ████4627        CONSOLIDATED NOTES LOG           12/21/09 13:37:47
DM BRASH          L;  F:  B:  R:        DUE 01/01/10   TYPE V.A.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
        PIF Y PMT Y REO Y SER Y TAX Y TSK Y        DATE SELECT: 01/01/07
                                                              PAGE NO:  2

SER 111209 PHR R TOM//EDU MAILING ADD IS NOT CHANGE STILL HIS ADD CPMISS
            ON IT/
COL 111209 TDT ACC SO ADV TRNSFR TO CUST SER BUT MR TREQUSTED FOR
            SUP SO TRNSFRD//WAS NOT ABLE TO OFFER ASSIST
COL 111209 TRK ESCALATED CALL//H/O SD THAT WE HAD DRAFTED A PMT IN
            MAY IT IS NOT YET APPLIED TO THE ACCOUNT//SD HE HAS
            ALSO FAXED IN THE BANK STATEMENT//SD HIS ATTORNEY
COL 111209 TRK HAS ALSO SEND IN THE DOCS//XFERED TO C/S
COL 111209 TDT PROPERTY INSPECTION PURGE GENERATED
COL 111209 TDT                                  'GOOD CONDITION
COL 111209 TDT                                  'OWNER OCCUPIED
COL 111209 TDT 'MR TEL OFC   TRANS TO PHH       'OTHR-REASN NOT LSTD
COL 111209 TDT MR WAS RETRNING THE CALL SO ADV TAD ON ACC//MR SD H
            AS MADE OCT WHICH WAS AUTOMATICALLY TAKEN OUT FROM
            PAY CK IN 10/03//MR SD WE HAVE MESSED UP WITH HIS
COL 111209 TFH 'TEL RES       'LMTC/MACHINE
COL 111109 TFH 'TEL RES       'LMTC/MACHINE
COL 110509 TFH 'TEL RES       'LMTC/MACHINE
COL 110509 *** NOTICE      FINAL      (P-199)
COL 102309 PAC 'MRS TEL OFC   'CHNG TO NONPUB #  'OTHR-REASN NOT LSTD    1101
SER 102709 PAC DID YOU RECEIVE PAYMENT?                            CPR
            B1 | CI ABT THE OCTOBER PAYMNT ADVSE THAT IT WAS A
            N ELECTRONIC XPR TAKEN OUT VI AMILLITARY ALLOTMENT
            ; ADVE B1 TO FAX OVER BANK DOCUMENTATION OF DIRECT
            LY FROM HIS OFFICE THAT THE AMOUNT $1300.00 HAS BE
            EN ROWARDED ALREADY AS A PYMNT TO HI ACCNT FOR OCT
            , WILL RE FAX DOCUMENT;DID NOT EMAIL MISSINGPAYMNT
            AS PER B1 AGAIN HE WILL SEND IN A PROFF OF DOC C/O
            HIS LAWYER
SER 102709 PAC CUSTOMER ACCEPTED SURVEY                           CSSURY
COL 102709 TPT 'MR TEL OFC    TRANS TO PHH       'OTHR-REASN NOT LSTD
COL 102709 TPT MR CALD IN ADV TAD/SD TAT WE HAVE MISSAPLIED THE PA
            YMT//COULDNT SEE THAT HENCE XFERD THE CALL TO CS DE
            PT WITH SUPERVISOR'S PERMISSION..
COL 102709 TPT PROPERTY INSPECTION PURGE GENERATED
COL 102709 TPT                                  'GOOD CONDITION
COL 102709 TPT                                  'OWNER OCCUPIED
COL 102709 7ME PASSED QWR TO VINCE
SER 102709 7ME FROM MEM1;
            AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.
COL 102709 7ME AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.
COL 102709 TFH 'TEL RES       'LMTC/MACHINE
COL 102309 TRK ESCALATED CALL//MR SD THAT HE HAD SENT IN THE PMT I
            N JUNE & IT WAS MISAPPLIED TO OTHER LOAN XFERED TO
            C/S
SER 102309 PZ9 CUSTOMER ACCEPTED SURVEY                           CSSURY
SER 102309 PZ9 DID YOU RECEIVE PAYMENT?                           CPR
            CALL XFRD FRM RITA PHH INDIA, CI RE: PYMNT FOR OCT
            , ADV DID NOT RECEIVE, CLAIMING THAT THE PYMNT MAY
```

12/22/2009   09:32   MORTGAGE SERVICES → 72644                        NO.498   D00

```
NOTS     ████4627        CONSOLIDATED NOTES LOG              12/21/09 13:37:47
DM BRASH          L:  F:  B:  R:      DUE 01/01/10   TYPE V.A.
          ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y MIP Y
          PIF Y PMT Y REO Y SER Y TAX Y TSK Y         DATE SELECT: 01/01/07
                                                                  PAGE NO:  1


    PRI 102709 7MB AUTH: LAW OFFICES OF CHARLES A GOWER, P.C.
    SER 121809 0KL ORDERED PHST,COMMENTS-EMAIL COL FOR CURRENT QWR; E
               MAILED RD RE JUNE COMMENT OF LETTER FROM ATTY
    SER 120409 0KL FORWARD GTO CASH MGT & OOP REP WHO HANDLED IN JULY
    SER 120409 0KL TASK RE MISAPPLIED PMTS
    COL 112409 762 LETTER SENT _ XC050 Req to restore your credit his
    COL 112409 762 'C/B UPDATE   FROM 2009          MISAPPLIED PAYMENT
    COL 112409 762 RETRACTED DELIQUENCY REPORTED FOR OCT 2009 PMNT MIS
               APPLIED
    COL 112409 762 LETTER SENT    XC057 Credit Retraction Denied          SEAPRO
    SER 112009 COM AUTO-PROVED LOAN FROM LAS MACH
               COUNTY TAX DECREASED BY $29.68 FROM LAST ANALYSIS.
               INSURANCE DECREASED BY $26.04 FROM LAST ANALYSIS
             . ESCROW REQUIRED AMOUNT DECREASED BY $13.67.  MI
               SC. DEPOSITS: $90.95.                                      CREDIT
    TSK 111709 TAS
               MR WANT TO GET THE AC REPORTED CURRENT AS IS IN TH
               E ARMY AND THE PYMT WAS SENT ON TIME BUT NOT APPLI
               ED TO THE MTG ON TIME /SD WNT TO GET THIS RECTIFE
               D
    COL 111709 TAS RECTIFIED/ INSISTED/ADV WUD OPEN THE REQUEST ABT TH
               I / WUD RCV LTTR ABT THE SAME/ADV TMFRM /
    COL 111709 TAS 'MR TEL OFC_  'ACCT NOW CURRENT  'OTHR-REASN NOT LSTD
    COL 111709 TA9 MR CALD ADV THE AC HAS BEEN REPORTED LATE WITH THE
               CBR/NEW RCVD PMNT FOR OCT ON ____/ SD CHK WAS RCVD
               EARLIER/BUT NOT APPLIED/SD TO PUT REQUEST TO GET IT
    COL 111709 TAS PROPERTY INSPECTION PURGE GENERATED
    COL 111709 TAS                                 'OWNER OCCUPIED .
    COL 111709 TAS                                 'GOOD CONDITION
    SER 111709 2DC CHECK 975669 IAO 1300.00 APPLIED TO THIS LOAN
               PER MISSING PAYMENT NOTES BELOW
    SER 111309 279 MISSING PMT INFO: CIE FUNDS IAO $1300 REC'D
               10-1-09 UNDER INCORRECT LOAN#████7586 WHICH IS
               PIF IN CIE REJECTS, WILL BE APPLIED TO THIS LOAN
               TODAY.  CIE FUNDS IAO $1300 REC'D 10-30-09 UNDER
               INCORRECT LOAN#████7586 IN CIE REJECTS. A CHECK
               REQUEST HAS BEEN SUBMITTED AND WHEN CHECK IS
               REC'D, IT WILL BE APPLIED TO THIS LOAN AS WELL,
               NO LETTER SENT.
    SER 111309 279 MISSING PMT INFO: REC'D DOCUMENTATION IN REFERENCE
               TO MISSING PMT FOR OCT 2009 IAO $1300. RESEARCHING
               THIS.                                                      CPMISS
    SER 111209 PHR MISSING PAYMENT ISSUE
               MS BRASH CALLED IN REG OF THE OCT PMT HE MADE//WAS
               NOT POSTED UNTIL KNOW//ALREADY CALLED AND SEND SU
               PPORT DOC TO INVESTIGATE THIS//EDU WILL FOLLOW UP
               THIS TO MISSING PMT DEPT//HE REQ TO CONTACT AND SP
               EAK THIS ISSUE TO HIS ATTY ON MEM1//GAVE HIS PHONE
               NUMBER TO CALLBACK//ADVISED A CALLBACK BE DONE FO
```

# David Brash – Telephone Call with PHH Disk 1

PHH:   Thanks for calling the Mortgage Service Center, my name is Mardy Guzman, May I have the loan number please?

Brash:   It is ████4627.

P:   Thank you and can you please verify your name and the last four digits of your social?

B:   Yes, David Michael Brash, xxxx.

P:   And Mr. Brash just for security on your account, can you please verify the name of your insurance company?

B:   State Farm.

P:   Thank you very much Mr. Brash. Are there any changes on your address or phone number?

B:   No.

P:   Ok how can I assist you today?

B:   Uh yeah, I just got a late payment notice.

P:   Ok sir, I'll be glad to assist you with that. Ok…Mr. Brash, according to the account, the last payment we received was on May 6, 2009. And that was for your April payment.

B:   Ok.

P:   And we haven't received a payment ever since. We haven't received a May payment as of right now Mr. Brash.

B:   Well see the thing is, it's an automatic allotment. I'm in the Army, and it's an automatic allotment every month. I don't know what's going on with the banking, but I never send you guys a check, it's just an automatic allotment out of my paycheck. It's never been late before, unless the U.S. Government is not paying anymore, I don't know why there should be a late payment.

P:   I see sir. I will be glad to confirm this for you, sir. Ok according to the account Mr. Brash, the allotment was sending out payments on time. And then the one that was sent out on April 3rd of 2009, for some reason sir it was reversed.


PLAINTIFF'S EXHIBIT
22
Johnston 10·22·10

B:      What do you mean reversed?

P:      According to the account…hold on one moment here…Mr. Brash would it be ok if I put you on hold for about a minute or two sir? I'm just going to verify this one, ok?

B:      Yeah, yeah definitely.

P:      Thank you very much Mr. Brash, please stay on the line sir. ******** Thank you for holding Mr. Brash. According the account, your military allotment office called us and identified a payment amount that was posted on the account incorrectly.

B:      Ok, so the military called you and told you that a payment was posted incorrectly, how did it get posted incorrectly I guess would be my question.

P:      Yes, Mr. Brash, unfortunately that's the only notes we have on the account. They asked for a reversal and they reversed it to a different loan number. And that was back in May 6th of 2009, sir.

B:      May 6th of 2009.

P:      Yes, sir. And the amount that was reversed was $1,300.00.

B:      Yeah I try to pay an extra $100 every month. Uh…so…they called and reversed it to another account?

P:      Yes sir, that's why you have to verify this one from your military allotment officer. Cuz right now it just says here that we reversed $1,300.00 from a certain loan number and reapplied it to….oh hold on one moment here…I got it the other way around here. Ok Mr. Brash, yes sir, I made a mistake there. I think with another customer that we have, you have both the same military allotment office. And what happened was, military allotment called for that loan, but they sent your monthly payment for April to that loan, and it was reversed and then it was reversed back to your loan on May 6th. So for May we really haven't received anything yet.

B:      Ok, so the allotment that I have set up, the allotment office issued a retraction on it but it was not my account?

P:      Yes. For example, it's my account and your account. The office called in for my account that they may have supplied your $1,300.00 to my account. So what we did was that we took the money from your account and deposited into my account. But they made a mistake, they called back, and what happened was that the $1,300.00 placed on my account was put back on your account. So it just

came back. The one that was taken out from you just came back. And we really haven't received a payment for this May.

B:    For May. Ok is that automatically going to be given to you guys on the first, correct? Cuz that's how my allotment is set up. On the first of every month you guys receive a check for $1,300.00.

P:    That is correct. It usually gets to us by the 3rd.

B:    1st, 2nd, 3rd. Ok so my question is, because they did that, I mean, is there still a late payment?

P:    According to the account sir, there are no late fees assessed on the account. So this is due to your military allotment, Mr. Brash. So there are no payments being late right now, but we are still waiting for a May payment.

B:    So you're still waiting for a May payment.

P:    But there are no late charges yet.

B:    Alright so there's no late charges, nothing is done to like any credit unions, saying I've been late on a mortgage payment?

P:    Not yet, sir. Not unless you go over 30 days. That's why I was trying to verify if you could call your military allotment office and tell them why they haven't sent a payment yet for May.

B:    That's going to be the first thing I do on Monday, of course. Now it says late payment notice payment due date 05/01/09. Now if it gets there on 05/03, like you said it's known for doing, is that...I mean that's going to be considered late, correct?

P:    Hold on one moment sir, let me just verify...ok if they are going to send a payment within Monday or Tuesday, you still have until the 29th sir.

B:    Ok until the 29th. Ok my next question is every time you guys get a check on the 1st or 3rd, it is for the previous month?

P:    No, sir, it's actually for the current month.

B:    Ok, so on May 3rd, a check was never deposited from the allotment?

P:    Correct.

B:    But then you said it got reversed?

P:     The one that was sent out on April 3, 2009…that was the one that was reversed, sir. And then was put back, reversed on May 6, 2009 and was put back into your account on the same day. But that was for your April payment.

B:     Alrighty…so I guess my question then is if..because it took so long for the system to catch it for my April payment to May…why would I just now be getting a notice for a late payment?

P:     Because you do have a 16 day grace period on your account.

B:     Ok. I don't know this because I've paid it on time every month. It comes out exactly at the same time.

P:     Yes sir, that's correct. There is a 16 day grace period…15 day grace period on your account. You still have until the 16th and since the 16th of May fell on a weekend, we moved it to the 18th. So it was on a weekend that that letter was sent out.

B:     Alrighty, so when you guys get a check, you guys should get a check on June 2nd or 3rd, that is going to be for my May, and I'm still one payment behind?

P:     Yes, sir, that is correct. Because we did not receive a May payment.

B:     Ok if the payment does come in on the 3rd, I am still one  month behind no matter what, correct?

P:     That is correct, sir. That is why you need to call the military allotment officer and ask them why they didn't send an April 3rd payment.

B:     Alrighty. I am just trying to write this all down so that way when I talk to these people I can actually tell them exactly what's going on. And I hate to do this to you, but when I talk to them…I'm going to try to recap it one more time. So the payment was sent in on April 3rd, correct?

P:     Yes, sir, the last payment that was received from your allotment is April 3rd. And then on May 6th, that was reversed. Somebody called in and said it was misapplied, so we reversed it and applied it to a different loan.  And then it was put back on the same day because of the mistake. And then that's the last transaction that happened on the account.

B:     Ok, so the April payment was paid, they called and said hey that was the wrong account, but then called back and said it was the right account. And now on May 3rd they just forgot to send in the check? Or forgot to do whatever?

P:     Yes, sir, we never received any payment from them.

B:  Basically my concern is of course I don't want anything, absolutely nothing saying I am late on a payment. So because it's the Army and they're slow on everything, do I just need to send you guys a payment for $1,209.00 (which is not an issue)?

P:  Yes, Mr. Brash, if you would like to do that instead of calling or taking the risk of being reported for bad credit, you can just send in a payment or make a payment over the phone, sir.

B:  Yes, because I definitely don't want anything being reported that it's 30 days late, I can't have that, so alrighty…well I guess…so if I send in a payment right now for the $1,209.05, that will cover for May. And then the June payment I'm going to have to get squared away with the allotment office or it's going to be late, correct?

P:  That is correct, sir.

B:  Ok so since it's the 22nd right now…it says that 5/16 is the late payment due date. Ok well it's past the 16th.

P:  Yes sir, but I'm looking at the account and there are no late payments assessed on the account. So you don't have to worry about it sir.

B:  Ok if I just take a check like right now up to the Coldwell Banker where I got my mortgage from, can they process that?

P:  What you can do Mr. Brash is after you check with your allotment on Tuesday or Monday…if they said that they will not be sending payments within this month or if they explain why they did not send in your payment, you can just call your payment in and it will be posted within 24 hours.

B:  Ok, and that would just require a check card?

P:  A check card, yes, a routing number and checking account number…that's correct Mr. Brash.

B:  Alrighty, so as long as I pay it by Monday or Tuesday, there will be no late…nothing will ever report or be shown?

P:  Yes, that is correct Mr. Brash, not unless you go over 30 days.

B:  Ok I appreciate it very much.

P:  Thank you for calling the Mortgage Service Center.

-----------------------------------------------------------------------------------------------

P:      Thank you for calling the Mortgage Service Center, my name is _____, can I have your loan number please?

B:      Yes, it's ▇▇▇▇4627.

P:      May I have your first and last name?

B:      David Brash.

P:      Can I have the last four digits of your social?

B:      xxxx.

P:      How do you send in your payment?

B:      Allotment.

P:      Please verify the name of your homeowner's insurance company.

B:      State Farm.

P:      Would you like to update any contact information?

B:      No, it should be good.

P:      How can I help you?

B:      Yes, I was talking to somebody a little while ago, I got a late payment notice in the mail. I called Coldwell Banker, and they told me to give you guys a call back...I'm not exactly 100% sure how it could be late when the Army sends it in every month.

P:      Let me express my apology for the inconvenience this matter has caused you, sir. I was checking on your account and there was no late payment assessed. For payment, we need to receive that. The deadline of your payment is before 7:30pm Eastern time on the 16th of every month. That is the latest time you can send in your payment.

B:      Yeah, I don't send it in though. I'm in the military and an allotment automatically comes out of my check, it has for the last year and a half. What I'm looking in front of me says "late payment notice", it has my name and loan number and everything on it and says you guys are charging me a late charge.

P:      Actually I see here that...hmm...let me check. As of this time, I do not see the late payment fee on your account, but with regard to the military allotment, I will tell you that you need to get in touch with the allotment office...let me see what's

the name of the department that you need to get in touch with…bear with me for just a couple of moments.

B:   Not a problem.

P:   You need to get in touch with your local DFAS office or the administration personnel.

B:   The administrative personnel?

P:   Yes sir, or the DFAS office. They are the ones who are in charge of the military allotment.

B:   That's not a problem. Well I guess the question is if you guys receive a payment for January, February, March, April, May…I mean…

P:   Actually as of this time we have not received a payment for May.

B:   For May…so you received a payment in April…

P:   Yes, for April.

B:   April 3rd is it?

P:   For April, sir, we received a payment on May 6th.

B:   May 6th for April?

P:   Correct.

B:   Ok…so what about the payment for March? When did you guys receive that payment?

P:   For March we received that on March 3rd.

B:   Ok, so for March you received a payment on March 3rd. And then for April you didn't receive a payment until May?

P:   Correct.

B:   Ok…so my question is if you guys didn't receive a payment for April, why am I just now getting a notice May 22nd?

P:   Let me just check. Uh that's because the payment for May has not yet been received. Let me just check here…Sir I'll just be making a quick review on that account…can I put you on hold for a few minutes Mr. Brash?

B:    That's fine.

P:    Thank you. Please stay on the line.............Hello Mr. Brash?

B:    Yes.

P:    Thank you so much for patiently waiting. I see here that actually the payment for
      May was reapplied to another account. Actually, it was still your account. So what
      we did was we made the reversal, and the reversal procedure is still in process
      right now, but the reason behind that is why the loan number you gave me doesn't
      have a late charge assessed as what I can see on my end. It's because we made an
      error on our end. So you can disregard the notice you received about a late
      payment.

B:    So I don't have to send in any money? What happened?

P:    The payment was supposedly applied to this loan, with the loan number you gave
      me, was supplied to your other loan.

B:    I don't have another loan...

P:    Actually, it was applied to another loan that was not under your name. So we
      made the reversal getting the payment out of that loan and it has been applied to
      your mortgage for May payment. So you no longer, you do not have to send in
      any payment sir because you are current with your payment. There will be no late
      fees because this payment was supposed to be not late.

B:    So the issue is on your end and not with the allotment office, I don't have to
      contact them?

P:    Correct.

B:    So April and May are both paid?

P:    Correct.

B:    And then on June 3rd or 6th or whenever my allotment comes out, you guys will
      receive the June payment?

P:    Correct.

B:    Ok so my next question is will this happen again next time? Did they fix it to
      where this won't happen again next month?

P:    I will honestly admit that there might be a possibility...but I do believe this is an isolated event.

B:    Well no, this guy I talked to said that it happened again in April where it got posted to another account also...

P:    Actually, that's not what happened sir. What happened is that it actually happened in April, and then the payment we received for May was applied to April. So there was only one case.

B:    I got you. So the payment was back-paid because you thought I was late.

P:    Correct.

B:    Ok so but that's all taken care of now? So this might happen again possibly?

P:    There is a possibility sir, it's because you already have a history...but then again the chances are it will just be very slim. IT's because this was just a minor error.

B:    It's not a big deal, it hasn't hit my credit report or anything, but if this does happen again and for whatever reason I don't get a late payment notice, do I just need to keep on calling you guys to make sure this doesn't happen?

P:    I am reassuring you Mr. Brash that this is just one of those weird instances.

B:    Ok. Cuz my only concern is I want nothing to go on my credit report for anything being late, that looks very very bad when you're late on a mortgage payment. That's my biggest concern.

P:    I understand. But I just want to reassure you if ever the fault was on our end, we're going to make the retraction from the credit report. I am providing you to set your expectation for the worst case scenario, but as long as we make the error on our end we will be the one to rectify...

B:    And you guys would call the credit agencies and make sure everything was taken off?

P:    Yes.

B:    Alrighty, well that actually makes me somewhat happy. I mean that's really all I care about. Mistakes happen. I just want to make sure nothing ever hits my credit report. I appreciate all your help.

P:    I appreciate that as well. I was hoping I was able to assist you, etc.

---------------------------------------------------------------------------------------------

P:   Thank you for calling the Mortgage Service Center, my name is Wilfred, may I have your loan number please?

B:   ████4627.

P:   Your name?

B:   I'm Miranda Johnson, I'm calling on behalf of David Brash, that's my fiancé.

P:   I am not authorized to speak to you on behalf of his account.

B:   All I want to know is how late you guys are there. He is in the military and he tried getting this straightened out with you last week. We are not late, the money comes directly out of his paycheck every month, the screw up is on your end. And we're getting, still, late payment notices even though you told us it was going to be taken care of last week.

P:   Basically I cannot tell you that information…

B:   You can't tell me how late you're going to be open tonight?

P:   Yes, I can tell you that. We will be open until 8:30pm Eastern Time.

B:   Thank you.

------------------------------------------------------------------------------------------

P:   Thank you for calling the Mortgage Service Center, my name is Varun, may I please have your mortgage loan number?

B:   Yes, ████

P:   Thank you and my know who I am speaking with?

B:   David Brash.

P:   Ok, Mr. Brash, could you pleasehelp me with the last four digits of your social?

B:   xxxx.

P:   Thank you, and can you tell me what is the tenure of your loan?

B:   30 years.

P:   Is the property occupied by you?

B:     Yes.

P:     How may I help you today? (Helps spell his name)

B:     Alrighty…Well you guys sent me a late payment notice last week, you guys have now sent me another one indicating you have not received last month's payment. When I called you guys you explained to me that you guys messed up and transferred my payment into somebody else's account. So I'm wondering why exactly you guys keep sending me late payment notices.

P:     When did you receive it?

B:     Well the newest one I just received today, it says May 22, 2009 but I just received it today. The other one I received last week I think on Monday or Tuesday.

P:     Ok your account shows that there is no late fee assessed on your account. So that letter is just a courtesy letter….the letter is just to remind you about the payment…*cannot understand*…

B:     That's the thing, sir, it's the second time you guys have sent this to me and I have an allotment that comes straight out of my paycheck. It gets deposited with you guys every month. You receive it on the 3rd of every month from the government.

P:     Ok let me just check this for one minute…Ok however, no, the reason you received it sir is because we haven't received your May payment. Yes, your account is showing due for the month of May.

B:     Ok I understand it, but if the allotment comes out every month and you guys have received it for the last year, every month, from the government…I'm in the army and the army pays it. Last time this happened you guys said you transferred it to the wrong account. And then in April you guys transferred it to one account, stopped payment on it, then transferred it back to my account. Now it seems like for whatever reason the May payment has not posted yet. Because you guys received the payment on May 6th, correct?

P:     I'm just checking that sir, just one minute…**dead silence??** ok can I just place the call on hold for one minute? **holding music from 5:16 to 13:20 on tape**Thank you for holding sir. Yes, sir, I am transferring your call to a senior representative who will help you.

B:     Thank you.

P:     **Holding music**

------------------------------------------------------------------------------------------

P:   Thank you for calling the Mortgage Service Center, my name is Emerson Forbes, may I have your loan number please?

B:   ████4627.

P:   Can I have your name and the last four of your social?

B:   Yes, David Brash, xxxx.

P:   Can you please verify the name of your homeowner's insurance for security purposes?

B:   State Farm.

P:   Any changes to your phone numbers?

B:   Yes, I'd like to change my phone number. It is (706) 565-4170.

P:   Thank you. Ok I have it updated. How may I help you further?

B:   Can I get your name again, I'm sorry.

P:   My name is Emerson Forbes. F-o-r-b-e-s.

B:   Alrighty, I was just talking to another representative for like 55 minutes...you guys keep on sending me these late payments...what had happened is in April you guys received my payment on April 3rd. It then somehow which he could not explain either...and I've talked to three different people, no one can explain it...you received my payment on April 3rd for $1,300.00 and then it was either...they said returned or whatever the case may be. And then you guys received another payment on May 6th. Because of whatever happened to the payment in April, you guys posted my May payment for April, and now you're saying I am late on my May payment which I am not. My payments are directly taken out of my account...excuse me my paycheck from the Army...it is a direct allotment to you guys. And nobody seems to be able to answer my question of what happened to April's payment.

P:   Let me just double check here, look at that information. I will be glad to assist you. **Holding music** I really do apologize for that long hold Mr. Brash.

B:   That's alright.

P:   I checked your account information, yes there was a missing payment for the month of May. When was the last time you sent a payment for the month of May?

B:      Well I don't send it. It's an allotment out of my paycheck. I never even see the money, it comes straight out of my paycheck.

P:      It's an allotment from the paycheck?

B:      Yes.

P:      And what is the amount of that?

B:      $1,300.00. You guys receive $1,300.00 every month.

P:      Let me just check here...One moment. It's $1,300.00, right? $1,209.05 placed to your monthly payment and the $73.38 placed to your additional principle?

B:      Yes.

P:      Let me just double check this for you sir. Actually, **unintelligible**....I am just checking here for the payment. We received the allotment from the paycheck...we have a? here in ?

B:      Ok...

P:      The last allotment that we posted here is for the month of April. But we received that $1,300.00 on May 6th and posted it for the month of April...

B:      On May 6th.

P:      Yes, on May 6th and posted it for the month of April $1,209.05 and $90.95 for the additional payment. Let me just check right now for what happened for the month of April.

B:      You guys also received a payment on April 3rd.

P:      Yeah we have April 3rd...ohhhh ok...April 3rd we received $1,209.05 and $178.08 for additional payment and posted it for the month of April. And for the month of May...ohhh a double payment for the month of April. So it was supposed to be this one payment should be for the month of May now. Thank you for giving the date sir. Thank you. We will be applying this $1,209.05 instead for the month of April for the month of May. Not a problem. I will request to reverse this amount for you to put in towards your May payment, no problem. I really apologize for the inconvenience Mr. Brash.

B:      No problem, I just have a couple questions. Why then did everyone else tell me that you guys...that the payment in April was returned for whatever reason?

P:     There was no payment returned Mr. Brash, it was misapplied towards your double payment for the month of April. So it was misapplied to the April payment. It was supposed to be to the May payment. So we double paid you for the month of April. The other one we received should have been for the month of May.

B:     Ok so for the month of May, for whatever reason, it double paid in April?

P:     Yes sir, a while ago we received the amount of $1,209.05 and we placed it towards the month of April. Also we received a payment on May 6th and we applied it again for the month of April. So double payment for the month of April.

B:     Ok so my question is why did the system say that I had to pay back for April?

P:     Because it was misapplied in the system, it is automatic information sir…if we place it on the left online…if we place it on the system that it was for that particular month…it automatically generates a letter. So there was a misapplication for that then. I do apologize. We will correct that for you and rest assured this payment will be reversed for the correct month.

B:     Ok so then my only other request is confirmation of some sort. When I called two weeks ago, you guys said the same thing- that it would be taken care of. I've gotten other letters and whatnot…so what kind of confirmation can you guys mail to me stating that this mishap is resolved? So that way…you know…hello? Hello?

P:     Yes sir, I am here…I am listening. I will be sending it to you this statement for confirmation that it was misapplied. You will be receiving it within 3 to 5 business days. While you are waiting for that you can log in and register to the computer, you can log into www.mortgagequestions.com.

B:     So you guys are sending me a hard copy in the mail in 3 to 5 business days?

P:     Yes, regarding this payment.

B:     Alrighty that sounds great to me. I guess that's it.

P:     Once again, I really apologize for this. Rest assured I will be working here. My name is Emerson Forbes and once again thank you for calling the mortgage service center. Bye for now.

## David Brash – Telephone Call with PHH Disk 3

PHH:   Thanks for calling the Mortgage Service Center, my name is Rensie _____.
May I have the loan number you are calling about?

Brash:   It is ▮▮▮▮4627.

P:   Ok. And may I know who I am speaking with?

B:   David Brash.

P:   Thank you Mr. Brash. Can you verify the last 4 digits of your social?

B:   xxxx

P:   Thank you. And how much is your monthly mortgage payment?

B:   $1,209.05.

P:   Before we proceed, are there any changes on your phone number or mailing
address?

B:   No.

P:   How can I help you Mr. Brash?

B:   Rensie, I was talking with another mortgage representative, and you guys keep
sending me these late payment notices and I am in the army. I have the allotment
come straight out of my check. I called about this two weeks ago, I thought I had
it all cleared up. You guys said that the issue was on your part. On May 6th, my
allotment got transferred into another account, you guys transferred it back, but
now you guys are sending me another late payment notice saying I still owe you
for May.

P:   Ok I apologize for any inconvenience, but I would be more than happy to assist
you. Let me check your account information.

B:   Okeedokee. (Left on hold from 2:12 to 6:05 in the tape)

P:   Thank you for patiently waiting Mr. Brash. Hello? Hello? I can not hear any voice
response, please feel free to call back another day.

------------------------------------------------------------------------------------------------



PLAINTIFF'S pA
EXHIBIT
23
Johnston  10·22·10

P:    Thank you for calling the Mortgage….(cut off)

-------------------------------------------------------------------------------------------------

P:    Thank you for calling the Mortgage Service Center, my name is Riyaz, may I have the mortgage loan number?

B:    Yes, it is ███████4627.

P:    May I know your name and the last four of your social?

B:    David Brash, xxxx.

P:    Please verify the total term of the mortgage - For how many years?

B:    30 years.

P:    That is correct. I believe you are living at this property, right?

B:    Yes.

P:    Ok and how may I help you today Mr. Brash?

B:    Ok your name was Riyaz?  Yes sir, you guys have sent me, well, two weeks ago you guys sent me a late payment notice. I called about this notice. I have an allotment, that is, directly deposited to you guys on the 3d of every month out of my paycheck. I work for the Army and I set up an allotment through them to pay you ever month. It has never been an issue up until April, May, now June…you guys have sent me another letter saying I still owe. The last time I called he told me that you guys had messed up and deposited into someone else's account. You guys say I owe you for May, but when I look online and stuff it says that on May 6, 2009 you guys received a payment for $1,300.00.

P:    Yes, on May 6, 2009, we received a payment but it was applied towards the payment for the month of April.

B:    Ok, so what happened to the $1,300.00 that the government sent you guys for April?

P:    Just give me one moment. In the month of April, the payment….oh yes, there is some kind of confusion or mess up. I can see the payment for the month of April has been applied twice. Let me just check that once again for you. Yes. I do see that the payment for the month of April was applied twice. It was applied on April 3d for the month of April, and also on May 6th, I can see it has been applied towards the month of April. Don't worry sir, I will get you connected to the right department. They will be able to fix the issue for you. Also now, there is some



kind of misapplication. Now you are only due for the month of June. I hope they will ___ this issue for you. Here is the direct number in case you get disconnected. 1-800-449-8767.

B:    Alrighty, thank you.

P:    Kindly stay on the line sir, I will get you connected to the right department.

-------------------------------------------------------------------------------------------------

P:    Thank you for calling the Mortgage Service Center, this is Christian Sison, can I have the loan number?

B:    Yes it's ██████4627.

P:    Thank you and to who am I speaking today?

B:    David Brash.

P:    Thank you Mr. Brash and can you please verify the last four digits of your social?

B:    xxxx.

P:    Thank you and just a security question, may I ask. How much is your monthly mortage payment?

B:    $1,209.05.

P:    Would you like me to update any information such as phone number or a mailing address?

B:    Nope.

P:    How can I help you?

B:    Yes they just transferred me over to you. You guys keep on sending me a late payment notice telling me I owe for the month of May. I have an allotment coming out of my check every month from the Army. I sent you guys $1,300.00 every month every since I owned the house, you guys received the pay on April 4th and on April 6th, and you guys keep sending me late payments saying I still owe. When I talked to a representative two weeks ago, he told me that the error was on your part, that you were going to fix it, that they transferred it to another account so I never paid for April, and the payment in May was back pay for April....uh apparently the problem hasn't been resolved so...

P:    Ok. Hmm. Don't worry, I'll be glad to check the information for you. Let's see what happened. Let me check the records. .............Please stay on the line Mr. Brash. I am reviewing your information here. Yes, it appears that it's just like you said before, it was on the wrong account. It was corrected on the 6th of May. As far as I can see here right now Mr. Brash, it seems that there is another missing payment. It's the first one- the payment is missing for April, and now…

B:    I guess my question is, what happened to the money that was sent to you guys in April?

P:    Well the money that was sent to us in April…let's see…

B:    Because all the other payments for the entire time I've owned the house have all been on time. It's the month of April that's giving us this issue here.

P:    Here's what I'm seeing right now Mr. Brash on my end. We did receive a payment on the 3d of April to be exact, for $1,300.00, this was applied for April payment of course. On the 6th of May, that payment from April was returned.

B:    Returned to…?

P:    It was reversed, returned back onto the account. It's like unpaid for April. Though, on the 6th of May itself, there is money posted to your account for $1,300.00. So this amount that was received on the 6th of May replaced the $1,300.00 payment that was posted for April, so technically April is paid except for May. If no reversal occurs on your loan, May should be up to date. Your loan should be up to date. We are expecting payment for June. So I'm going to clarify what has happened with this reversal on your loan…why there is a certain transaction like this…because everything is ok when it comes to your payment for April.

B:    Yeah because it back-posted for May, which took care of April, but that $1,300.00 I sent you guys on April, everybody keeps on telling me it was reversed or whatever the case may be, but there's no information of where it was reversed to, where did the money go to, one representative told me they posted it to the wrong account, they corrected their error and I was good, but then today I came home from work and got another statement saying I needed to pay it or I would be reported to the credit bureaus.

P:    No no, that should not be a problem. We do have records to correct it. We can re-track your credit score, so that is not a problem Mr. Brash. The problem is we have to relocate what happened to that $1,300.00 payment.

B:    *Laughter* Yeah that would be nice.

P:      We only have to relocate that one, but the rest, your credit score, we just have to call the three bureaus to correct it….it's just this one…On the loan I've got right now, they said that the money was applied to the wrong account. It doesn't show any weird transactions, not even a reversal. I don't see any reason why they reversed that payment. Although it is the same amount, this customer that we have, you have the same amount of payment, $1,300.00.

B:      Yeah, I just pay $100.00 extra a month…

P:      Let me just check this record. Ok Mr. Brash, it seems I have to go over to another department to help me figure out what is going on. Please stay on the line.

B:      I'm staying.

P:      Sorry to keep you waiting Mr. Brash. I do apologize for that long wait. Now let me clarify, which one is missing, is it the April or the May when you called us in May?

B:      When I called in a couple weeks ago, the thing that I see right here, it says late payment notice payment due date 5/01/09. So that would be the May payment that they are saying is the late payment notice. Then it says late payment due date is 5/16/09. Which is the reason it kinda has me really worried- it was due on 5/01 and it's already 6/01 so technically I am 30 days late.

P:      Well it doesn't show here on our end that you have been assessed for any late charge.

B:      Yeah and you guys have kept on telling me that it doesn't show that I'm late…because I'm not. You guys received the payment in April, whatever happened in April that you guys said that it got returned or reversed or whatever happened in April, well…you know…whatever happened, I just don't know what happened to that payment in April and that's something that everyone can agree on that I've talked to. The payment in April was received and it got reversed, one guy told me that it got posted to the wrong account, and then they reversed it back to my account.

P:      Did he tell you how he found that account?

B:      No, he didn't sir. And unfortunately, I didn't ask names. That was my bad, which is why I asked for your first and last name. So I can start saying these are the people that I talked to.

P:      That's ok, even if you didn't get our names, it's recorded anyway. We have names on your account all over, whoever assisted you. We can get that agent's name. Don't worry. We are just trying to clear the information, why there is such a reversal when there should not be. We have your payment on April on time, and

normally when we are receiving a payment it is between the 3d and the 6th of each month.

B:   Yes, depending on when the weekend falls and whatever the case may be. The Army doesn't work on the weekends. At least the financial department doesn't. That's why the payments are periodically between the 3d and the 6th of the month, because we get paid on the 1st and then it is a few days before the allotments come out.

P:   We're going to check it out. Please stay on the line.

B:   Not a problem.

P:   Thank you for patiently waiting Mr. Brash. We do apologize for that. Ok, now we will go ahead and submit the report to the missing payment department, because it doesn't show that there is something we have to take from the other loan to your loan, so now, may I ask when did you receive the late notice letter?

B:   The first late notice I received two weeks ago.

P:   That is after the grace period.

B:   Yes. Yes I received it after 5/16/09.

P:   Ok so the missing payment is for May. We are going to go ahead and research this. Is there any case that you know the check number for that payment?

B:   It's an allotment. It comes out every month out of my paycheck from the Army.

P:   Do they send a check for that or is it electronic?

B:   If I had to guess with the Army I would think it was electronic. I don't know for sure, but I'm pretty sure that it is electronic. ***on hold*** Hello??? I think they hung up on me again.

P:   Mr. Brash?

-------------------------------------------------------------------------------

P:   Thank you for calling the Mortgage Service Center, my name is Riyaz, may I have your loan account number please?

B:   Uh yes, I was actually talking to another representative for like 50 minutes, he was trying to help me out. I think we got cut off or whatever happened…if I could get him back?

P:   And which department were you speaking?

B:   The number I called was this number and his name was Christian Sisom.

P:   Ok, can you help me with the loan number so I can assist you?

B:   Yes the number is ██████4627.

P:   4627, right?

B:   Yes.

P:   And your name sir?

B:   David Brash.

P:   And can you help me with the last four digits of your social?

B:   xxxx.

P:   And to maintain security on the account, may I have the term of this mortgage?

B:   30 years.

P:   Thank you for verifying all of this information. Is the property still occupied by you?

B:   Yes.

P:   And do you want to update any of your contact information with us?

B:   No.

P:   I can see that you called up earlier and your call had been transferred to the collection department, uh the customer service department. What I will do now is just place your call in the queue for one of my senior representatives in the customer service department and they will be the best person to assist you further regarding it. You can also know the direct number to the customer service department. That is 800-449-8767.

B:   8767, yeah that's the number I just called and I got you guys.

P:   I'm sorry. I will just place your call in the queue and one of my senior representatives will be glad to assist you so if you could just stay on the line.

B:   Yep.

**Customer Service Quiz**

# David Brash – Telephone Call with PHH Disk 2

PHH:   Thanks for calling the Mortgage Service Center, my name is Anna Cunanan, May I have the loan number please?

Brash: It is ████4627.

P:   And your name sir?

B:   David Brash.

P:   And can you verify the last four digits of your social?

B:   Yes, xxxx.

P:   Thank you and for security on your account, how do you normally make the monthly mortgage payment?

B:   Automatic withdrawal.

P:    Would that be towards your balance sir?

B:   It comes out of my check every month. It's an allotment.

P:   Any changes on your address or phone number?

B:   No mam.

P:   What can I help you with today?

B:   What was your name again?

P:   Anna.

B:   Ok, I got a late payment notice in the mail. Well a couple things…one, I shouldn't have gotten this. Two, I'm wondering why I did get it.

P:   I'm sorry for that Mr. Brash.

B:   Yes?

P:   I was not able to hear you properly.



PLAINTIFF'S pp
EXHIBIT
tabbies
24
Johnston 10·22·10

B:    Oh I'm sorry. I got a late payment notice. I shouldn't have gotten one and I'm wondering why I received one.

P:    Ok we'll be happy to assist you with that sir, just one moment. Well the information that I have here Mr. Brash is we have not yet received your October monthly mortgage payment, that is why there was a late fee assessed onto the account, a potential charge of $38.69.

B:    Yes. Well, like I said, first off this ain't the first time that this has happened. You guys sent me three or four of these awhile back and we got it taken care of and whatnot. It's an automatic allotment out of my account, my paycheck from the Army. I know the Army is sending you guys money. Last time, I'm not sure exactly what happened, you guys fixed it. I had my lawyer send over some papers. But this is kinda getting out of hand here, every couple of months I get a late payment notice.

P:    Ok well I was able to see that note on your account.

B:    I think it was two or three months ago, you guys had sent me a few, I had my lawyer send over papers. She dealt with whatever, and according to her, as far as my memory serves me, you guys had credited money to my account and then credited it back?

P:    Ok just one moment. Well I was able to see that note on your account. The last payment is for the September monthly mortgage.

B:    The last statement for payment?

P:    I was able to see that it has been reapplied already.

B:    What has been reapplied?

P:    For the payment, regarding the letter that you have um…

B:    For the month of?

P:    Ok that would be the request back in June.

B:    Yeah June or July timeframe you guys did something. I don't know what you guys did, but from thereon out I've gotten more notices saying I was late on my payment. Now this is the first one again a few months later…is this going to be a cycle that happens again? You guys keep on sending me this every month and I've got to get my lawyer involved again?

P:    Ok I'm just double checking that one…I was able to access different notes on your mortgage, would you please hold?

B:   Yes.

P:   Thank you. **Holding** Thank you for patiently holding Mr. Brash. I do apologize for the long wait. However, have you already verified if the October monthly mortgage has been made?

B:   Yes, on my LES.

P:   And would that be offered to you by the military allotment?

B:   Yes, it's a military allotment. It was on my LES statement at the end of October.

P:   Well because for that late charge it will just be…it was for your October monthly mortgage because it has been past the grace period. But I can generate any request for it to be waived off the account.

B:   Excuse me mam? Have you guys received a payment or not?

P:   For October Mr. Brash, no, not yet.

B:   Alrighty…last time this happened you guys told me the same thing. You didn't get it, you didn't get it, and then somewhere on your end it was your fault. I'm sure whatever notes are in there for June explain whatever happened. I know the money is getting to you guys so I need to know what happened to that money.

P:   I was able to see that history on the account, but as of today have you already verified that October has cleared from your account?

B:   Yes. It's called an LES. It's my learning and earned statement, it's what the Army gives as a paycheck stub. It has on there that the $1,300.00 was taken out and sent to you guys.

P:   What I'll be doing Mr. Brash, I'll be generating a request for us to review the account and waive the late charge on your mortgage.

B:   I appreciate that, but I need to find out what happened to that payment.

P:   Yes, sir, as of today we still don't have that information. But after the research I do today is finished, in the next 3 to 5 business days, we will be having an updated information.

B:   The next 3 to 5 business days?

P:   Yes, Mr. Brash.

B:    I don't get why it would take so long. Last time the lawyer sent in the papers you guys had an answer back to her in an hour, so I don't get why it's going to take 3 to 5 days when I call, except when I have my lawyer call it takes an hour or two.

P:    Ok well that would be the maximum turnaround time Mr. Brash, but it will be taken care of within the next 2 to 3 business days. First I will be generating a request for us to double check if we have received the payment already for October.

B:    Ok so you guys are going to generate a request to see what happens.

P:    Yes, sir.

B:    Alrighty and then you're going to put a thing on there saying there is no late charge, correct?

P:    Yes, sir.

B:    And is this posting onto my credit report? Because as of right now you guys are saying I'm late and I'm not. We went over this last time.

P:    Yes sir, I do understand and I apologize for that. I was just now able to see all of your status and you are still current on your monthly mortgage. I will be generating a request to look for the October payment.

B:    So then I'm not current on the payments. You just said I was current.

P:    On your credit report you are still current. There are no late fees or delinquent charges.

B:    When would you guys post that? If you guys don't have this resolved, how quickly does this show up on my credit report?

P:    No sir, that would be the last business day of this month.

B:    If you guys don't have it resolved by that point it's going to be posted on my credit report?

P:    That is correct but I will be generating an expedite request date.

B:    I understand that, but I'm just having a hard time understanding why it's taking 3 to 5 business days for me, but when I get other people involved it takes you guys the same day to turn around and send back an email stating that everything is taken care of.

P:    For that, Mr. Brash, it is actually an expedited request already and it could go beyond that time.

B:    So it could go beyond 5 days, you guys have already messed up twice in June or July or whatever the days were, and now you guys have done something again so I now have to worry about this going on my credit report.

P:    I do understand Mr. Brash, that is why I will be generating the request to review your mortgage regarding your October payment.

B:    I understand that. You've been more than helpful, but can I talk to your supervisor then?

P:    Yes sir, I will be transferring your call. **Holding music** Thank you for patiently holding Mr. Brash. I apologize for the long wait. I'll just be verifying your primary contact number is still the same? (706) 565-4170?

B:    No, my primary has changed. (313) 770-0029.

P:    Were there any secondary numbers?

B:    No.

P:    What I have here is (706) 545-5217, I'll just be deleting that one. I've already forwarded your concern and what we will be doing is we will begin currently reviewing the request onto your account and you will receive a call back within the next 24 hours.

B:    The next 24 hours.

P:    Correct.

B:    And we still don't know why this is on my account?

P:    Correct.

B:    But now it's going to be within 24 hours?

P:    Correct.

B:    Alrighty I'll be waiting for your call.

P:    Would you like my last name and employee code?

B:    Yes.

P:    Anna Cunanan. PAC. (Survey offered). Have a good day, etc.

-----------------------------------------------------------------------------------------------------

P:    Thank you for calling the Mortgage Service Center, my name is Felix. May I have your loan number?

B:    I don't have that with me.

P:    Do you have the social security number?

B:    Yes.

P:    Can I have it?

B:    Yes, xxx-xx-xxxx.

P:    Can I place you on hold for a brief moment?

B:    Yes.

P:    **Holding Music**  Thank you so much for your patience. May I have your name and the property address?

B:    David Brash. 7022 Vinings Way, Columbus, GA 31907.

P:    Thank you. For the security of your loan can you tell me for how many years have you promised to pay this mortgage?

B:    30 years.

P:    Please verify the phone number.

B:    (313) 770-0029.

P:    And the property is the same address as the mailing address? The property is in good condition?

B:    Of course.

P:    How may I help you today Mr. Brash?

B:    You guys actually called me and told me you had a message for me.

P:    The reason for our calling was to just inform you or to remind you about your mortgage payment due.

B:    It's not because of that sir. I actually called yesterday and talked to a lady by the name of Anna, her work code was PAC and you guys sent me a late payment. She had talked to her supervisor and the supervisor had told me you guys would get in contact with me in 24 hours to let me know about the payment.

P:    There is a dispute about the payment?

B:    It's not a dispute, you guys messed up.

P:    So you have already made a payment and it's not reflecting, something like that?

B:    Yes.

P:    So you were expecting a call from the department?

B:    Yes.

P:    Just give me a moment. Can I place your call on hold?

B:    Yes.

P:    **Holding Music** Thank you so much for your patience. Did you already make a payment or send a payment in?

B:    Yes.

P:    When was that made?

B:    It was right on the 1st of October.

P:    1st of October.

B:    Or 2nd of October, the beginning of October.

P:    It's not reflecting…we cannot see a payment.

B:    The lady I talked to yesterday said she was going to put in a request for review on the payment, if you check on the account in June, May-June time frame of this year, you guys messed up the payment. It was paid, it did not reflect, you guys sent me late payments, and we got it all taken care of and whatnot.

P:    So this October payment has been cleared in your bank?

B:    It's an allotment that gets taken out of my paycheck.

P:     It's already taken out from the bank?

B:     No, it doesn't get taken out of my bank, it gets taken out of my paycheck. It's an allotment.

P:     I'll have to transfer you to a different department. They can better handle this situation. Just give me a moment. Initially you were speaking to the collection department?

B:     Who have I been talking to? Well I was talking to a lady named Anna, employee code PAC. That is the lady I talked to yesterday. She told me I'd get a call back today, you guys called and left me a message.

P:     She told you she would be calling you?

B:     Well no, she just said that a review would happen within 24 hours and you would be calling me back.

P:     Ok that's fine, I will disregard the call. I will make a note that you have already spoken to somebody and you are waiting for the reply or the status on the account. It will take 30-48 hours to get a due date...

B:     I already spoke to somebody and you said you would get back with me within 24 hours of the time I called yesterday. I was not able to get to my phone, you guys told me you had a message for me regarding my account.

P:     So this payment has already been made and it's been already cleared from your bank and the lady is checking on it?

B:     Not cleared from my bank- it was sent in from an allotment from my paycheck.

P:     But finally it should be cleared from your bank right, it should be debited from your bank when your paycheck comes?

B:     It doesn't ever hit my bank account. It automatically gets taken out of my check. Before I even get my check it has already been taken out. It's called an allotment.

P:     I'll just make a note of it. Just wait for the one or two days and you can give us a call and check up on it.

B:     See I'm not calling in one or two days because you guys told me that it would take 24 hours and you guys would call me.

P:     See the call sometimes is a automated call regarding improper payment.

B:     I understand it's an automated call but you guys told me...

P:      Just wait for a day or two.

B:      I'm not waiting for a day or two. We're talking about my credit here and if this posts past the end of October, it's going to post on my credit and I'm not going to have that happen.

P:      Ok right now it's not updated in the system and we have to wait for 24 hours to 34 hours to call you guys. That's fine, I'll make a note of it. And when you make the payment, some general information for you, if you make a payment before the end of the  month it won't be reported late...

B:      Hold on hold on. I understand. It's past the 16th. The lady that I talked to yesterday put in a waiver for the late fee because it's your fault.

P:      I can see that.

B:      If you look back on my record, you guys have done this before.

P:      Sir, I'm giving you general information for the future. If you make it before the 16th you won't be charged. This is general information for you.

B:      I don't ever plan on being late so your general information does not help.

P:      Very good sir. I appreciate that. Can I give you any assistance or something?

B:      Unfortunately, can I just speak to your supervisor? This isn't getting resolved, it's the second time I've called. I need someone to help me out.

P:      Basically I'll have to wait as I can see the notes that you have spoken to someone, we'll have to wait for 24 hours to get it updated. Then we can see if it's done or no. So just wait.

B:      I already waited for a day and that's what you guys told me yesterday. I'm not going to keep on waiting a day and a day and a day. Last time I had to get my attorney involved. She sent you guys papers and I had an answer within a day.

P:      It will be done sir, just wait for a day.

B:      I want to speak to your supervisor please.

P:      Just give me a moment. **Holding Music** Thank you for being on hold, my name is Rita I'm the supervisor. How may I assist you?

B:      Yes I had called yesterday and you guys had sent me a late payment notice and I just got it yesterday and I made a phone call. I talked to a lady named Anna. I

have her last name and code and all that stuff. I sent in the payment, it's an allotment out of my paycheck for the Army. I work for the Army. It's an allotment through them that gets sent to you guys every month. I think it's May or June timeframe, this same thing happened again. You guys said my payment didn't make it, I got a late payment notice, and later on it was found out that you guys credited the money I sent to another account that wasn't my account. It's unfortunately happening again and I need it taken care of because I don't want it said on my credit report that I'm late in any fashion. The lady I spoke to yesterday put a waiver on the charges because she saw on the account that this has happened before She also talked to her supervisor yesterday and they said you guys would get in contact with me in 24 hours. Unfortunately I was unable to get to my phone when you called and the message said to give you guys a call back. The supervisor said she would contact me within 24 hours about the review. I was talking to the other gentleman before you and trying to explain this and all he would tell me was that he was making a note of it. That doesn't help me.

P:     Right, right not at all. I was going through all the possible records that I could and I also saw notes made in the record that it was in the month of June that unfortunately the payment was misapplied to another loan. I also see notes made in the record as of yesterday that they have opened a request that once they research the account they will call you. I will do one thing, I will get you connected to our customer service team because they are very well aware of this situation and since they researched they can completely let you know. I will not just blindly put you through, I will be on hold until we get the representative for you.

B:     Ok thank you.

P:     You're welcome. And just for your records I wanted to provide you with a direct number, it's (800) 449-8767. I requested to be on hold for a minute while I contact them.

B:     Thank you very much.

P:      You are welcome. **Holding Music** Mr. Brash? Hello sir?

B:     Yes, hello.

P:     Thank you so much for holding, I appreciate your patience. I do have Emerson on the line. I have explained the situation as well and I'm sure he will be able to assist you further. Goodbye.

P:     Hi, good morning Mr. Brash. My name is Emerson Forbes from customer service.

B:     Your name is Emerson Forbes?

P:      Yes, sir.

B:      Alrighty thank you.

P:      Just to verify your account information, can you please provide me with the last four of your social?

B:      Yes, xxxx.

P:      Thank you. As I check here on your account information, the request was already forwarded for the file number 313-770-0029 as your callback number, right? And this is in regards to the October payment that was applied way back in June?

B:      Well no, the June thing was resolved. You guys had sent me a late payment back in May-June timeframe saying that I was late on a payment and that you guys didn't receive it. We got that all situated out, you guys sent me a couple late payment notices. What had happened was that you guys had credited the money I sent you to another account. According to what my lawyer told me was that you guys had credited my money to another account. We got that all straightened out and everything was good.

P:      Actually I am the one who handled your account back in June and I'm the one who requested for the correction and the reversal of your account.

B:      Pefect. Well now again I just got another late payment in the mail yesterday and I checked my LES. I have an automatic withdrawal out of my paycheck, I work for the Army and it's an automatic allotment out of my paycheck so I never even see the money. I checked my LES's and they all say the discretionary payment was made to you guys. I'm getting late notices again, and I'm not sure if it's the same thing that happened or if you guys accidentally put it to another account again or whatever the case is. I know you guys got the money, I just need to know what happened to the money. The only thing I get from everybody, besides Rita, she was very helpful, is that "I'm making a note of it". Well, making a note of it doesn't help me and it's not going to help my credit report if it gets posted on it. So I don't know what needs to be done...

P:      Actually we already received a call from the collections department regarding this. It was already escalated to the supervisor to handle the account to correct the payment. We are just waiting for the amount of $1,209.05. It has not yet been forwarded to us.

B:      Actually I pay $1,300.00 a month. I pay $100.00 extra a month. I'm sure it shows on there that every month I pay $1,300.00 instead of the $1,200.00.

P:      Correct.

B:  So my question is what transpired? Did you guys put it to another account again?

P:  Actually we went out a request up to research on that payment.

B:  Ok.

P:  that's the reason why your supervisor was supposed to call you back.

B:  Well the only reason I'm calling today is because yesterday when I talked to a woman named Anna, her code is PAC, she told me that within 24 hours I would get a call back. I was unable to answer the phone and as soon as I got out I looked at my phone, saw that you guys had called, you left a message saying you were trying to get in touch with David Brash and please call back. That's why I called back is because you guys said you would contact me. Well it's been 24 hours since yesterday and I figured I'd get a call back so…

P:  Yes the call should be on the research of the payment that you sent out of $1,300.00. So I don't know why they haven't called you back. So we forwarded the request to research on that payment.

B:  The lady yesterday was very helpful, she put a waiver on the late fee so I wouldn't be charged so we could get situated…I guess my only question is how long is this going to take? It's getting close to the end of the month. Most people I've talked to yesterday or today have said that at the end of the month they're going to send out a late payment notice to the credit reports. I don't want any late payments going out to my credit reports because it's not right.

P:  Mr. Brash do you have a copy of the statement form the bank that it was already cashed out?

B:  Well it's not the bank, it's out of my paycheck. Actually, my attorney…all the paperwork she sent you back in May she is sending again today. She is sending you my LES's along with other paperwork. She sent out that paperwork and my LES's to you guys today. The only reason I'm calling is because you guys called me. So I figured I'd call and see if you guys had an answer for me. Like I told you, the gentleman I spoke to just kept saying he'd make a note of it. You guys called me and he really wasn't being that helpful saying he'd make a note of it. So the LES's got sent to you guys today. She is sending it by UPS priority mail, etc. like three different ways.

P:  If you have the bank statements that were already cashed out, can you please provide us with a copy of the bank statement and you have to send it to this fax number?

B:  Yes, if you guys give me the fax number I can have her send it over to you guys.

P:      Sure it's (856) 917-8322. That is our cash management. So that the review or research on the missing payment will be much easier for us.

B:      Definitely. I can have her fax that over to you. Attention to anyone's name or just cash management?

P:      Cash management. Yeah fax your bank statements.

B:      Well it's going to be my LES forms. It's called the Army learned earning statement. It's just what the Army gives me for it. But I can definitely have her fax that over to you. So once that is faxed over, how long is this going to take to get situated out? And what can I do to make sure this doesn't happen again? You guys promised me last time it wouldn't happen again and now it's happening again...

P:      That's the reason we are researching on the payment letter...if it was already misapplied or not. Because I'm seeing on this other account it's not applied also. So we have to do research on this account and we have to wait until these statements are here on our end.

B:      Alrighty.

P:      It's much better for you and for you to have a copy also.

B:      Well it's a lot better than you guys just saying you would make a note of it. Now we're getting somewhere. Are you guys going to be giving me a call back or...

P:      I will open your account and we will get in touch with you sir. One of our supervisors will contact you when we post your payment for the month of October.

B:      I'm sorry, how long does this usually take?

P:      I'm sorry...

B:      How long does it usually take to...

P:      Normally the research is 5 to 7 business days including the posting of the payment on our system. So one of our supervisors will call you back and advise you of this payment. If you will remember we talked about the payment misapplied to the other account way back in June? I'm the one who requested also for the application corrections of your account.

B:      That's beautiful. That's great that they give me the same person.

P;    Alrighty, she'll send that into you guys today most definitely and then I'll just
      expect to get a call from you guys.

P:    I'll be providing my phone number here it's 800-449-8767 and you can ask for
      our supervisor also if you want from that telephone number. That's our direct
      number to the customer service department. There might be a possibility that you
      can get me on that line also. I'm hoping I will get your call.

B:    Definitely I'm going to send that to you guys momentarily. Thank you very much.
      You were a lot more helpful than the other gentleman I talked to. He didn't ask
      for me to send in proof or anything. He didn't answer any questions. He just kept
      on telling me general knowledge stuff. That's his job and this is your job and I
      understand that. Well I appreciate it very much.

P;    You're very welcome Mr. Brash, rest assured we are working on your account.
      Also I will be noting the account on the website when we receive the payment.
      (Survey requests, thank you, etc.)

---------------------------------------------------------------------------------------

## David Brash – Telephone Call with PHH
## November 17, 2009

PHH:   Thanks for calling the Mortgage Service Center, this is Aniruvh _____.

Brash:   I don't have my loan number.

P:   With whom am I speaking please?

B:   David Brash.

P:   Mr. Brash, can you please verify the property address on the mortgage, sir?

B:   Yes, 7022 Vinings Way, Columbus, Georgia 31907.

P:   And the mailing address is the same as the property address?

B:   Yes.

P:   Thank you so much. And could you please let me know what is the payment that you usually make on this mortgage, sir?

B:   $1,300.00.

P:   That is absolutely close sir. It is $1,209.05. And you still live on the property and it is in good condition?

B:   Yes.

P:   Ok. And in reference to loan # ████4627 how can I help you today sir?

B:   I am having some issues that I have tried to get resolved now for two or three months about you guys saying I was late on my payments, which I'm not. I was just wondering if that has been corrected.

P:   Just give me one quick moment. Sir I do see that your account is always current and making payments on the mortgage, only for the month of October has it been reported as being late.

B:   My October payment has been reported late?

P:   Yes, sir. The payment for the month of October was made by you on November 13th. When you make the payment after the end of the month, it is reported late to the credit bureau.

PLAINTIFF'S
EXHIBIT
25
Johnston  10·22·10

B:      So you guys reported my account late to the credit bureau?

P:      For the month of October, sir.

B:      Well, sir, I've been dealing with this since October. You guys have been telling
        me...I've been trying to talk to you, trying to ask you to correct this situation. I
        paid you for the month of October on time; I paid you for the month of November
        on time. I have an allotment that comes straight out of my check. You guys told
        me I didn't pay the month of October or November, now you're telling me I did
        pay but my October payment was late, so now it's hit my credit report...I mean
        I'm trying to do everything you guys have asked me to, I've done everything, and
        for some reason I just can't seem to get help from you guys.

P:       Sir, as for the information that has been updated on the account, I do see we
        received a payment for the month of November, for the month of October. I do
        see that you made the payment for the month of October on November 13th.

B:      I understand that's what it says in your computer, but I sent you guys...I'm in the
        army and I set up an allotment. They send it out in the beginning of the month
        every month. Somehow you guys misplaced that fund, which you guys have done
        before in the past to me, and it's been two months now...I just don't know what
        to do anymore. You guys aren't seeming to be able to help me. Now this is on my
        credit report.

P:      Sir, in regards to this, may I put you on hold for one quick minute?...Ok I
        apologize for putting you on hold. Mr. Brash, please let me know when you sent
        in the payment for the month of October because I do see that you made the
        payment for the month of October on November 13th.

B:      Yes. Ok but I do not send you guys the payments. The United States military
        sends you the payment every month, not me.

P:      In regards to that, what I could do is I could put in a request for this thing to be
        reviewed.

B:      Sir, I've been calling for two months, and you guys have been telling me for two
        months that you guys are going to review this and you are putting in a request for
        a review. Now in your computer there, since you're telling me that you're going
        to put a request in, there's not a request in right now, is there?

P:      Just give me one quick moment sir. I apologize for keeping you on hold. Mr.
        Brash, I checked with the information on this account and it showed that you
        spoke to a couple of my colleagues earlier regarding the payments. However, I do
        not see any kind of documentation regarding the payments being received late.
        Mr. Brash, what I could do is go ahead and put in a request for the account to be

researched and if they would be able to get this retracted for you because I do see that we received the payment after the end of the month for the month of October.

B:    Well, sir, on October 27th I believe it was, you guys sent me a letter that said you were in the middle of a review to my account. Before that you guys had told me two or three times on the phone that you were going to review my account. After I got the letter I called a couple of times because you guys keep on calling me and leaving messages on my phone telling me I have to call you guys because I'm late on my payments. I've talked to a couple of other people who have told me they're going to do a review. I just don't know what to do anymore.

P:    Your account has been reported current for the previous months.

B:    I understand that it's current now...which...ok good, but you guys are telling me that I was late on a payment, I was never late, and you guys reported that to the credit agencies.

P:    Sir, you account has not been reported late to the credit bureau, it has been reported late only once for the month of October because we received the payment for the month of October on November 13th. Otherwise...

B:    But you charged me late fees, correct?

P:    For that sir, there is no late charge on the account.

B:    So it was late, but there was no late charge?

P:    Yes, sir.

B:    Ok now why was that? I know why it was, because you guys told me that you guys had messed up and I wouldn't be charged a late fee. So now why was it reported...I don't get that.

P:    Sir, it was reported late to the credit bureau because we received the payment for October because we received the payment on November 13th. That is the reason why it was reported late with the credit bureau.

B:    Sir, you said it yourself. In the computer there you've noticed that I've called...I can't even count how many times I've called now, and I've gotten nowhere. I did not pay the payment late. You guys did something, I don't know what, that made my payment late. I don't pay the payment. The military government sends you a paycheck every single month. I contacted them, they sent me the documentation saying I paid it. I sent you guys that documentation on two different occasions, and I just don't know. You guys keep on telling me to send you stuff, I send it to you and it gets nowhere. You guys sent me a letter saying you were reviewing it

on October 27th, and now this is, what, November 17th and you're now telling me again that you're going to send in a review for my account.

P:    May I put you on hold Mr. Brash? I will go ahead and transfer this call to the customer service department and they will be able to further assist you about the information.

B:    Sir, every time I call all you guys do is transfer me. You transfer me to a supervisor, you transfer me to customer service, you transfer me to finance, I have set up these allotments because I'm in the army and I am always leaving, I am always deploying, and I sent these allotments up through the army so I don't have to worry about it...

P:    I apologize for cutting you short. Mr. Brash, I have completely researched your account. The check that the army sent for the month of October was received late. In order to get this resolved, you need to talk to customer service and they will be able to assist you.

B:    I'm sorry I don't hold much faith in that, because I've talked to customer service five times now.

P:    I could go ahead and put in a request to the credit retraction department, they would go in and research your account, I would mention all the documentation which we just had a conversation about, and you will receive a letter about this and that would give you all the information about that.

B:    You're going to send me a letter with the information saying that you put in a request for a review on my account?

P:    No sir, they would send you a letter of once they come up with a resolution whether it has been rectified or not, they would send you a letter stating that it has been rectified or not and an explanation about that. Alright, sir?

B:    Well you guys already sent me one letter, and three weeks later it still hasn't done any good.

P:    Because we received the payment on November 13th sir, that is the reason we were not able to work on that before.

B:    Well the reason you got that payment late is because it's your fault, not mine. If you look back on your records, it also shows in the month of May you guys did the exact same thing to me. This is not the first time this has happened. I have been worried about my account for the last six or seven months. What happens if I deploy and you guys just decide to stop crediting my account again? Am I going to come back from deployment and have my house repo'd or foreclosed on?

P:    Sir, nothing like that would happen on your account. Be rest assured about that. I will put in a request about this, and you will receive a letter. This thing that has happened will be taken care of sir, and your account would be reported current on the mortgage for the credit bureaus. You will receive a letter about this, sir in the next ten days.

B:    Well today is November 17th, the next ten working days from today, correct? Am I going to get anymore phone calls about me being late or...

P:    No sir, you will not receive any more phone calls because your account is absolutely current. Right sir?

B:    I guess the last thing I would like is written documentation saying I have never been late on my account.

P:    Sir, the letter you will receive will give you all the detailed information about that. It will give you every explanation about that.

B:    And your name was?

P:    Aniruvh.

B:    Alrighty.

P:    Right.

B:    I'd say thank you, but you're the twentieth person that's tried helping me and it still hasn't happened.

P:    Sir, to the best of my abilities, I will put in this request.

# MCCALLA RAYMER, LLC

Six Concourse Parkway
Suite 3200
Atlanta, Georgia 30328
(678) 281-6500



Writer's Direct Dial: (678) 281-6473
Writer's Fax: (770) 643-4306
Email: *eod@mccallaraymer.com*

Emilie O. Denmark, Esq.

January 22, 2010

**VIA CERTIFIED MAIL – 7160390198459191565**

Charles A. Gower, Esq.
Charles A. Gower, P.C.
Post Office Box 5509
Columbus, Georgia 31906

|       |                                                  |
|-------|--------------------------------------------------|
| Re:   | Mr. David Brash                                  |
| Loan No.: | ■■■■4627                                     |
| Property: | 7022 Vinings Way, Columbus, Georgia 31907    |

Dear Mr. Gower:

Coldwell Banker Mortgage ("Coldwell") asked McCalla Raymer, LLC ("McCalla Raymer") to respond to your correspondence dated October 23, 2009 sent on behalf of your client, Mr. David Brash. Please accept this correspondence as Coldwell's response to Mr. Brash's qualified written request. 12 U.S.C. § 2605(e).

On November 13, 2009, Coldwell correctly applied the $1,300.00 payment received on October 1, 2009. When this payment was received via an automatic allocation from the military, the payment failed to include Mr. Brash's correct loan account number. The October 1, 2009 payment was properly applied to Mr. Brash's account on November 13, 2009, and on the same date, the $38.69 late fee was waived. Enclosed herewith is a copy of the December 22, 2009 letter reflecting that the credit reporting agencies have been informed that Mr. Brash's account is current. Also enclosed is a payment history for Mr. Brash's account reflecting that the account is current.

If you have additional questions regarding this matter, please feel free to contact the undersigned.



PLAINTIFF'S
EXHIBIT NO. 26
FOR IDENTIFICATION
DATE: 10-22-10   RPTR: PA
Johnston

Charles A. Gower, Esq.
January 22, 2010
Page 2 of 2

Sincerely,

Emilie O. Denmark, Esq.

Enclosures

Cc:    Kimberly A. Lederer, via e-mail
       Walter Wronka, via e-mail

1183324_1.DOC



**MORTGAGE**

2001 Bishops Gate Boulevard
Mt. Laurel NJ 08054

Tel 888-418-0364
Fax 856-917-8300

December 22, 2009

Loan Number: ████4627
Property Address:
7022 Vinings Way
Columbus GA 31907

David M Brash
7022 Vinings Way
Columbus, GA 31907

Mortgage Loan Number: ████4627

Dear Customer(s):

This is to inform you that we have sent a written request to the credit
reporting agencies to restore your credit history.  The credit bureaus have
thirty days from the date of the request to complete retraction and update
their records.  Kindly accept our apologies for any inconveniences that
you may have encountered due to this reporting error.  Should you have any
questions or experience any difficulties obtaining credit due to our error,
please contact the Collection Department at 1-800-330-0423 between the hours
of 8:30am and 8:30pm Monday through Thursday and Friday from 8:30 am to
5:00 p.m EST.

Sincerely,

Collections Department
Mortgage Service Center

XC050 7AG

*Log in to MortgageQuestions.com --- your servicing website connection.*

DATE   January 21, 2010

MORT NAME
STREET
CITY STATE ZIP

DAVID BRASH
7022  VINNINGS WAY
COLUMBUS, GA 31907

LOAN NUMBER: ▮▮▮▮4627

# CUSTOMER ACCOUNT ACTIVITY STATEMENT

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

**ACTIVITY FOR PERIOD 01/01/2009 - 12/31/2009**

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮4627 | 01/05/09 | 173 | 01/01/09 | 0.00 | 0.00 | 0.00 | 174.68 | 792.70 | 241.67 | 0.00 | 1,209.05 | 158,540.88 | 724.91 | 0.00 | 0.00 |
| ▮4627 | 01/05/09 | 175 | 01/01/09 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,366.20 | 966.58 | 0.00 | 0.00 |
| ▮4627 | 02/02/09 | 175 | 02/01/09 | 0.00 | 0.00 | -90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,275.25 | 966.58 | 0.00 | 0.00 |
| ▮4627 | 02/02/09 | 173 | 02/01/09 | 0.00 | 0.00 | 0.00 | 176.00 | 791.38 | 241.67 | 0.00 | 1,209.05 | 158,098.25 | 1,208.25 | 0.00 | 0.00 |
| ▮4627 | 03/03/09 | 175 | 03/01/09 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 158,008.30 | 1,208.25 | 0.00 | 0.00 |
| ▮4627 | 03/03/09 | 173 | 03/01/09 | 0.00 | 0.00 | 0.00 | 177.34 | 790.04 | 241.67 | 0.00 | 1,209.05 | 157,830.96 | 1,449.92 | 0.00 | 0.00 |
| ▮4627 | 04/03/09 | 175 | 04/01/09 | 0.00 | 0.00 | -90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 157,740.01 | 1,449.92 | 0.00 | 0.00 |
| ▮4627 | 04/03/09 | 173 | 04/01/09 | 0.00 | 0.00 | 0.00 | 178.68 | 788.70 | 241.67 | 0.00 | 1,209.05 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| ▮4627 | 04/03/09 | 147 | 04/01/09 | 0.00 | 0.00 | 90.95 | 90.95 | 3.00 | 241.67 | 0.00 | 90.95 | 157,740.01 | 1,691.59 | 0.00 | 0.00 |
| ▮4627 | 05/06/09 | 147 | 05/01/09 | 0.00 | 0.00 | -90.95 | 90.95 | 788.70 | -241.67 | 0.00 | 90.95 | 157,470.38 | 1,449.92 | 0.00 | 0.00 |
| ▮4627 | 05/06/09 | 147 | 05/01/09 | 0.00 | 0.00 | -90.95 | 90.95 | 788.70 | -241.67 | 0.00 | 90.95 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| ▮4627 | 05/06/09 | 173 | 05/01/09 | 0.00 | 0.00 | 0.00 | -178.68 | -783.70 | -241.67 | 0.00 | 157,644.06 | 157,470.38 | 1,449.92 | 0.00 | 0.00 |
| ▮4627 | 05/04/09 | 147 | 05/01/09 | 0.00 | 0.00 | 0.00 | -178.68 | 783.70 | 241.67 | 0.00 | 157,561.33 | 157,470.38 | 1,691.59 | 0.00 | 0.00 |
| ▮4627 | 05/04/09 | 147 | 05/01/09 | 0.00 | 0.00 | -90.95 | -90.95 | 0.00 | -90.95 | 0.00 | 157,471.38 | 157,561.33 | 1,691.59 | 0.00 | 0.00 |
| ▮4627 | 06/03/09 | 172 | 06/01/09 | 0.00 | 0.00 | 0.00 | 180.03 | 787.35 | 241.67 | 0.00 | 1,209.05 | 157,290.35 | 1,933.26 | 0.00 | 90.95 |
| ▮4627 | 06/03/09 | 173 | 06/01/09 | 0.00 | 0.00 | 90.95 | 180.03 | 787.35 | 241.67 | 0.00 | 157,290.35 | 157,290.35 | 1,933.26 | 0.00 | 0.00 |
| ▮4627 | 06/26/09 | 147 | 06/01/09 | 0.00 | 0.00 | -90.95 | 178.68 | 788.70 | 241.67 | 0.00 | 157,290.35 | 157,290.35 | 1,933.26 | 0.00 | 90.95 |
| ▮4627 | 06/26/09 | 147 | 06/01/09 | 0.00 | 0.00 | 90.95 | 178.68 | 0.00 | 244.67 | 0.00 | 157,290.35 | 157,290.35 | 1,933.26 | 0.00 | 90.95 |
| ▮4627 | 06/26/09 | 175 | 06/01/09 | 0.00 | 0.00 | 1,209.05 | -90.95 | 0.00 | -90.95 | 0.00 | 157,469.03 | 157,469.03 | 2,024.21 | 0.00 | 1,209.05 |
| ▮4627 | 06/30/09 | 175 | 06/01/09 | 0.00 | 0.00 | 1,209.05 | 0.00 | 0.00 | 0.00 | 0.00 | 157,469.03 | 157,469.03 | 1,782.54 | 0.00 | 2,359.05 |
| ▮4627 | 06/30/09 | 173 | 06/01/09 | 0.00 | 0.00 | -1,209.05 | -90.95 | 0.00 | -90.95 | 0.00 | 157,649.06 | 157,649.06 | 1,782.54 | 0.00 | 2,600.05 |
| ▮4627 | 06/30/09 | 173 | 06/01/09 | 0.00 | 0.00 | -180.03 | -787.35 | -241.67 | 0.00 | 1,209.05 | 157,649.06 | 157,469.03 | 1,540.87 | 0.00 | 3,600.05 |
| ▮4627 | 06/30/09 | 173 | 06/01/09 | 0.00 | 0.00 | 90.95 | 178.68 | 788.70 | 244.67 | 0.00 | 1,300.00 | 157,469.03 | 1,540.87 | 0.00 | 3,500.05 |
| ▮4627 | 07/07/09 | 173 | 07/01/09 | 0.00 | 0.00 | 90.95 | 181.38 | 786.00 | 241.67 | 0.00 | 1,209.05 | 157,018.02 | 1,933.26 | 0.00 | 3,600.05 |
| ▮4627 | 07/08/09 | 173 | 07/01/09 | 0.00 | 0.00 | -1,209.05 | 180.03 | 787.35 | 241.67 | 0.00 | 157,290.35 | 157,193.40 | 1,933.26 | 0.00 | 3,718.10 |
| ▮4627 | 07/08/09 | 175 | 07/01/09 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 157,018.02 | 156,927.07 | 2,174.93 | 0.00 | 3,718.10 |
| ▮4627 | 08/05/09 | 175 | 08/01/09 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 156,927.07 | 156,927.07 | 2,174.93 | 0.00 | 1,209.05 |
| ▮4627 | 08/05/09 | 173 | 08/01/09 | 0.00 | 0.00 | -90.95 | 182.74 | 784.64 | 241.67 | 0.00 | 158,927.07 | 156,744.33 | 2,174.93 | 0.00 | 90.95 |
| ▮4627 | 08/26/09 | 147 | 08/01/09 | 0.00 | 0.00 | -90.95 | 90.95 | 0.00 | -90.95 | 0.00 | 156,744.33 | 156,653.38 | 2,416.60 | 0.00 | 90.95 |
| ▮4627 | 09/04/09 | 172 | 09/01/09 | 0.00 | 0.00 | 1,300.00 | 182.77 | 783.27 | 241.67 | 0.00 | 1,300.00 | 156,469.27 | 2,416.60 | 0.00 | 1,300.00 |
| ▮4627 | 09/08/09 | 175 | 09/01/09 | 0.00 | 0.00 | -1,209.05 | 184.11 | 781.89 | 241.67 | 0.00 | 1,209.05 | 156,378.32 | 2,658.27 | 0.00 | 2,600.05 |
| ▮4627 | 09/08/09 | 032 | 09/01/09 | -38.69 | 0.00 | -90.95 | 185.49 | 779.58 | 0.00 | 0.00 | 1,300.00 | 156,192.83 | 2,658.27 | 0.00 | 2,600.05 |
| ▮4627 | 10/16/09 | 152 | 10/01/09 | 38.69 | 0.00 | 90.95 | 186.87 | 780.51 | 241.67 | 0.00 | -38.69 | 156,192.83 | 2,899.94 | 0.00 | 1,390.95 |
| ▮4627 | 10/16/09 | 312 | 10/01/09 | 0.00 | 0.00 | 90.95 | 186.87 | 0.00 | 241.67 | 0.00 | 1,209.05 | 156,101.88 | 2,899.94 | 0.00 | 1,390.95 |
| ▮4627 | 11/04/09 | 312 | 11/01/09 | 0.00 | 0.00 | 0.00 | 187.80 | 0.00 | 0.00 | 0.00 | 90.95 | 156,101.88 | 2,071.81 | 0.00 | 90.95 |
| ▮4627 | 11/11/09 | 351 | 11/01/09 | 0.00 | 0.00 | 1,209.05 | 0.00 | 0.00 | 0.00 | 0.00 | 90.95 | 155,915.01 | 297.29 | 0.00 | 90.95 |
| ▮4627 | 11/11/09 | 173 | 11/01/09 | 0.00 | 0.00 | -1,242.19 | 0.00 | -774.00 | 0.00 | 0.00 | 0.00 | 155,727.21 | 55.62 | 0.00 | 90.95 |
| ▮4627 | 11/13/09 | 173 | 11/01/09 | 0.00 | 0.00 | 90.95 | -828.13 | 241.67 | 0.00 | 0.00 | 155,727.21 | 538.96 | 0.00 | 0.00 |
| ▮4627 | 11/13/09 | 032 | 11/01/09 | -38.69 | 0.00 | 181.90 | 0.00 | 0.00 | 0.00 | 0.00 | 38.69 | 155,545.31 | 538.96 | 0.00 | 181.90 |
| ▮4627 | 11/13/09 | 175 | 11/01/09 | 0.00 | 0.00 | 0.00 | 181.90 | 0.00 | 0.00 | 0.00 | 0.00 | 155,545.31 | 538.96 | 0.00 | 181.90 |
| ▮4627 | 12/03/09 | 307 | 12/01/09 | 0.00 | 0.00 | -181.90 | 0.00 | 0.00 | -89.58 | 0.00 | 1,209.05 | 155,355.66 | 469.38 | 0.00 | 0.00 |
| ▮4627 | 12/03/09 | 175 | 12/01/09 | 0.00 | 0.00 | 0.00 | 189.65 | 777.73 | 241.67 | 0.00 | 1,209.05 | 155,294.71 | 711.05 | 0.00 | 0.00 |
| ▮4627 | 12/03/09 | 172 | 12/01/09 | 0.00 | 0.00 | 90.95 | 90.95 | 0.00 | 0.00 | 0.00 | 90.95 | 155,294.71 | 711.05 | 0.00 | 0.00 |
| ▮4627 | 12/31/09 | 175 | 01/01/10 | 0.00 | 0.00 | 0.00 | 90.95 | 0.00 | 0.00 | 0.00 | 0.00 | 155,264.71 | 711.05 | 0.00 | 0.00 |

DATE   January 21, 2010

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08054

MORT NAME   DAVID BRASH
STREET   7022   VININGS WAY
CITY STATE ZIP   COLUMBUS, GA. 31907

LOAN NUMBER   ████████4627

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

### ACTIVITY FOR PERIOD 01/01/2008 - 12/31/2008

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████4627 | 01/01/08 | 172 | 01/01/08 | 0.00 | 0.00 | 0.00 | 160.63 | 806.75 | 259.24 | 0.00 | 1,226.62 | 161,350.00 | 777.68 | 0.00 | 0.00 |
| ████4627 | 01/07/08 | 173 | 02/01/08 | 0.00 | 0.00 | 0.00 | 161.43 | 805.95 | 259.24 | 0.00 | 1,226.62 | 161,189.37 | 1,036.92 | 0.00 | 0.00 |
| ████4627 | 02/05/08 | 175 | 03/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 161,027.94 | 1,296.16 | 0.00 | 0.00 |
| ████4627 | 02/05/08 | 176 | 03/01/08 | 0.00 | 0.00 | 0.00 | 162.61 | 804.77 | 259.24 | 0.00 | 1,226.62 | 160,954.56 | 1,296.16 | 0.00 | 0.00 |
| ████4627 | 03/05/08 | 173 | 04/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,791.95 | 1,555.40 | 0.00 | 0.00 |
| ████4627 | 03/05/08 | 176 | 04/01/08 | 0.00 | 0.00 | 0.00 | 163.79 | 803.59 | 259.24 | 0.00 | 1,226.62 | 160,718.57 | 1,555.40 | 0.00 | 0.00 |
| ████4627 | 04/02/08 | 173 | 05/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,554.78 | 1,814.64 | 0.00 | 0.00 |
| ████4627 | 04/02/08 | 175 | 05/01/08 | 0.00 | 0.00 | 0.00 | 164.97 | 802.41 | 259.24 | 0.00 | 1,226.62 | 160,481.40 | 1,814.64 | 0.00 | 0.00 |
| ████4627 | 05/05/08 | 173 | 06/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 160,316.43 | 2,073.88 | 0.00 | 0.00 |
| ████4627 | 05/05/08 | 175 | 06/01/08 | 0.00 | 0.00 | 0.00 | 165.15 | 801.22 | 259.24 | 0.00 | 1,226.62 | 160,243.05 | 2,073.88 | 0.00 | 0.00 |
| ████4627 | 06/06/08 | 173 | 07/01/08 | 0.00 | 0.00 | 0.00 | 73.36 | 0.00 | 0.00 | 0.00 | 73.38 | 160,076.89 | 2,333.12 | 0.00 | 0.00 |
| ████4627 | 06/06/08 | 175 | 07/01/08 | 0.00 | 0.00 | 0.00 | 166.36 | 800.02 | 259.24 | 0.00 | 1,226.62 | 160,003.51 | 2,333.12 | 0.00 | 0.00 |
| ████4627 | 07/03/08 | 173 | 08/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,836.15 | 2,592.36 | 0.00 | 0.00 |
| ████4627 | 07/03/08 | 175 | 08/01/08 | 0.00 | 0.00 | 0.00 | 167.36 | 798.81 | 259.24 | 0.00 | 1,226.62 | 159,762.77 | 2,592.36 | 0.00 | 0.00 |
| ████4627 | 08/08/08 | 173 | 09/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,594.20 | 2,851.60 | 0.00 | 0.00 |
| ████4627 | 08/08/08 | 175 | 09/01/08 | 0.00 | 0.00 | 0.00 | 168.57 | 797.60 | 259.24 | 0.00 | 1,226.62 | 159,520.82 | 2,851.60 | 0.00 | 0.00 |
| ████4627 | 09/04/08 | 173 | 10/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 159,351.04 | 3,110.84 | 0.00 | 0.00 |
| ████4627 | 09/04/08 | 175 | 10/01/08 | 0.00 | 0.00 | 0.00 | 169.78 | 797.50 | 259.24 | 0.00 | 1,226.62 | 159,277.66 | 3,110.84 | 0.00 | 0.00 |
| ████4627 | 09/11/08 | 312 | 09/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -699.98 | 0.00 | 0.00 | 159,277.66 | 3,110.84 | 0.00 | 0.00 |
| ████4627 | 09/11/08 | 312 | 09/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 259.24 | 0.00 | 0.00 | 159,277.66 | 2,410.86 | 0.00 | 0.00 |
| ████4627 | 10/03/08 | 173 | 10/01/08 | 0.00 | 0.00 | 0.00 | 170.99 | 796.39 | 259.24 | 0.00 | 1,226.62 | 159,106.67 | 2,670.10 | 0.00 | 0.00 |
| ████4627 | 10/03/08 | 173 | 10/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 259.24 | 0.00 | 73.38 | 159,033.29 | 2,670.10 | 0.00 | 0.00 |
| ████4627 | 10/03/08 | 173 | 11/01/08 | 0.00 | 0.00 | 0.00 | 172.21 | 795.17 | 259.24 | 0.00 | 1,226.62 | 158,861.08 | 2,929.34 | 0.00 | 0.00 |
| ████4627 | 10/03/08 | 175 | 11/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 259.24 | 0.00 | 73.38 | 158,787.70 | 2,929.34 | 0.00 | 0.00 |
| ████4627 | 11/04/08 | 173 | 12/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 158,787.70 | 2,929.34 | 0.00 | 0.00 |
| ████4627 | 11/04/08 | 351 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -800.00 | 0.00 | 0.00 | 158,787.70 | 2,123.34 | 0.00 | 0.00 |
| ████4627 | 11/05/08 | 175 | 12/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,049.97 | 0.00 | 0.00 | 158,787.70 | 1,079.37 | 0.00 | 0.00 |
| ████4627 | 11/10/08 | 312 | 11/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -613.70 | 0.00 | 0.00 | 158,787.70 | 465.67 | 0.00 | 0.00 |
| ████4627 | 11/14/08 | 307 | | 0.00 | 0.00 | 0.00 | 173.44 | 0.00 | 259.24 | 0.00 | 0.00 | 158,614.26 | 724.91 | 0.00 | 0.00 |
| ████4627 | 12/04/08 | 307 | | 0.00 | 0.00 | 0.00 | 173.44 | 793.94 | 259.24 | 0.00 | 0.00 | 158,540.88 | 724.91 | 0.00 | 0.00 |
| ████4627 | 12/04/08 | 173 | 12/01/08 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 1,226.62 | 158,540.88 | 724.91 | 0.00 | 0.00 |
| ████4627 | 12/31/08 | 175 | 01/01/09 | 0.00 | 0.00 | 0.00 | 73.38 | 0.00 | 0.00 | 0.00 | 73.38 | 158,540.88 | 724.91 | 0.00 | 0.00 |

DATE    January 21, 2010

CUSTOMER ACCOUNT ACTIVITY STATEMENT

THE MORTGAGE SERVICE CENTER
4001 LEADENHALL ROAD
MT LAUREL, NJ 08\*

MORT NAME
STREET
CITY STATE ZIP

DAVID BRASH
7022   VININGS WAY
COLUMBUS, GA, 31907

LOAN NUMBER: ▬▬4627

ACTIVITY FOR PERIOD 01/01/2007 - 12/31/2007

| Loan Number | Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▬4627 | 01/01/07 | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| ▬4627 | 11/19/07 | 142 | | 0.00 | 0.00 | 0.00 | ############ | 0.00 | 0.00 | 0.00 | ############ | 161,350.00 | 0.00 | 0.00 | 0.00 |
| ▬4627 | 11/26/07 | 170 | 01/01/08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 777.68 | 0.00 | 777.68 | 161,350.00 | 777.68 | 0.00 | 0.00 |
| ▬4627 | 12/28/07 | 143 | | 0.00 | 0.00 | 0.00 | 0.00 | 397.80 | 0.00 | 0.00 | 397.80 | 161,350.00 | 777.68 | 0.00 | 0.00 |
| ▬4627 | 12/31/07 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 161,350.00 | 777.68 | 0.00 | 0.00 |

2. Article Number

7160 3901 9845 9919 1565

1. Article Addressed to:

Charles A. Gower, Esq.
Charles A. Gower, P.C.
Post Office Box 5509
Columbus, GE 31906

3. Service Type    CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, January 2005          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X DWHITMORE

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

Reference Information

Kayon C. Ali, Legal Asst

UNITED STATES POSTAL SERVICE

First Class Mail
US Postage Paid
Permit No. G - 10

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

MCCALLA RAYMER LLC
6 CONCOURSE PKWY NE STE 3200
ATLANTA GA  30328-6117

RECEIVED

JAN 29 2009

By