**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA**



## MINUTE SHEET OF COURT PROCEEDINGS (CONTESTED/EVIDENCE ENTERED)

Date: 03/16/2011                                         Type of Hearing: Jury Trial - Day One

Judge: CLAY D. LAND                                      Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden                      Interpreter: n/s

*Case Number:*   4:09-CV-146- (CDL)

DAVID BRASH                                              Counsel: Charles Austin Gower; Teresa Abell

   vs.

PHH MORTGAGE CORPORATION                                 Counsel: Emilie Omer Denmark; W. Reese Willis

Agents/experts in attendance:

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*   3 hrs. 20 mins.

1:30 PM    Court reconvened, jury selection having taken place on March 14, outside the jury. The case was called and the parties announced ready. Defendant's counsel raised issues with the Court. Counsel brought up the Court's most recent ruling on Defendant's motion in limine, Defendant's request that its primary witness not be subject to the Court invoking the rule of sequestration, and bifurcation of the matter of attorney's fees. The Court clarified all the issues raised by the Defendant.

           The Court then inquired of the attorneys with regard to matters relating to claims and contentions for purposes of clarification.

1:48 PM    Jury brought in. The Court reminded jury of the parties in the case, and then gave preliminary instructions and roles of participants.

| | |
|---|---|
| 2:01 PM | Mr. Gower presented opening statement for Plaintiff. |
| 2:44 PM | Mr. Willis presented opening statement for Defendant. |
| 3:15 PM | Break. |
| 3:33 PM | Plaintiff called Kim Johnston for cross-examination. Sworn in. Cross-examination conducted by Mr. Gower. Plaintiff's Exhibits P33-, P-30, P-4, P-6, P-20-b, P-21, P-20-a, P-19, P-8, P-25 all admitted. |
| 5:03 PM | Jury dismissed for the day after hearing instructions from the Court not to discuss the case, etc. |
| 5:05 PM | Court inquired as to status of Plaintiff's case. Adjourned for the day. |