**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA**



## MINUTE SHEET OF COURT PROCEEDINGS (CONTESTED/EVIDENCE ENTERED)

Date: 03/17/2011                                              Type of Hearing: Jury Trial - Day Two

Judge: CLAY D. LAND                                    Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden       Interpreter: n/s

<u>Case Number:</u>   4:09-CV-146- (CDL)

DAVID BRASH                                                  Counsel: Charles Austin Gower; Teresa Abell

   vs.

PHH MORTGAGE CORPORATION            Counsel: Emilie Omer Denmark; W. Reese Willis

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

**Court time for JS10:** *6 hours 15 minutes*

| | |
|---|---|
| 9:08 AM | Court convened for Day Two of jury trial. Mr. Charlie Gower resumed cross-examination of Ms. Kim Johnston. Exhibits P-28 and P-26 admitted. Exhibit P-27 tendered. Defendant expressed objections to letter attached. After examination exhibit was labeled P-27-A and admitted. Exhibit P-14 admitted. |
| 10:15 AM | Court inquired whether Defendant wanted to conduct direct of Ms. Johnston or wait until Defendant presented its case. Mr. Reese Willis chose to wait until Defendant presented its case. |
| 10:16 AM | Plaintiff called John Hopf. Mr. Willis requested a side bar. |
| 10:18 AM | Mr. Hopf (senior manager of card services of CB&T) sworn in. Direct examination of Mr. Hopf by Mr. Gower. Exhibit P-9 tendered and admitted. Defendant had no objections other than those previously made. |
| 10:25 AM | Cross-examination of Mr. Hopf by Mr. Willis. Exhibit D-17 admitted. |
| 10:33 AM | Re-direct of Mr. Hopf by Mr. Gower. Re-cross by Mr. Willis. |

| Time | Event |
|---|---|
| 10:35 AM | Break. |
| 11:00 AM | Plaintiff called Miranda Brash.  Sworn in. |
| 11:17 AM | Cross-examination of Miranda Brash by Mr. Willis.  Exhibit D-19 admitted. |
| 11:20 AM | Re-direct of Mrs. Brash by Mr. Gower.  Re-cross of Mrs. Brash by Mr. Willis. |
| 11:23 AM | Plaintiff called Charlie Gower to testify about attorney's fees.  Sworn in.  Direct examination by Teresa Abell. |
| 11:29 AM | Defendant announced no cross-examination of Charlie Gower. |
| 11:30 AM | Plaintiff called David Brash.  Sworn in.  Exhibits P-31 and P-32 and P-1 and P-2 admitted.  Excerpts of telephone calls compiled by Mr. Gower from CD's furnished by Defendant to Plaintiff tendered as Exhibit P-40.  Defendant raised objection to excerpts.  The Court allowed the excerpts to be played to the jury but withheld ruling on whether it would go out with jury. |
| 12:10 PM | Lunch break until 1:30 PM.  Court reminded jurors not to discuss the case. |
| 1:30 PM | Reconvened from lunch break.  Mr. Gower resumed direct examination of Sgt. Brash.  Exhibits P-3 and P-5 admitted.  Exhibits P-7, P-22, and P-12 admitted.  Exhibit P-15 admitted.  Plaintiff's Exhibits P-36 and P-37 tendered. |
| 2:56 PM | Sidebar requested by Willis.  (P-36 and P-37 not admitted) |
| 3:00 PM | Break. |
| 3:15 PM | Cross-examination of Sgt. Brash by Mr. Willis.  Mr. Willis played excerpts of telephone conversations between Sgt. Brash and representatives of PHH.  Defendant's Exhibit D-18 admitted.  Exhibit D-3 admitted. |
| 5:20 PM | Break. |
| 5:30 PM | Court reconvened.  Mr. Gower conducted cross-examination of Sgt. Brash.  No re-cross.  Plaintiff rested, subject to rebuttal. |
| 5:40 PM | Court advised jurors of possible scheduling tomorrow and reminded them not to discuss the case.  Jurors dismissed. |
| 5:41 PM | Court recognized Mr. Willis.  Mr. Willis presented his Rule 50 motion.  The Court heard Mr. Willis's argument on his motion.  Court denied causation and negligence claim, and breach of contract claim.  Claims for attorneys fees and punitive damages will go to the jury. |
| 5:45 PM | Court in recess for the day. |