

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**
**AT COLUMBUS, GEORGIA**

## MINUTE SHEET OF COURT PROCEEDINGS (CONTESTED/EVIDENCE ENTERED)

Date: 03/18/2011                                   Type of Hearing: Jury Trial - Day Three

Judge: CLAY D. LAND                                Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden                Interpreter: n/s

<u>Case Number:</u>   4:09-CV-146- (CDL)

DAVID BRASH                                        Counsel: Charles Austin Gower; Teresa Abell

   vs.

PHH MORTGAGE CORPORATION                           Counsel: Emilie Omer Denmark; W. Reese Willis

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

***Court time for JS10: 4 hours 45 minutes***

| | |
|---|---|
| 8:35 AM | Court convened for charge conference. |
| 9:00 AM | Court adjourned for short break before trial resumed. |
| 9:05 AM | Court reconvened for day three of jury trial. Reese Willis for the Defendant called on Ruth Drass for direct examination. Sworn in. |
| 9:19 AM | Cross-examination of Ruth Drass by Charlie Gower. |
| 9:31 AM | Defendant called Kim Johnston. The Court reminded her that she was still under oath. Emily Denmark conducted direct examination. Defendant's Exhibit D-4 admitted. |
| 10:55 AM | Break. |
| 11:10 AM | Court resumed. Ms. Denmark requested Mr. Gower's cross-examination be limited to what was covered during her direct examination. Mr. Willis advised the Court that |

        he had the disks of the telephone call excerpts used in his cross-examination of Sgt. Brash yesterday.  The Court informed the parties that the disks and transcripts of the disks played in examination would be a part of the record.

| | |
|---|---|
| 11:15 AM | Recross-examination of Ms. Johnston by Mr. Gower. |
| 11:54 AM | Redirect of Ms. Johnston by Ms. Denmark. |
| 12:03 PM | Recross of Ms. Johnson by Mr. Gower. |
| 12:04 PM | Mr. Willis called Sgt. Brash.  Court reminded Sgt. Brash he was still under oath. |
| 12:10 PM | Re-direct of Sgt. Brash by Mr. Gower.  Defense rested.  No rebuttal evidence by Plaintiff. |
| 12:11 PM | Lunch break until 1:30 pm. |
| 1:30 PM | Court resumed.  Brief discussion regarding revision of charges. |
| 1:35 PM | Jury brought in.  Reese Willis gave closing argument on behalf of Defendant. |
| 2:10 PM | Charlie Gower gave closing argument on behalf of Plaintiff. |
| 3:15 PM | Break |
| 3:30 PM | Charge Conference |
| 4:30 PM | Jurors excused to jury room to begin deliberations |
| 6:00 PM | Jury excused until 9:30 am, Monday, March 21, 2011, at which time they will resume deliberations. |