UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)

Date: 03/21/2011                                Type of Hearing: Jury Trial - Day 4 (Verdict)

Judge: CLAY D. LAND                              Court Reporter: Betsy Peterson

Courtroom Deputy: Elizabeth S. Long              Interpreter: n/s

*Case Number:*  4:09-CV-146- (CDL)

DAVID BRASH                                      Counsel: Charles Austin Gower; Teresa Abell

   vs.

PHH MORTGAGE CORPORATION                         Counsel: Emilie Omer Denmark; W. Reese Willis

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10: 15 minutes*

9:30 am       Jurors reported to resume deliberations

12:30 pm      Court resumed to receive verdict

              VERDICT in favor of Plaintiff

12:45 pm      Court adjourned