ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DAVID BRASH,

Plaintiff,

-vs-

CASE NO. 4:09-CV-146 (CDL)

PHH MORTGAGE CORPORATION,
d/b/a/ Coldwell Banker Mortgage,

Defendant.

## JURY VERDICT FORM

1. We the jury find in favor of Plaintiff on Plaintiff's RESPA claim.

   Answer Yes or No Yes

2. We the jury find in favor of Plaintiff on Plaintiff's breach of contract claim.

   Answer Yes or No Yes

3. We the jury find in favor of Plaintiff on Plaintiff's negligence claim.

   Answer Yes or No Yes

   **If you answered "No" to Questions 1, 2, and 3, you have found in favor of Defendant. You do not need to answer any additional questions, and your foreperson should sign and date this verdict form.**

   **If you answered "Yes" to Question 1, 2, and/or 3, then you should go to Question 4.**

4. Having found in favor of the Plaintiff, we award compensatory damages to Plaintiff in the following amounts:

   Emotional Distress Damages: $ 1,000,000.00

   Other Compensatory Damages: $ 575.00

ORIGINAL

**If you award compensatory damages, go to Question 5. If you do not award damages, you do not need to answer any additional questions, and your foreperson should sign and date this jury verdict form.**

5. We the jury find that Plaintiff is entitled to recover attorney's fees.

Answer Yes or No Yes

If you answer Yes, what amount of attorney's fees do you award to Plaintiff?

$ 350,000.00

**Go to Question 6.**

6. We the jury find that punitive damages should be assessed against Defendant.

Answer Yes or No Yes

If you answer Yes, what amount of punitive damages do you assess?

$ 20,000,000.00

We the jury find that Defendant acted with specific intent to cause Plaintiff harm.

Answer Yes or No Yes

SO SAY WE ALL.

Foreperson

DATED: 3-21-11