IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAVID BRASH, | * |
| Plaintiff, | * |
| v. | * Case No. 4:09-CV-146-CDL |
| | * |
| PHH MORTGAGE CORPORATION d/b/a/ COLDWELL BANKER MORTGAGE, | * |
| Defendant. | * |

### J U D G M E N T

Pursuant to the jury verdict dated March 21, 2011, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $ 21,350,575.00. The amount shall accrue interest from the date of entry of judgment at the rate of .23 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 21st day of March, 2011.

Gregory J. Leonard, Clerk

s/ Elizabeth S. Long, Deputy Clerk

Approved by:

s/ Clay D. Land
CLAY D. LAND
United States DISTRICT Judge