IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DAVID BRASH

VS.                                   CASE NO. 4:09-CV-146 (CDL)

PHH MORTGAGE CORPORATION

PLAINTIFF'S ~~PROPOSED~~ TRIAL EXHIBIT LIST

| NO. | PLAINTIFF EXHIBIT | TENDERED | ADMITTED |
|---|---|---|---|
| P1 | May 1, 2009 Late Payment Notice | ✓ | 3-17-2011 |
| P2 | May 22, 2009 Letter from Coldwell Banker to David Brash | ✓ | 3-17-2011 |
| P3 | June 1, 2009 Late Payment Notice | ✓ | 3-17-2011 |
| P4 | June 22, 2009 CAG Letter to Coldwell Banker – includes CAG copies with certified mail receipts and copy produced by Coldwell Banker which has "QWR" written in two right hand corners. Coldwell Banker Bates # 2nd PHH023 | ✓ | 3/16/2011 |
| P5 | October 22, 2009 Letter from Coldwell Banker to David Brash | ✓ | 3-17-2011 |
| P6 | October 23, 2009 Letter from CAG to Coldwell Banker with certified mail receipts attached | ✓ | 3/16/2011 |
| P7 | October 27, 2009 Letter from Coldwell Banker to David Brash | ✓ | 3-17-2011 |
| P8 | November 13, 2009 Letter from Coldwell Banker to David Brash | ✓ | 3/16/2011 |
| P9 | November 23, 2009 Letter from CB&T – Visa to Miranda and David Brash | ✓ | 3/17/2011 |
| P10 | November 24, 2009 P11 Letter from Coldwell Banker to David Brash | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DAVID BRASH          *
                    *
VS.                 *    CASE NO. 4:09-CV-146 (CDL)
                    *
PHH MORTGAGE CORPORATION  *
                    *
                    *

PLAINTIFF'S PROPOSED TRIAL EXHIBIT LIST

| NO. | PLAINTIFF EXHIBIT | TENDERED | ADMITTED |
|---|---|---|---|
| P11 | November 30, 2009 Letter from David Brash to Coldwell Banker | | |
| P12 | December 1, 2009 Letter from David Brash to Coldwell Banker | ✓ | 3-17-2011 |
| P13 | December 21, 2009 Letter from Coldwell Banker to David Brash | | |
| P14 | December 22, 2009 Letter from Coldwell Banker to David Brash | ✓ | 3-17-2011 |
| P15 | January 14, 2010 Letter from David Brash to Coldwell Banker | ✓ | 3-17-2011 |
| P16 | January 28, 2010 Letter from Coldwell Banker to David Brash | ✓ | 3-17-2011 |
| P17 | Customer Account Activity Statement | | |
| P18 | November 17, 2009 Email from Army to David Brash | | |
| P19 | Consolidated Notes Log | ✓ | 3-16-2011 |
| P20-A | Notes Log | ✓ | 3-16-2011 |
| P20-B | Notes Log | ✓ | 3-16-2011 |
| P21 | Consolidated Notes Log | ✓ | 3-16-2011 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DAVID BRASH           *
                      *
VS.                   *    CASE NO. 4:09-CV-146 (CDL)
                      *
PHH MORTGAGE CORPORATION *
                      *
                      *

PLAINTIFF'S PROPOSED TRIAL EXHIBIT LIST


see bottom

| NO. | PLAINTIFF EXHIBIT | TENDERED | ADMITTED |
|---|---|---|---|
| P22 | January 22, 2010 McCalla raymer Letter to CAG | ✓ | 3-17-2011 |
| P23 | David Brash Credit Report | | |
| P24 | David Brash Credit Report | | |
| P25 | Military Allotment Reports Sent to Coldwell Banker 2/08-9/10 | ✓ | 3-16-2011 |
| P26 | Coldwell Banker's Responses to Plaintiff's First Interrogatories | ✓ | 3-17-2011 |
| P27 / P27a | Coldwell Banker's Supplemental Responses to Plaintiff's First Interrogatories | ✓ | 3-17-2011 |
| P28 | First 3 Pages of Defendant's Answer to Complaint | ✓ | 3-17-2011 |
| P29 | November 10, 2010 Email String Between Emily Denmark and Army | | |
| P30 | November 18, 2010 Email from CAG Office to McCalla Raymer | ✓ | 3-16-2011 |
| P31 | Security Deed to Coldwell Banker | ✓ | 3-17-2011 |
| P32 | Promissory Note to Coldwell banker | ✓ | 3-17-2011 |
| P33 | December 11, 2007 Authorization to Start Military Allotment | ✓ | 3-16-2011 |
| P34 | Pages from PHH Mortgage Web Page | | |

★ P27a Letter From Ms. Rose     ✓     3-17-2011

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| DAVID BRASH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | 4-09-cv-146 |
| vs. | ) |  |
|  | ) |  |
| PHH MORTGAGE CORPORATION, | ) |  |
| d/b/a COLDWELL BANKER | ) |  |
| MORTGAGE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### Defendant's Trial Exhibits

| NO. | DEFENDANT EXHIBIT | TENDERED | ADMITTED |
|---|---|---|---|
| 1 | October 27, 2009 Letter from Defendant to Plaintiff |  |  |
| 2 | December 22, 2009 Letter from Defendant to Plaintiff |  |  |
| 3 | January 28, 2010 Letter from Defendant to Plaintiff | ✓ | 3/17/2011 |
| 4 | Customer Account Activity Statement | ✓ | 3/18/2011 |
| 5 | Consolidated Notes Logs |  |  |
| 6 | Defendant's Responses to Plaintiff's First Interrogatories |  |  |
| 7 | Defendant's Supplemental Responses to Plaintiff's First Interrogatories |  |  |
| 8 | Security Deed executed by Plaintiff in favor of Coldwell Banker Mortgage |  |  |

| NO. | DEFENDANT EXHIBIT | TENDERED | ADMITTED |
|---|---|---|---|
| 9 | Promissory Note executed by Plaintiff | | |
| 10 | December 11, 2007 DD 2258 Form completed by Plaintiff | | |
| 11 | Blank DD Form 2558 | | |
| 12 | Plaintiff's Responses to Defendant's First Interrogatories | | |
| 13 | January 22, 2010 Letter from Defendant's counsel to Plaintiff's counsel including signed certified mail receipt | Same as P-22 admitted | already |
| 14 | Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. Proc. 26(a)(1) | | |
| 15 | Military Allotment Reports for February 2008 through September 2010 | | |
| 16 | Plaintiff's Complaint | | |
| 17 | CB&T File on Brash Credit Card Application | ✓ | 3-17-2011 |
| 18 | November 24, 2009 Letter from CB to Brash re written request | ✓ | 3-17-2011 |
| 19 | Copy of Check from Brash - 2 pages | ✓ | 3-17-2011 |

2