IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET re: MOTION HEARING ( UNCONTESTED/NON-EVIDENTIARY)

| | |
|---|---|
| Date:   8/24/2011 | Court Time for MJSTAR:/JS10:  1 hr 30 min |
| Judge:  CLAY D. LAND | Court Reporter:  Misti Gilbert |
| Courtroom Deputy:  Elizabeth S. Long | Interpreter:  N/A |

Case Number:  4:09-CV-146-CDL

DAVID BRASH

Counsel: Michael B Terry, Charles A Gower and Teresa T Abell

v.

PHH Mortgage Corporation, d/b/a
Coldwell Banker Mortgage

Counsel:  G Lee Garrett, Jr., David J. Bailey and Samantha R Mandell

Agents:/Experts in Attendance:   N/A

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

Participants identified

Mr. Garrett addressed the Court on behalf of defendant

Mr. Terry addressed the Court on behalf of plaintiff

If the parties contemplate resolution by way of negotiations, those should take place within the next two weeks.  A written order will be filed after that time period has expired.

Hearing adjourned