IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **DAVID BRASH,** | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CIVIL ACTION |
| | * | FILE NO.: **4:09-CV-146** |
| **PHH MORTGAGE CORPORATION,** | * | |
| d/b/a **COLDWELL BANKER** | * | |
| **MORTGAGE,** | * | |
| | * | |
| **Defendant.** | * | |
| _____ | * | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff David Brash and dismisses the above-styled case with prejudice.

Respectfully submitted this 20th day of October, 2011.

                                                Law Offices of Charles A. Gower

                                                By: */s/ Charles A. Gower*_____
                                                     CHARLES A. GOWER
1425 Wynnton Road                                    Georgia Bar No.: 303500
Post Office Box 5509
Columbus, Georgia 31906
(706) 324-5685

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing **"DISMISSAL WITH PREJUDICE"** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

G. Lee Garrett, Jr., Esq.
Jones Day
1420 Peachtree NE
Suite 800
Atlanta, Georgia 30309

This 20th day of October, 2011.

*/s/ Charles A. Gower*____
CHARLES A. GOWER
