IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **DAVID BRASH,** | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **CIVIL ACTION** |
| | * | **FILE NO.: 4:09-CV-146** |
| **PHH MORTGAGE CORPORATION,** | * | |
| **d/b/a COLDWELL BANKER** | * | |
| **MORTGAGE,** | * | |
| | * | |
| **Defendant.** | * | |
| _____ | * | |

**JOINT CONSENT STIPULATION OF VOLUNTARY DISMISSAL OF LAWSUIT WITH PREJUDICE**

COMES NOW Plaintiff David Brash and Defendant PHH Mortgage Corporation, d/b/a Coldwell Banker Mortgage, by and through their undersigned counsel of record, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this their Joint Consent Stipulation of Voluntary Dismissal of Lawsuit With Prejudice.

Respectfully submitted this 21st day of October, 2011.

Law Offices of Charles A. Gower

By: */s/ Charles A. Gower*
      CHARLES A. GOWER
      Georgia Bar No.: 303500

1425 Wynnton Road
Post Office Box 5509
Columbus, Georgia 31906
(706) 324-5685

*Attorney for Plaintiff*

                Jones Day

                By:  */s/ G. Lee Garrett, Jr.*
                      G. LEE GARRETT, JR.
                      Georgia Bar No.: 286519

1420 Peachtree NE
Suite 800
Atlanta, Georgia 30309
(404) 581-8013

                *Attorney for Defendant*